AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:18-cv-00824-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  United States of America _____
was received by me on (*date*)  10.17.18 _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  an Briana Amycth , who is designated
by law to accept service of process on behalf of (*name of organization*)  United States of America
_____ on (*date*)  10.18.18 _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  10.18.18 _____

Susa Provost _____
Server's signature

Susan Provost, Paralegal _____
Printed name and title

1200 Summit Ave. Ste 860, Ft. Worth TX 76102 _____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:18-cv-00824-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Chai R. Feldblum, EEOC

was received by me on (*date*)   10·24·18   .

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____ , who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☒  other (*specify*)  United States Certified Mail Return Receipt Requested
( # 7001 2510 0002 6580 8962) - Attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   10·24·18

_____
Server's signature

Charles. W. Fillmore
_____
Printed name and title

1200 Summit Ave·, Ste 860, Ft. Worth TX
_____ 76102
Server's address

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chai R. Feldblum
EEOC
131 M Street NE
Washington DC
20507

2. Article Number
*(Transfer from service label)*
7001 2510 0002 0580 8962

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-0835

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
A. Johnson   10-24-18

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860                                   TELEPHONE: 817/332-2351
FORT WORTH, TEXAS 76102                                              FAX: 817/870-1859

October 17, 2018

Ms. Chai R. Feldblum                                    <u>Via Certified Mail</u>
Equal Employment Opportunity Commission                 7001 2510 0002 0580 8962
131 M Street NE
Washington, DC 20507

       Re:   *U.S. Pastor Council, obo itself and others similarly situated; Hotze Health &*
*Wellness Center, obo itself and others similarly situated v. Equal Employment*
*Opportunity Commission; Victoria A. Kipnic, Chai R. Feldblum, and Charlotte A.*
*Burrows, in their official capacities as chair and commissioners of the Equal*
*Employment Opportunity Commission; Jefferson B. Sessions III, in his official*
*capacity as Attorney General of the United States; United States of America*
Case No.: 4:18-cv-824

Dear Ms. Feldblum:

      Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the Citation
and Plaintiff's Class Action Complaint filed with the United States District Court for the
Northern District of Texas Fort Worth Division.

      Thank you very much for your attention to this matter.

                   Very truly yours,

                   *Charles W. Fillmore/by permission*

                   Charles W. Fillmore

CWF:sp
Enclosures

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:18-cv-00824-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Victoria Lipnic, EEOC _____

was received by me on *(date)* 10-29-18 _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated

by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ other *(specify)* United States Certified Mail Return Receipt Requested
(# 7001 2510 0002 0580 8979) - Attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10-29-18 _____

_____
Server's signature

Charles W. Fillmore
_____
Printed name and title

1200 Summit Ave., St 860, Fort Worth TX 76102
_____
Server's address

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Johnson_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   _Johnson_   C. Date of Delivery   10-29-1

1. Article Addressed to:

Victoria Lipnic
EEOC
131 M Street NE
Washington DC
     20507

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7001 2510 0002 0580 8979

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-0835

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860                                    TELEPHONE: 817/332-2351
FORT WORTH, TEXAS 76102                                                   FAX: 817/870-1859

October 17, 2018

Ms. Victoria Lipnic                                          <u>Via Certified Mail</u>
Equal Employment Opportunity Commission      7001 2510 0002 0580 8979
131 M Street NE
Washington, DC 20507

     Re:    *U.S. Pastor Council, obo itself and others similarly situated; Hotze Health &*
              *Wellness Center, obo itself and others similarly situated v. Equal Employment*
              *Opportunity Commission; Victoria A. Kipnic, Chai R. Feldblum, and Charlotte A.*
              *Burrows, in their official capacities as chair and commissioners of the Equal*
              *Employment Opportunity Commission; Jefferson B. Sessions III, in his official*
              *capacity as Attorney General of the United States; United States of America*
              Case No.: 4:18-cv-824

Dear Ms. Lipnic:

      Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the Citation and Plaintiff's Class Action Complaint filed with the United States District Court for the Northern District of Texas Fort Worth Division.

      Thank you very much for your attention to this matter.

                        Very truly yours,

                        *Charles W. Fillmore/by permission*

                        Charles W. Fillmore

CWF:sp
Enclosures

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:18-cv-00824-O

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Equal Employment Opportunity Commission
was received by me on *(date)* 10·29·18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)* United States Certified Mail Return Receipt Requested
(# 7001 2510 0002 0580 8986) - Attached
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10·29·18

_____
Server's signature

Charles W. Fillmore
Printed name and title

1200 Summit Ave., Ste 860, Fort Worth TX 76102
Server's address

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EEOC
131 M Street NE
Washington DC
            20507

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                 10-24-18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7001 2510 0002 0580 8986

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-0835

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860
FORT WORTH, TEXAS 76102

TELEPHONE: 817/332-2351
FAX: 817/870-1859

October 17, 2018

Equal Employment Opportunity
    Commission
131 M Street NE
Washington, DC 20507

<u>Via Certified Mail</u>
7001 2510 0002 0580 8986

Re:    *U.S. Pastor Council, obo itself and others similarly situated; Hotze Health & Wellness Center, obo itself and others similarly situated v. Equal Employment Opportunity Commission; Victoria A. Kipnic, Chai R. Feldblum, and Charlotte A. Burrows, in their official capacities as chair and commissioners of the Equal Employment Opportunity Commission; Jefferson B. Sessions III, in his official capacity as Attorney General of the United States; United States of America*
Case No.: 4:18-cv-824

Dear Sir or Madam:

Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the Citation and Plaintiff's Class Action Complaint filed with the United States District Court for the Northern District of Texas Fort Worth Division.

Thank you very much for your attention to this matter.

Very truly yours,

*Charles W. Fillmore / by permission*

Charles W. Fillmore

CWF:sp
Enclosures

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:18-cv-00824-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jefferson B. Sessions III, Attorney General
was received by me on *(date)* 10.29.18

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)* United States Certified Mail Return Receipt Requested
(# 7001 2510 0002 0580 8948) - Attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10.29.18

_____
Server's signature

Charles W. Fillmore
_____
Printed name and title

1200 Summit Ave., Ste 860, Fort Worth Tx 76102
_____
Server's address

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeff Sessions
US Attorney General
950 Pennsylvania Ave
Washington DC 20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7001 2510 0002 0580 8948

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-0835

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860
FORT WORTH, TEXAS 76102

TELEPHONE: 817/332-2351
FAX: 817/870-1859

October 17, 2018

Mr. Jefferson B. Sessions, III
U.S. Attorney General
950 Pennsylvania Ave.
Washington, DC 20530

<u>Via Certified Mail</u>
7001 2510 0002 0580 8948

Re: *U.S. Pastor Council, obo itself and others similarly situated; Hotze Health & Wellness Center, obo itself and others similarly situated v. Equal Employment Opportunity Commission; Victoria A. Kipnic, Chai R. Feldblum, and Charlotte A. Burrows, in their official capacities as chair and commissioners of the Equal Employment Opportunity Commission; Jefferson B. Sessions III, in his official capacity as Attorney General of the United States; United States of America* Case No.: 4:18-cv-824

Dear Mr. Sessions:

Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the Citation and Plaintiff's Class Action Complaint filed with the United States District Court for the Northern District of Texas Fort Worth Division.

Thank you very much for your attention to this matter.

Very truly yours,

*Charles W. Fillmore/ by permission*

Charles W. Fillmore

CWF:sp
Enclosures

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:18-cv-00824-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Charlotte Burrows, EEOC
was received by me on (*date*) 10.29.18 .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other (*specify*): United States Certified Mail Return Receipt Requested
(# 7001 2510 0002 0580 8955) - Attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10.29.18

_____
Server's signature

Charles W. Fillmore
Printed name and title

1200 Summit Ave., Ste 860, Fort Worth, TX
76102
Server's address

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charlotte Burrows
EEOC
131 M Street NE
Washington, DC
20507

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
J. JOHNSON                       10-24-18

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7001 2510 0002 0580 8955

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-0835

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860
FORT WORTH, TEXAS 76102

TELEPHONE: 817/332-2351
FAX: 817/870-1859

October 17, 2018

Ms. Charlotte Burrows
Equal Employment Opportunity Commission
131 M Street NE
Washington, DC 20507

<u>Via Certified Mail</u>
7001 2510 0002 0580 8955

Re:   *U.S. Pastor Council, obo itself and others similarly situated; Hotze Health &*
*Wellness Center, obo itself and others similarly situated v. Equal Employment*
*Opportunity Commission; Victoria A. Kipnic, Chai R. Feldblum, and Charlotte A.*
*Burrows, in their official capacities as chair and commissioners of the Equal*
*Employment Opportunity Commission; Jefferson B. Sessions III, in his official*
*capacity as Attorney General of the United States; United States of America*
Case No.: 4:18-cv-824

Dear Ms. Burrows:

Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the Citation
and Plaintiff's Class Action Complaint filed with the United States District Court for the
Northern District of Texas Fort Worth Division.

Thank you very much for your attention to this matter.

Very truly yours,

Charles W. Fillmore / by permission

Charles W. Fillmore

CWF:sp
Enclosures