IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

_____

| | |
|---|---|
| U.S. PASTOR COUNCIL, et al., | |
| Plaintiffs, | Case No. 4:18-cv-00824-O |
| v. | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., | |
| Defendants. | |

# [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Stay Proceedings and any response thereto, Defendants' Motion is **HEREBY GRANTED**. All deadlines, including those set in the Court's December 18, 2018 Order (ECF No. 10) are **HEREBY STAYED**.

**IT IS SO ORDERED.**

Date: _____          _____
                                  The Hon. Reed O'Connor
                                  United States District Judge