UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. Pastor Council**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Equal Employment Opportunity Commission**, et al., <br><br> Defendants. | Case No. 4:18-cv-00824-O |

### RESPONSE TO THE DEFENDANTS' MOTION TO STAY PROCEEDINGS IN LIGHT OF LAPSE IN APPROPRIATIONS

The plaintiffs are unopposed to the defendants' motion to stay proceedings.

                                                                Respectfully submitted.

                                                                  /s/ Jonathan F. Mitchell

| | |
|---|---|
| CHARLES W. FILLMORE | JONATHAN F. MITCHELL |
| H. DUSTIN FILLMORE | Texas Bar No. 24075463 |
| The Fillmore Law Firm, L.L.P. | Mitchell Law PLLC |
| 1200 Summit Avenue, Suite 860 | 106 East Sixth Street, Suite 900 |
| Fort Worth, Texas 76102 | Austin, Texas 78701 |
| (817) 332-2351 (phone) | (512) 686-3940 (phone) |
| (817) 870-1859 (fax) | (512) 686-3941 (fax) |
| chad@fillmorefirm.com | jonathan@mitchell.law |
| dusty@fillmorefirm.com | |
| | *Counsel for Plaintiffs and* |
| Dated: December 27, 2018 | *the Proposed Classes* |

## CERTIFICATE OF SERVICE

    I certify that on December 27, 2018, I served this document through CM/ECF upon:

Eric J. Soskin
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Room 12002
Washington, DC 20530
(202) 353-0533
eric.soskin@usdoj.gov

*Counsel for the Defendants*

                                                             /s/ Jonathan F. Mitchell
                                                            Jonathan F. Mitchell
                                                            *Counsel for Plaintiffs and*
                                                            *the Proposed Classes*