IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. PASTOR COUNCIL, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00824-O |
| | § | |
| EQUAL EMPLOYMENT COMMISSION, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Stay Proceedings (ECF No. 11), filed December 27, 2018. After considering the motion, the Court finds that the motion should be and is hereby **GRANTED**. All deadlines, including those set in the Court's December 18, 2018 Order (ECF No. 10), are hereby **STAYED**.

As soon as Congress has appropriated funds for Defendants, Defendants shall notify the Court immediately and the parties shall propose extended deadlines.

**SO ORDERED** on this **28th day** of **December, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE