**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **U.S. PASTOR COUNCIL, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00824-O |
| | § | |
| **EQUAL EMPLOYMENT COMMISSION, et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Parties' Notice to the Court of Restoration of Appropriations (ECF No. 14), filed January 28, 2019. In accordance with this Court's December 28, 2018 Order (ECF No. 13), the parties have conferred regarding future deadlines.

Accordingly, the parties are **ORDERED** to hold the initial Scheduling Conference no later than February 25, 2019, and file the Joint Report by March 5, 2019. Furthermore, Plaintiffs shall file a Response to Defendants' Motion to Dismiss by March 1, 2019, and Defendants Reply is due no later than March 29, 2019.

**SO ORDERED** on this **29th day** of **January, 2019.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**