**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **U.S. PASTOR COUNCIL, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:18-cv-00824-O** |
| | § | |
| **EQUAL EMPLOYMENT** | § | |
| **COMMISSION, et al.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

<u>**ORDER**</u>

Before the Court is Plaintiffs' Unopposed Motion to Extend Time to Respond to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 16), filed February 27, 2019. Having considered the Motion and noting that it is unopposed, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, Plaintiff's response is due **on or before March 29, 2019** and the Defendants' reply is due **on or before April 19, 2019**.

**SO ORDERED** on this **27th day** of **February, 2019.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1