IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. PASTOR COUNCIL, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00824-O |
| | § | |
| EQUAL EMPLOYMENT COMMISSION, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Parties' Joint Proposed Briefing Schedule (ECF No. 21), filed April 3, 2019. The Court sets this matter for a status conference hearing on **Tuesday, April 9, 2019 at 9:00 a.m.** in the Second Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **4th day** of **April, 2019.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1