UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| **U.S. Pastor Council**, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>**Equal Employment Opportunity Commission**, et al.,<br><br>    Defendants. | Case No. 4:18-cv-00824-O |

# ORDER

The plaintiffs' motion to reset the time of the status hearing currently scheduled for April 9, 2019, at 9:00 a.m. is granted.

The Court sets this matter for a status conference hearing on Tuesday, April 9, 2019, at 1:30 p.m. in the Second Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

    Dated: April 7, 2019.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE