IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **U.S. PASTOR COUNCIL, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:18-cv-00824-O** |
| | § | |
| **EQUAL EMPLOYMENT** | § | |
| **COMMISSION, et al.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On Tuesday, April 9, 2019, the Court held a status conference hearing regarding the Parties' Joint Proposed Briefing Schedule (ECF No. 21). Accordingly, Defendants' revised motion to dismiss is due **May 1, 2019**. The response and reply briefs are due pursuant to the pertinent deadlines set forth by the Federal Rules of Civil Procedure.

**SO ORDERED** on this **9th day** of **April, 2019.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1