IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| U.S. PASTOR COUNCIL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.,<br><br>    Defendants. | Case No. 4:18-cv-00824-O |

## DEFENDANTS' CONDITIONAL MOTION TO STAY PROCEEDINGS

Should the Court deny Defendants' Renewed Motion to Dismiss, Defendants hereby respectfully move this Court to stay further proceedings pending resolution of the certiorari proceedings in the Supreme Court in *Harris Funeral Homes v. EEOC*, No. 18-107; *Altitude Express v. Zarda*, No. 17-1623, and *Bostock v. Clayton County, Ga.*, No. 17-1618.  In accordance with Local Rules 7.1 and 7.2, this motion is accompanied by a brief that sets forth the contentions of law, arguments and authorities on which Defendants rely in support of this motion.  A proposed order also accompanies this motion.

| | |
|---|---|
| Dated:  June 5, 2019 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>ERIN NEALY COX<br>United States Attorney<br><br>CARLOTTA P. WELLS<br>Assistant Branch Director |

1

      /s/ *Eric J. Soskin*
ERIC J. SOSKIN (PA Bar #200663)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Rm. 12002
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On June 5, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

  /s/ Eric J. Soskin
Eric J. Soskin

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Civil Rule 7.1(b), undersigned counsel conferred with counsel for Plaintiffs on May 24, 2019 and June 4, 2019 regarding the relief sought in this motion. Plaintiffs oppose this motion and the relief requested and plan to file a response setting forth their position.

                                                     _/s/ Eric J. Soskin_  
                                                                Eric J. Soskin  
                                                              Senior Trial Counsel