IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. PASTOR COUNCIL, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00824-O |
| | § | |
| EQUAL EMPLOYMENT COMMISSION, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court are Defendants' Motion to Stay and Brief in Support (ECF Nos. 33–34), filed June 5, 2019; Plaintiffs' Response (ECF No. 35), filed June 9, 2019; and Defendants' Reply (ECF No. 36), filed June 14, 2019. In their Motion, Defendants request that this case be stayed until the Supreme Court decides the three October 2019 term cases[1] regarding the definition and interpretation of "sexual orientation" under Title VII of the Civil Rights Act of 1964. After considering the briefings and the applicable law, the Court finds that Defendants' Motion to Stay should be and is hereby **GRANTED**. Accordingly, this case is so **STAYED**.

**SO ORDERED** on this **3rd day** of **December, 2019**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] 1) *Altitude Express Inc. v. Zarda*, No. 17-1623, 2019 WL 1756678 (U.S. argued Oct. 8, 2019); 2) *Bostock v. Clayton County*, No. 17-1618, 2019 WL 1756677 (U.S. argued Oct. 8, 2019); and 3) *R.G. & G.R. Harris Funeral Homes v. EEOC*, No. 18-107, 2019 WL 1756679 (U.S. argued Oct. 8, 2019).