IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. PASTOR COUNCIL, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00824-O |
| | § | |
| EQUAL EMPLOYMENT COMMISSION, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On December 3, 2019, this Court issued a stay in this case, pending the Supreme Court's decision of the three October 2019 term cases[1] regarding the definition and interpretation of "sexual orientation" under Title VII of the Civil Rights Act of 1964. On June 15, 2020, the Supreme Court issued an opinion—consolidating all three cases—in *Bostock v. Clayton County, Georgia*, No. 17-1618, 2020 WL 3146686 (U.S. decided June 15, 2020). Considering the *Bostock* decision, the Court believes a status report would best serve to resolve this issue in an efficient manner. Accordingly, it is **ORDERED** that Plaintiff and Defendants submit a joint status report, detailing how the parties plan to proceed in this case, **on or before June 29, 2020**.

**SO ORDERED** on this **15th day** of **June, 2020**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] At the time of argument, the three cases were: 1) *Altitude Express Inc. v. Zarda*, No. 17-1623, 2019 WL 1756678 (U.S. argued Oct. 8, 2019); 2) *Bostock v. Clayton County*, No. 17-1618, 2019 WL 1756677 (U.S. argued Oct. 8, 2019); and 3) *R.G. & G.R. Harris Funeral Homes v. EEOC*, No. 18-107, 2019 WL 1756679 (U.S. argued Oct. 8, 2019).