IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

_____

| | |
|---|---|
| U.S. PASTOR COUNCIL, et al., | |
|     Plaintiffs, | |
| v. | Case No. 4:18-cv-00824-O |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., | |
|     Defendants. | |

## JOINT STATUS REPORT

The Court's order of June 15, 2020, (ECF No. 39), directs the parties to confer and submit a joint status report explaining how the parties plan to proceed in this case. The parties have conferred and they respectfully ask the Court to approve the following proposal.

The defendants have already moved to dismiss the plaintiffs' first amended complaint for lack of subject-matter jurisdiction (ECF No. 28), and that motion is fully briefed and remains pending. Defendants will promptly file a notice with the Court identifying any arguments in their motion on which they no longer seek to rely. The parties respectfully ask this Court then to rule on the defendants' pending motion to dismiss the first amended complaint. If the Court denies the motion to dismiss in whole or part, the parties will re-confer at that time and decide how they want to proceed.

Respectfully submitted.

 /s/ Jonathan F. Mitchell                          /s/ Eric J. Soskin
Jonathan F. Mitchell                               Eric J. Soskin
Texas Bar No. 24075463                             Senior Trial Counsel
Mitchell Law PLLC                                  Federal Programs Branch
111 Congress Avenue, Suite 400                     U.S. Department of Justice, Civil Division
Austin, Texas 78701                                1100 L Street, NW Room 12002
(512) 686-3940 (phone)                             Washington, DC 20530
(512) 686-3941 (fax)                               (202) 353-0533
jonathan@mitchell.law                              eric.soskin@usdoj.gov

*Counsel for Plaintiffs and*                       *Counsel for Defendants*
*the Proposed Classes*

Dated: June 25, 2020

## CERTIFICATE OF SERVICE

  I certify that on June 25, 2020, I served this document through CM/ECF upon:

Eric J. Soskin
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Room 12002
Washington, DC 20530
(202) 353-0533
eric.soskin@usdoj.gov

*Counsel for Defendants*

                /s/ Jonathan F. Mitchell
                Jonathan F. Mitchell
                *Counsel for Plaintiffs and*
                *the Proposed Classes*