IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. PASTOR COUNCIL, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:18-cv-00824-O |
| § | |
| EQUAL EMPLOYMENT § | |
| COMMISSION, et al., § | |
| § | |
| Defendants. § | |

**ORDER**

On May 1, 2019, Defendant renewed its Motion to Dismiss for Lack of Jurisdiction. Motion, ECF. No. 28. On December 3, 2019, this Court issued a stay in this case, pending the Supreme Court's decision of the three October 2019 term cases[1] regarding the definition and interpretation of "sex" under Title VII of the Civil Rights Act of 1964. On June 15, 2020, the Supreme Court issued an opinion—consolidating all three cases—in *Bostock v. Clayton County, Georgia*, No. 17-1618, 2020 WL 3146686 (U.S. decided June 15, 2020). The Court finds new briefing is necessary to resolve the pending Motion. Accordingly, it is **ORDERED** that the Motion is hereby **DISMISSED without prejudice**. Defendant must file its Renewed Motion to Dismiss for Lack of Jurisdiction no later than **September 7, 2020.** Plaintiff must respond no later than **September 15, 2020.** Defendant may reply no later than **September 18, 2020.**

SO ORDERED on this **25th day** of **August, 2020**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] At the time of argument, the three cases were: 1) *Altitude Express Inc. v. Zarda*, No. 17-1623, 2019 WL 1756678 (U.S. argued Oct. 8, 2019); 2) *Bostock v. Clayton County*, No. 17-1618, 2019 WL 1756677 (U.S. argued Oct. 8, 2019); and 3) *R.G. & G.R. Harris Funeral Homes v. EEOC*, No. 18-107, 2019 WL 1756679 (U.S. argued Oct. 8, 2019).