IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. PASTOR COUNCIL, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00824-O |
| EQUAL EMPLOYMENT COMMISSION, et al., | § § § § § | |
| Defendants. | § | |

## ORDER

Upon consideration of the parties' Joint Motion to Revise Briefing Schedule (ECF No. 43), the Court finds that it would be in the interests of efficient litigation in these proceedings to adopt the parties' proposal.

Accordingly, it is **ORDERED** that:

(**1**) The deadline for Plaintiffs to file their Second Amended Complaint, shall be on or before **September 9, 2020**.

(**2**) Defendants shall file their motion to dismiss the Second Amended Complaint on or before **September 23, 2020**.

(**3**) Plaintiffs shall file their opposition to Defendants' motion to dismiss on or before **October 2, 2020**.

**(4)** Defendants shall file a reply, if any, in support of their motion to dismiss on or before **October 7, 2020**.

**SO ORDERED** on this **1st day** of **September, 2020**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE