**Uniform and Personal Appearance Policy**

As representatives of our businesses, your appearance is a direct reflection of the level of professionalism of our businesses. For this reason, all staff members shall follow these basic minimum guidelines regarding dress and personal appearance. Uniforms which conform to the standards below must be pressed (no wrinkles). In order to maintain the wear of the uniform, it is recommended that they be dry-cleaned. All staff members are expected to arrive fully dressed in the current uniform.

*We are a scent free environment! Please refrain from any scents for example, perfumes, smoke, essential oils, etc.*

## Suits

1. Black or Navy **(solids only)**
2. Jacket, dress, pant and/or skirt must be **matching** fabric and color suit separates. All jackets must be accompanied with matching dress, skirt and/or pants.
3. No pinstripes
4. Bottoms:
   - a) Skirts (including A-line) must be professional and no shorter than 1 inch above the knee. No full length (A-line or broom) skirts allowed.
   - b) Flare, straight leg, ankle (to hit just at or below the ankle bone), or bootleg trousers
   - c) No cropped pants.
   - d) Sheath style dress

5. Jackets:
   - a) Single or double breasted
   - b) Must be buttoned or fastened in the front – no open jackets
   - c) Wrist or 3 quarter length sleeves – no short sleeves

**Examples of Brands of Suits:**

| Dillards/Macy's: | JC Penny's | Other Stores |
|---|---|---|
| Antonio Melani | Sag Harbor | Ann Taylor |
| Jones New York | East 5th | Ann Taylor Loft |
| Alex Marie | | Banana Republic |
| Tahari | | The Limited |
| Anne Klein | | J Crew/ Talbots |
| Stressa | | Marshalls/ TJ Max |
| Ellen Tracey | | Beta Brand |
| To the Max | | Nordstrom/ The Rack |
| Theory | | |
| Calvin Klein/ Ralph Lauren | | Neiman Marcus Last Call/ Saks Fifth Off |
| Kasper | | |
| Nine West | | |

## Shirts (Shells and jewel neckline shirts only)

1. Solid color shells or shirts with a jewel neckline.
2. Neckline of the shirt should compliment the lines of the suit jacket
3. Shells must lay flat and neat under the jacket and tucked in.
4. No V-necks, tank tops and/or button downs.
5. No t-shirt material or "matte jersey" material.
6. The top of the neckline should not be lower than 3 inches from the neck and should not reveal cleavage.

## Hotze Culture Professional Shoes ARE:

1. **Black or Nude**, closed toe shoes only
2. No flats and/ or ballet slippers
3. Must have at least a kitten heel
4. No heel higher than 6 inches
5. Recommended heel of 1 inch for pumps
6. "Pump" style shoe
7. Solid black with no bows, buckles, jewels, etc
8. Suede, leather or patent leather are all acceptable
9. No boots

### Jewelry
1. Jewelry can be colored or monochromatic or metals
2. Should be subtle and not distracting or overwhelming to the outfit.
3. No loud or noisy jewelry

## Hotze Culture Professional Shoes DO NOT INCLUDE:

- **Open toe**
- **Platforms**
- **Backless (i.e. clogs)**
- **Stilettos**

## Additional Notes

- Only jackets, dresses, skirts, slacks and shells are eligible for reimbursement by the businesses. Each staff member has a <u>one-time</u> uniform allowance of up to $250 upon passing the staff exam. Receipts must be turned in within 90 days after passing the staff exam for reimbursement and will be paid at a rate of 50% of the amount paid for uniform pieces, up to the maximum $250 allowed.
- Shoes, pantyhose and other items are not eligible for reimbursement.

Page 2 -  *Document Updated 2/28/18*

- It is our policy that "No visible body piercing (i.e. nose, eyebrow and tongue rings) with the exception of a single piercing in each ear for women" is allowed.

- Take the initiative to replace parts of your uniform before they appear to be worn out. Otherwise, you may be asked to purchase new uniforms. This reflects Number 22 of our Practice Basics: *"Keep uniforms, footwear and the office immaculate…Take pride in your appearance."*

## Maternity Dress Code
- *Maternity clothing may be worn once your uniform suits do not fit.*
- Solid black or Navy skirts, dresses or dressy pants suits accompanied by a matching jacket color.
- Solid black closed toe shoes.
- Solid black flats with no accessories are appropriate.

## Men who have customer contact
- Conservative Business Attire:
- Slacks
- Sports Coat or navy blue blazer
- Dress Shirt (white, starched and pressed)
- Tie or Bowtie
- Dress shoes
- Belt
- No facial hair, earrings or other visible body piercing jewelry

## Men who do not have customer contact (in shipping)
- Conservative Business Attire:
- Slacks
- Dress Shirt or Golf style polo shirt (preferably white, starched and pressed)
- Belt
- No facial hair, earrings or other visible body piercing jewelry

## Shippers or Compounding Technicians working in Hotze Pharmacy
- Nice khakis (like Dockers). No cargo pants, corduroys, hip huggers, cotton or jean material. Pants must not be tightly fitted.
- Clean, solid colored collared golf style polo shirt. No stripes or patterned shirts.
- Shirt must be tucked in and worn with a solid black or brown belt.
- Nice, clean tennis shoes or nice brown or black solid loafers.
- On an annual basis, the company will reimburse technicians for shoes purchased for work in the compounding lab. Maximum reimbursement per pair is $50 (1/2 of $100/pair of shoes).

## Medical Assistant / Lab Staff Members

- Lab personnel (Medical Assistants) have been authorized to wear black lab coats on a trial basis. You may choose to wear this with black slacks and the dress code approved shoes or the staff uniform. It is your choice!
- The approved lab coat is META 835 Women's stretch fabric 30" LAB Coat, STYLE #835.
- The lab jacket MUST be pressed and clean and replaced whenever it fades or becomes stained at your own expense.
- Wear an appropriate blouse/top underneath with the lab jacket buttoned up to the middle of the chest (think xiphoid process area!)
- Name tags should be worn on the upper right - below collar bone.
- Standard shoe qualifications listed above: Solid black closed toe heels.

## Best Practices for All Staff

- No visible body piercing (i.e., nose, eyebrow and tongue rings) with the exception of a single piercing in each ear for women.
- No visible tattoos.
- Gum is not allowed while around guests.
- Uniforms shall be clean and pressed.
- Footwear shall be in good condition and polished.
- Fingernails shall be clean and neatly manicured. Nail polish color shall be conservative and professional (i.e. no green, blue or loud colors).
- All staff members are required to arrive to work fully dressed, wearing their suit jacket.
- Staff members who do not comply with this uniform policy may be sent home to change into attire that meets these standards. Repeated violation of this policy may lead to disciplinary action up to and including termination.

If you have any doubts about your attire, then ask for guidance from your supervisor.

The changes in the staff uniform policy are intended to promote individuality while maintaining a conservative and professional appearance. If in doubt about the style of any uniform components that you would like to wear, then you may get them approved by Talent Recruitment & Development before purchasing or wearing them.

*\*\* Braidwood Management reserves the right to periodically update or change any and all parts of the dress code and uniform policy. Certain positions require different dress code measures, i.e. compounding room staff members, shipping, and Leadership Team.  Please check with your supervisor if you have any questions about exceptions to this dress code.*