# HOTZE
### HEALTH & WELLNESS CENTER INTL

February 14, 2019

Mac Meadows, Esquire
General Counsel, Entrust Inc.
22322 Grand Corner Drive, Suite 200
Katy, Texas 77494

Re:   Definition of "Spouse" in Braidwood's Plan

Dear Mr. Meadows:

I have reviewed the Employee Benefit Plan Document that Entrust has prepared for Braidwood Management Inc.

The cover letter from Ms. Belew mentions that "[e]ligibility Terms were clarified to ensure that the term of 'Spouse' incorporated the Supreme Court's intent in Obergefell v. Hodges." I also noticed on page 23 the term "spouse" is defined as "the person recognized as the covered Employee's husband or wife under the laws of the United States."

The upshot is that Braidwood's plan now recognizes same-sex marriage because of these changes that Entrust made to our plan.

I am unwilling to allow Braidwood's plan to recognize same-sex marriage. Braidwood is a Christian business and I operate all of my businesses according to Christian beliefs and teaching. I cannot allow Braidwood's plan to define marriage in a manner that contradicts my religious beliefs or Christian teaching on marriage and sexuality.

I therefore respectfully ask you to amend the definition of "spouse" to include only marriages between one man and one woman.

If you believe that the law prohibits Entrust from amending Braidwood's plan in this manner, please write back to me and let me know. I do not want Entrust to violate the law, and if you believe that the law prevents you from accommodating this request then I will seek declaratory relief in court against the relevant government officials.

Respectfully,

*Steven Hotze*

Steven F. Hotze, M.D.
President, Braidwood Management Inc.