# ENTRUST

February 22, 2019

Attn: Dr. Steven F. Hotze
Braidwood Management, Inc.
20214 Braidwood Dr., Ste. 215
Houston, Texas 77450

Re: Response to February 14, 2019 Letter; Definition of Spouse in Braidwood's Plan

Dear Dr. Hotze:

In June of 2016, the Supreme Court of the United States made their decision in
Obergefell v. Hodges, ruling that the Due Process Clause of the Fourteenth Amendment
guarantees same sex couples, just like it does opposite sex couples, the fundamental right
to marry. As the highest legal authority, Entrust altered its definition of "Spouse" in every
Summary Plan Description (SPD) to reflect the Supreme Court ruling.

We do our best as a third party administrator to keep our clients' plans in full compliance
with the law, and we firmly believe that our current definition of "spouse" in the (SPD) is
in line with the clear law of the United States. However, we completely understand that
you feel differently due to religious convictions and personal beliefs, which we obviously
respect. As the Plan Sponsor of the Braidwood Employee Benefit Plan Trust, you control
the terms of your plan. If you feel that you need to take legal action on this issue, that is
completely up to you as the Trustee. We respect your decision to do so, but we cannot
influence your decision one way or another on pursuing same.

If you have any questions, I want you and Jonathan to please feel free to contact me at
katy.belew@entrustinc.com, or at (281) 368-7878 ext. 124 or Mac Meadows.

Sincerely,

Kaitlyn Belew
Compliance Attorney
Katy.belew@entrustinc.com
(281) 368-7878 ext. 124
22322 Grand Corner Dr.
Suite 200
Katy, TX 77494

