IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. PASTOR COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., <br><br> Defendants. | Case No. 4:18-cv-00824-O |

## DEFENDANTS' RENEWED MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants hereby move this Court to dismiss Plaintiffs' Second Amended Complaint. In accordance with Local Rules 7.1 and 7.2, this motion is accompanied by a brief that sets forth the contentions of law, arguments and authorities on which Defendants rely in support of this motion. A proposed order also accompanies this motion.

Dated: September 23, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIN NEALY COX
United States Attorney

  /s/ *Eric J. Soskin*
CARLOTTA P. WELLS
Assistant Branch Director
ERIC J. SOSKIN (PA Bar #200663)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Rm. 12002

1

        1100 L Street, NW
        Washington, D.C. 20530
        Telephone: (202) 353-0533
        Fax: (202) 616-8470
        Email: Eric.Soskin@usdoj.gov

        Brian W. Stoltz
        Assistant United States Attorney
        Texas Bar No. 24060668
        1100 Commerce Street, Third Floor
        Dallas, TX 75242-1699
        Telephone: (214) 659-8626
        Fax: (214) 659-8807
        Email: brian.stoltz@usdoj.gov

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On September 23, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

    /s/ Eric J. Soskin
Eric J. Soskin