IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. PASTOR COUNCIL, et al., | |
| Plaintiffs, | Case No. 4:18-cv-00824-O |
| v. | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., | |
| Defendants. | |

# [PROPOSED] ORDER

Upon consideration of Defendants' Renewed Motion to Dismiss and the supporting and responding briefs thereto, Defendants' Motion is **HEREBY GRANTED**. This action is dismissed for want of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

**IT IS SO ORDERED.**

Date: _____    _____
The Hon. Reed O'Connor
United States District Judge