IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. PASTOR COUNCIL, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00824-O |
| EQUAL EMPLOYMENT COMMISSION, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Government's Motion for An Extension Of Time (ECF No. 58), filed January 29, 2021. The Government requests an extension of one week so that the new leadership of the EEOC may familiarize themselves with the issues in this case. Accordingly, the Motion is **GRANTED**. The Joint Report is due on February 8, 2021.

**SO ORDERED** on this **29th day** of **January, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1