IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. PASTOR COUNCIL, et al., | § |
| Plaintiffs, | § |
| v. | § Civil Action No. 4:18-cv-00824-O |
| EQUAL EMPLOYMENT COMMISSION, et al., | § |
| Defendants. | § |

## ORDER

In accordance with the Joint Status Report (ECF No. 60), the parties must submit either (1) a Joint Stipulation of Facts Regarding Standing and Class Certification and a JSR with a proposed summary-judgment schedule or (2) a JSR with a proposed schedule based on the need for discovery no later than **March 8, 2021.**

**SO ORDERED** on this **9th day** of **February, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1