IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. PASTOR COUNCIL, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00824-O |
| EQUAL EMPLOYMENT COMMISSION, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

The parties' joint motion to extend time to submit a stipulation of facts regarding standing and class certification (ECF No. 63) is **GRANTED**.

The parties shall, by March 22, 2021, submit either: (1) a Joint Stipulation of Facts Regarding Standing and Class Certification and a joint status report with a pro-posed summary-judgment schedule or (2) a joint status report with a proposed schedule based on the need for discovery.

**SO ORDERED** on this **5th day** of **March, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1