IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. PASTOR COUNCIL, et al., | § |
| Plaintiffs, | § |
| v. | § Civil Action No. 4:18-cv-00824-O |
| EQUAL EMPLOYMENT COMMISSION, et al., | § |
| Defendants. | § |

## ORDER

The parties' joint motion to extend time to submit a stipulation of facts regarding standing and class certification (ECF No. 65) is **GRANTED**. The parties must file their joint report no later than April 6, 2021.

**SO ORDERED** on this **23rd day** of **March, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1