## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **U.S. PASTOR COUNCIL, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:18-cv-00824-O** |
| | § | |
| **EQUAL EMPLOYMENT** | § | |
| **COMMISSION, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

The parties' joint motion to extend time to submit a stipulation of facts regarding standing and class certification (ECF No. 67) is **GRANTED**. The parties must file their joint report no later than May 2, 2021. No additional extension will be granted.

**SO ORDERED** on this **2nd day** of **April, 2021.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1