IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. PASTOR COUNCIL, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00824-O |
| | § | |
| EQUAL EMPLOYMENT | § | |
| COMMISSION, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

In accordance with the stipulation of facts (ECF No. 69), the parties proposed briefing schedule is **GRANTED in part.** Local Rule 23.2 requires a motion for certification within 90 days of filing a class action complaint so that the Court may resolve it in a timely manner, early on in the case so that the parties have plenty of time to conduct discovery, if needed, and prepare for summary judgment. The Amended Complaint in this case was filed on September 9, 2021 after the stay was lifted. There is no legitimate reason for such a significant delay. The parties also just spent three months discussing the relevant facts in this case instead of proposing a briefing schedule. Accordingly, the deadlines in this case are as follows:

- Plaintiffs' Motion for Class Certification and Summary Judgment: May 24, 2021
- Defendants' Response to Plaintiffs' Motion for Class Certification: June 7, 2021
- Plaintiffs' Reply Brief in Support of Class Certification: June 21, 2021

**SO ORDERED** on this **4th day** of **May, 2021.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE

1