UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **U.S. Pastor Council**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Equal Employment Opportunity Commission**, et al., <br><br> Defendants. | Case No. 4:18-cv-00824-O |

### MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs Bear Creek Bible Church and Braidwood Management Inc. respectfully move for summary judgment and a classwide permanent injunction against the enforcement of the EEOC's guidance documents that purport to outlaw discrimination on account of sexual orientation and gender identity. The accompanying brief sets forth our arguments and authorities.

### SUMMARY

There are five claims on which Plaintiffs are entitled to relief. In accordance with Local Rule 56.3(a), the elements are stated here and detailed in the brief accompanying this motion.

1. Religious Freedom Restoration Act: Plaintiffs assert that (1) their religious exercise has been substantially burdened and (2) the government cannot show a compelling governmental interest to justify the infringement.

2. First Amendment Free Exercise: Plaintiffs assert that (1) the government has infringed on religious exercise, (2) by means of a regulation that is not

neutral, (3) and lacks a compelling governmental interest to justify the infringement.

3. First Amendment Freedom of Association: Plaintiffs assert that (1) the government has infringed on their expressive association, (2) without compelling governmental interest to justify the infringement.

4. Statutory Right to Differentiate: Title VII does not prohibit sex-neutral regulations on employees even if they result in refusal to hire bisexual individuals.

5. Statutory Right to Regulate: Title VII does not prohibit sex-neutral regulations on employees' conduct even if they lead to a disparate impact based on sexual orientation or professed gender identity.

Respectfully submitted.

/s/ Jonathan F. Mitchell

| | |
|---|---|
| Charles W. Fillmore | Jonathan F. Mitchell |
| H. Dustin Fillmore | Texas Bar No. 24075463 |
| The Fillmore Law Firm, LLP | Mitchell Law PLLC |
| 201 Main Street, Suite 801 | 111 Congress Avenue, Suite 400 |
| Fort Worth, Texas 76102 | Austin, Texas 78701 |
| (817) 332-2351 (phone) | (512) 686-3940 (phone) |
| (817) 870-1859 (fax) | (512) 686-3941 (fax) |
| chad@fillmorefirm.com | jonathan@mitchell.law |
| dusty@fillmorefirm.com | |
| | *Counsel for Plaintiffs and* |
| Dated: May 24, 2021 | *the Proposed Classes* |

## CERTIFICATE OF SERVICE

      I certify that on May 24, 2021, I served this document through CM/ECF upon:

BENJAMIN T. TAKEMOTO
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
(202) 532-4252 (phone)
(202) 616-8460 (fax)
benjamin.takemoto@usdoj.gov

*Counsel for Defendants*

                                                      /s/ Jonathan F. Mitchell
                                                      JONATHAN F. MITCHELL
                                                      *Counsel for Plaintiffs and*
                                                      *the Proposed Classes*