IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. PASTOR COUNCIL, et al., | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | §   Civil Action No. 4:18-cv-00824-O |
| | § |
| EQUAL EMPLOYMENT | § |
| COMMISSION, et al., | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is Defendants' Unopposed Motion for Clarification or Extension of Time (ECF No. 75), filed May 27, 2021. Defendants' Response is subject to the 21-day deadline in the Local Rules. The Motion for Extension is **DENIED**.

**SO ORDERED** on this **28th day** of **May, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1