IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| U.S. PASTOR COUNCIL et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION et al.,<br><br>     Defendants. | Civil Action No. 18-0824 |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants respectfully file this motion for an extension of time to file their Opposition to Plaintiffs' Motion for Summary Judgment, ECF No. 72. Defendants previously filed a Motion for Clarification or, in the Alternative, an Extension of Time, ECF No. 75 which was based on a legal argument that summary judgment briefing should occur after the Court rules on Plaintiffs' Motion for Class Certification. The Court denied that motion and directed Defendants to file their Opposition to Plaintiffs' Motion for Summary Judgment by June 14, 2021. ECF No. 76.

Defendants now ask for a two week extension of time to file their Opposition to Plaintiffs' Motion for Summary Judgment for several practical reasons. At present, the undersigned has many pressing litigation deadlines in other cases: two June 3, 2021 status report deadlines, a June 10, 2021 motions hearing, a June 10, 2021 case management conference, and a June 18, 2021 motion to dismiss deadline. The undersigned is also lead counsel in a case that is in active settlement negotiations, with a current deadline of June 3, 2021 and is preparing a motion to stay in another case, which has an urgent, though as of yet indefinite, deadline. In addition, the undersigned will be on previously scheduled leave June 1 and 2, 2021.

The issues raised in Plaintiffs' Motion are complex and significant. They will require extensive review within the Equal Employment Opportunity Commission, the Department of Justice, and potentially other parts of the government. For the Court to receive the greatest benefit of briefing on these issues, Defendants accordingly request that their Opposition to Plaintiffs' Motion for Summary Judgment be extended from June 14, 2021 to June 28, 2021. Defendants regret not asking for an extension of this deadline in their previous motion, but they sincerely misunderstood their Opposition deadline. Thus, they respectfully request this extension now.

Plaintiffs do not oppose this request.

Dated: May 28, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director

*Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*