IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| U.S. PASTOR COUNCIL et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION et al.,<br><br>　　Defendants. | Civil Action No. 18-0824 |

**[PROPOSED] ORDER**

　　Defendants' Motion for an Extension of Time is GRANTED. Their Opposition to Plaintiffs' Motion for Summary Judgment, ECF No. 72, is due on June 28, 2021.


Dated: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　REED O'CONNOR
　　　　　　　　　　　　　　　　　　　　　United States District Judge