IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. PASTOR COUNCIL, et al., | § |
| Plaintiffs, | § § § |
| v. | §   Civil Action No. 4:18-cv-00824-O |
| EQUAL EMPLOYMENT COMMISSION, et al., | § § § § |
| Defendants. | § |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time (ECF No. 77), filed May 29, 2021. Defendants allege that several other deadlines should take priority over this deadline. The Motion is **GRANTED in part**. Defendants' Response must be filed no later than **June 21, 2021.**

**SO ORDERED** on this **31st day** of **May, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1