UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Bear Creek Bible Church**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Equal Employment Opportunity Commission**, et al., <br><br> Defendants. | Case No. 4:18-cv-00824-O |

# UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED THIRD AMENDED COMPLAINT

On Monday, June 7, 2021, the plaintiffs filed their third amended complaint, with the consent of the defendants. The document that was filed contained some fields with broken links, which did not reveal themselves until after the PDF was generated, and which plaintiffs' counsel did not notice until after the document was filed. The plaintiffs respectfully seek leave to file a corrected document that removes these fields, which we are filing as ECF No. 84. No other changes to the document have been made.

Respectfully submitted.

/s/ Jonathan F. Mitchell

| | |
|---|---|
| CHARLES W. FILLMORE <br> H. DUSTIN FILLMORE <br> The Fillmore Law Firm, L.L.P. <br> 1200 Summit Avenue, Suite 860 <br> Fort Worth, Texas 76102 <br> (817) 332-2351 (phone) <br> (817) 870-1859 (fax) <br> chad@fillmorefirm.com <br> dusty@fillmorefirm.com | JONATHAN F. MITCHELL <br> Texas Bar No. 24075463 <br> Mitchell Law PLLC <br> 111 Congress Avenue, Suite 400 <br> Austin, Texas 78701 <br> (512) 686-3940 (phone) <br> (512) 686-3941 (fax) <br> jonathan@mitchell.law |

Dated: June 9, 2021 *Counsel for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF CONFERENCE

I certify that on June 9, 2021, I conferred with Ben Takemoto, counsel for the defendants, and he informed me that the defendants are unopposed to this motion.

    /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs and*
*the Proposed Classes*

## CERTIFICATE OF SERVICE

    I certify that on June 9, 2021, I served this document through CM/ECF upon:

BENJAMIN T. TAKEMOTO
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
(202) 532-4252 (phone)
(202) 616-8460 (fax)
benjamin.takemoto@usdoj.gov

*Counsel for Defendants*

                                                 /s/ Jonathan F. Mitchell
                                                 JONATHAN F. MITCHELL
                                                 *Counsel for Plaintiffs and*
                                                 *the Proposed Classes*