UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| **U.S. Pastor Council**, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>**Equal Employment Opportunity Commission**, et al.,<br><br>    Defendants. | Case No. 4:18-cv-00824-O |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE CORRECTED THIRD AMENDED COMPLAINT

 The plaintiffs' motion for leave to file a corrected third amended complaint is granted. The document filed as ECF No. 84 is to be regarded as the third amended complaint and live pleading in this case.

Dated: _____, 2021

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE