IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. PASTOR COUNCIL, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00824-O |
| | § | |
| EQUAL EMPLOYMENT COMMISSION, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File a Third Amended Complaint (ECF No. 83), filed June 9, 2021. Noting the Motion is unopposed, the Motion is **GRANTED.**

**SO ORDERED** on this **9th day** of **June, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1