IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BEAR CREEK BIBLE CHURCH, et al., § § Plaintiffs, § § v. § § EQUAL EMPLOYMENT § COMMISSION et al., § § Defendants. § | Civil Action No. 4:18-cv-00824-O |

## ORDER

Before the Court is the Defendants' Consolidated Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment (ECF Nos. 94-96), filed June 28, 2021. Plaintiffs are ordered to file a consolidated response & reply no later than **July 12, 2021.** Defendants may reply no later than **July 16, 2021.**

**SO ORDERED** on this **29th day** of **June, 2021.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE

1