IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEAR CREEK BIBLE CHURCH, et al., | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 4:18-cv-00824-O |
| EQUAL EMPLOYMENT COMMISSION et al., | | |
| Defendants. | | |

### ORDER

Before the Court is the Plaintiffs' Motion for Leave to File a Reply Brief in Excess of 10 Pages (ECF No. 93), filed June 24, 2021. Noting the Motion is unopposed, the Motion for Leave should be **GRANTED.** Therefore, Plaintiffs' Reply in support of class certification (ECF No. 92) which was filed in excess of the page limit, may remain on the docket.

Upon independent review of the docket, Plaintiffs' Fourth Amended Complaint was filed without leave of Court. Plaintiffs must file a motion for leave no later than **June 30, 2021** with a certificate of conference indicating whether Defendants oppose the amendments.

**SO ORDERED** on this **29th day** of **June, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1