IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEAR CREEK BIBLE CHURCH, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00824-O |
| EQUAL EMPLOYMENT COMMISSION et al., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Plaintiffs' Motion for Leave to File Fourth Amended Complaint (ECF No. 99), filed July 10, 2021. Noting the Motion is unopposed, the Motion for Leave should be **GRANTED.** Therefore, Plaintiffs' Fourth Amended Complaint (ECF No. 86) may remain on the docket.

**SO ORDERED** on this **12th day** of **July, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1