IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEAR CREEK BIBLE CHURCH, et al., | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:18-cv-00824-O |
| EQUAL EMPLOYMENT COMMISSION, et al., | § § § § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiffs' Unopposed Motion for an Extension of Time to File Consolidated Response and Reply (ECF No. 102). Noting the Motion is unopposed, and Plaintiffs' filing was only a few hours late, the Motion should be **GRANTED**. The brief submitted on July 13, 2021, (ECF No. 101) is deemed to be properly filed, *nunc pro tunc*.

**SO ORDERED** on this **14th day of July, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE