IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEAR CREEK BIBLE CHURCH, et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § § | Civil Action No. 4:18-cv-00824-O |
| EQUAL EMPLOYMENT COMMISSION et al., | | |
| Defendants. | | |

## ORDER

Before the Court are the Plaintiffs' Motion to Certify Class (ECF No. 71); Plaintiffs' Motion for Summary Judgment (ECF No. 72); and Defendants' Motion for Summary Judgment (ECF No. 95). The parties are ordered to meet and confer and propose at least four dates for a hearing on this matter to take place between August 20, 2021, and September 3, 2021.

**SO ORDERED** on this **18th day** of **August, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1