IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BEAR CREEK BIBLE CHURCH et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:18-cv-00824-O |
| § | |
| **EQUAL EMPLOYMENT** § | |
| **OPPORTUNITY COMMISSION et al.,** § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court is the Becket Fund for Religious Liberty's Unopposed Motion for Leave to File an *Amicus Curiae* Brief (ECF No. 112), filed September 28, 2021. The Becket Fund requests leave to file an *amicus curiae* brief, asserting its interest in protecting religious expression. ECF No. 112. Having considered the unopposed motion, the Court finds that the motion should be and is hereby **GRANTED**. Accordingly, the Clerk is **DIRECTED** to file the Becket Fund's *Amicus Curiae* Brief, ECF No. 112-1, as a separate docket entry as of the date of the motion.

**SO ORDERED** on this **28th day** of **September, 2021**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**