IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEAR CREEK BIBLE CHURCH, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00824-O |
| | § | |
| EQUAL EMPLOYMENT | § | |
| OPPORTUNITY COMMISSION et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiffs' Reply brief was due October 5, 2021. *See* Order, ECF No. 110. It has yet to be filed. Plaintiffs shall reply no later than October 8, 2021.

Signed this 6th day of October, 2021.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1