IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BEAR CREEK BIBLE CHURCH et al., <br><br> Plaintiffs, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION et al., <br><br> Defendants. | Civil Action No. 4:18-CV-824-O |

### DEFENDANTS' MOTION FOR RECONSIDERATION

For the reasons stated in the accompanying brief, Defendants respectfully request that the Court reconsider its October 31, 2021, Memorandum Opinion and Order, ECF No. 118.

Dated: November 10, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

CARLOTTA WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
MICHAEL F. KNAPP
(CA Bar. # 314104)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

On November 9, 2021, Jonathan F. Mitchell and I conferred regarding this Motion. Mr. Mitchell requested that I state the following: "I have conferred with Jonathan F. Mitchell, counsel for the plaintiffs, and he informed me that the plaintiffs are unopposed to this motion to the extent it brings the transcription error to the Court's attention and asks the Court to remove the concession that was mistakenly attributed to Mr. Takemoto. The plaintiffs, however, believe that the Court's conclusion that the United States waived sovereign immunity under section 702 remains sound, and would oppose any request to alter the conclusion that the Court reached."

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO

## CERTIFICATE OF SERVICE

On November 10, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO