UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Bear Creek Bible Church**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Equal Employment Opportunity Commission**, et al., <br><br> Defendants. | Case No. 4:18-cv-00824-O |

### STATUS REPORT IN RESPONSE TO COURT'S ORDER OF NOVEMBER 8, 2021

The Court's order of November 8, 2021, instructed the parties to file a status report addressing the further matters that need to be considered in this case. On November 12, 2021, the defendants filed a motion for reconsideration (ECF No. 120).

The plaintiffs intend to file a brief response to the defendants' motion for reconsideration by the end of the week. After the Court rules on the defendants' motion for reconsideration, the parties will promptly confer and submit a proposed final judgment for the Court to sign. If the parties cannot agree on what the final judgment should say, then they will submit competing proposals for the Court to consider.

Respectfully submitted.

| | |
|---|---|
| /s/ Jonathan F. Mitchell | BRIAN M. BOYNTON |
| JONATHAN F. MITCHELL | Acting Assistant Attorney General |
| Texas Bar No. 24075463 | |
| Mitchell Law PLLC | CARLOTTA P. WELLS |
| 111 Congress Avenue, Suite 400 | Assistant Branch Director |
| Austin, Texas 78701 | |
| (512) 686-3940 (phone) | /s/ Benjamin T. Takemoto |
| (512) 686-3941 (fax) | BENJAMIN T. TAKEMOTO |
| jonathan@mitchell.law | D.C. Bar No. 1045253 |
| | United States Department of Justice |

*Counsel for Plaintiffs and*  Civil Division, Federal Programs Branch
*the Proposed Classes*  P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
(202) 532-4252 (phone)
(202) 616-8460 (fax)
benjamin.takemoto@usdoj.gov

Dated: November 15, 2021  *Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I certify that on November 15, 2021, I served this document through CM/ECF upon:

BENJAMIN T. TAKEMOTO
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
(202) 532-4252 (phone)
(202) 616-8460 (fax)
benjamin.takemoto@usdoj.gov

*Counsel for Defendants*

                                          /s/ Jonathan F. Mitchell
                                          JONATHAN F. MITCHELL
                                          *Counsel for Plaintiffs and*
                                          *the Proposed Classes*