IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BEAR CREEK BIBLE CREEK et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00824-O |
| | § | |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION et al.,** | § | |
| | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Joint Motion to Extend Deadline for Filing Application for Attorneys' Fees (ECF No. 127), filed December 15, 2021, is **GRANTED**. The Plaintiffs shall submit their application for costs and fees **no later than 14 days** after the conclusion of direct appeals.

**SO ORDERED** on this **15th day** of **December, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE