UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Bear Creek Bible Church**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Equal Employment Opportunity Commission**, et al., <br><br> Defendants. | Case No. 4:18-cv-00824-O |

## NOTICE OF APPEAL

Plaintiffs Bear Creek Bible Church and Braidwood Management Inc. appeal to the United States Court of Appeals for the Fifth Circuit from the amended final judgment entered on January 12, 2022 (ECF No. 136).

Respectfully submitted.

 /s/ Jonathan F. Mitchell

| | |
|---|---|
| Gene P. Hamilton <br> Virginia Bar No. 80434 <br> Vice-President and General Counsel <br> America First Legal Foundation <br> 300 Independence Avenue SE <br> Washington, DC 20003 <br> (202) 964-3721 (phone) <br> gene.hamilton@aflegal.org <br><br> H. Dustin Fillmore III <br> Texas Bar No. 06996010 <br> Charles W. Fillmore <br> Texas Bar No. 00785861 <br> The Fillmore Law Firm, L.L.P. <br> 201 Main Street, Suite 801 <br> Fort Worth, Texas 76102 <br> (817) 332-2351 (phone) <br> (817) 870-1859 (fax) | Jonathan F. Mitchell <br> Texas Bar No. 24075463 <br> Mitchell Law PLLC <br> 111 Congress Avenue, Suite 400 <br> Austin, Texas 78701 <br> (512) 686-3940 (phone) <br> (512) 686-3941 (fax) <br> jonathan@mitchell.law |

dusty@fillmorefirm.com
chad@fillmorefirm.com

Dated: February 9, 2022

*Counsel for Plaintiffs and
the Proposed Classes*

## CERTIFICATE OF SERVICE

    I certify that on February 9, 2022, I served this document through CM/ECF upon:

Benjamin T. Takemoto
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
(202) 532-4252 (phone)
(202) 616-8460 (fax)
benjamin.takemoto@usdoj.gov

*Counsel for Defendants*

                                                  /s/ Jonathan F. Mitchell
                                                 Jonathan F. Mitchell
                                                 *Counsel for Plaintiffs and*
                                                 *the Certified Classes*