UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Bear Creek Bible Church**, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**Equal Employment Opportunity Commission**, et al.,<br><br>　　　　　Defendants. | Case No. 4:18-cv-00824-O |

## JOINT STATUS REPORT

On August 15, 2023, the Court ordered the parties to confer and submit a joint status report that: (1) "summarizes the issues on remand"; and (2) "proposes a schedule for resolution of the remaining issues." ECF No. 146. The parties jointly and respectfully submit this report in accordance with the Court's instructions.

### I. Issues Remaining On Remand

There are two issues remaining for this Court on remand. First, the Court should vacate its class-certification order (ECF No. 135) in accordance with the Fifth Circuit's instructions. The proposed order attached to this report vacates the class-certification order.

Second, the Court must enter a new final judgment that accords with the Fifth Circuit's ruling on appeal. The plaintiffs propose that the parties engage in a motions practice regarding the form of the judgment, and they will file their motion for entry of judgment and a copy of their proposed final judgment later today. The defendants' position is that such a practice is not necessary. The parties have conferred but were not able to agree on the contents of the final judgment, so the defendants will oppose the plaintiffs' soon-to-be-filed motion and will file a competing proposal.

## II. Proposed Schedule For Resolving Remaining Issues

The Court should vacate the class certification order (ECF No. 135).

The plaintiffs will file a motion for entry of judgment later today, accompanied by their proposed final judgment. The defendants will respond to this motion in accordance with the motions-briefing schedule set forth in the local rules, which gives the defendants 21 days to file their brief in opposition and their proposed final judgment. The plaintiffs will also file a reply in accordance with the local rules.

|  |  |
|---|---|
|  | Respectfully submitted. |
| /s/ Jonathan F. Mitchell | Brian M. Boynton |
| Jonathan F. Mitchell | Acting Assistant Attorney General |
| Texas Bar No. 24075463 |  |
| Mitchell Law PLLC | Carlotta P. Wells |
| 111 Congress Avenue, Suite 400 | Assistant Branch Director |
| Austin, Texas 78701 |  |
| (512) 686-3940 (phone) | /s/ Benjamin T. Takemoto |
| (512) 686-3941 (fax) | Benjamin T. Takemoto |
| jonathan@mitchell.law | D.C. Bar No. 1045253 |
|  | United States Department of Justice |
| *Counsel for Plaintiffs* | Civil Division, Federal Programs Branch |
|  | P.O. Box No. 883, Ben Franklin Station |
|  | Washington, DC 20044 |
|  | (202) 532-4252 (phone) |
|  | (202) 616-8460 (fax) |
|  | benjamin.takemoto@usdoj.gov |
| Dated: August 30, 2023 | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

    I certify that on August 30, 2023, I served this document through CM/ECF upon:

Benjamin T. Takemoto
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
(202) 532-4252 (phone)
(202) 616-8460 (fax)
benjamin.takemoto@usdoj.gov

*Counsel for Defendants*

                                             /s/ Jonathan F. Mitchell
                                            Jonathan F. Mitchell
                                            *Counsel for Plaintiffs*