IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BEAR CREEK BIBLE CHURCH et al., § § Plaintiffs, § § v. § § EQUAL EMPLOYMENT § OPPORTUNITY COMMISSION et al., § § Defendants. § | Civil Action No. 4:18-cv-00824-O |

## FINAL JUDGMENT

On August 14, 2023, the U.S. Court of Appeals for the Fifth Circuit issued its mandate. ECF No. 144. In accordance with that Mandate and the Court of Appeals opinion, this Court orders the following:

I. The Court enters judgment in favor of Braidwood with respect to Count I, its Religious Freedom Restoration Act claim against Defendants, 4th Am. Compl. ¶¶ 49–53, ECF No. 86.

II. Plaintiffs' Motion for Summary Judgment, ECF No. 90, is denied as to Bear Creek Church and the Church-Type Employers Class is not certified, because these employers are not burdened by Title VII.

III. The Court's Class Certification Order, ECF No. 135, is vacated. Plaintiffs' Motion for Class Certification, ECF No. 71, is denied.

IV. The Court enters judgment in favor of Defendants with respect to Counts II through V, 4th Am. Compl. ¶¶ 54–68.

This is a final judgment that fully and finally resolves all remaining parties and claims to this suit and may be appealed. All relief not herein granted is denied.

**SO ORDERED** on this _____ **day** of _____, 2023.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**