**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **BRAIDWOOD MANAGEMENT, INC.** | § | |
| **and BEAR CREEK BIBLE CHURCH,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:18-cv-00824-O** |
| | § | |
| **EQUAL EMPLOYMENT** | § | |
| **OPPORTUNITY COMMISSION,** *et al.,* | § | |
| | § | |
| **Defendants.** | § | |

## <u>FINAL JUDGMENT</u>

On August 14, 2023, the United States Court of Appeals for the Fifth Circuit issued its mandate. ECF No. 144. Following issuance of the mandate, the parties provided briefing regarding the proposed contents of the Court's Final Judgment. ECF Nos. 148–50. In accordance with that mandate and the Fifth Circuit's Opinion, and having reviewed the parties' proposals, the Court now enters judgment as follows:

1. The Court enters judgment in favor of Plaintiff Braidwood Management, Inc. ("Braidwood"), and against Defendants Equal Employment Opportunity Commission, the United States of America, and Charlotte A. Burrows, Jocelyn Samuels, Keith E. Sonderling, Andrea R. Lucas, and Gwendolyn Young Reams, in their official capacities as chair, vice chair, and commissioners of the Equal Employment Opportunity Commission, with respect to Braidwood's claim under the Religious Freedom Restoration Act claim (Count I). The Court awards declaratory relief to Braidwood as follows:

The Court **DECLARES** that the Religious Freedom Restoration Act protects the rights of Plaintiff Braidwood to:

    a.   Refuse to employ individuals who engage in homosexual behavior;

b. Refuse to employ individuals who are engaged in gender non-conforming behavior, including cross-dressing, transvestism, efforts to change or transition one's gender, or asserting a gender identity that departs from one's biological sex;

c. Refuse to recognize same-sex marriage or offer benefits to same-sex partners of their employees;

d. Enforce sex-specific dress and grooming codes; and

e. Prohibit its employees from entering or using restrooms or other facilities designated for the opposite biological sex,

without encountering retaliation, enforcement action, or any type of adverse or negative action on account of its exercise of these rights from any of the named defendants.

2. The Court **DISMISSES without prejudice** all other claims asserted by Braidwood against Defendants.

3. The Court **DISMISSES with prejudice** all claims asserted by Bear Creek Bible Church against Defendants.

**SO ORDERED** on this **29th day** of **November, 2023**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**