UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| **Bear Creek Bible Church**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**Equal Employment Opportunity Commission**, et al.,<br><br>Defendants. | Case No. 4:18-cv-00824-O |

## DECLARATION OF JONATHAN F. MITCHELL

1.  My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2.  I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3.  I represent the plaintiffs in this litigation, and I submit this declaration in support of the plaintiffs' application for costs and attorneys' fees under 42 U.S.C. § 1988(b) (Docket Entry No. 153).

4.  My résumé is attached as Exhibit A to this declaration. I declare under penalty of perjury that everything that that appears in my résumé is truthful and accurate.

5.  I have argued five cases before the Supreme Court of the United States, all of which are listed on my résumé. Those cases are, in reverse chronological order:

> *United States v. Texas*, No. 21-588 (Nov. 1, 2021)
> *Campbell–Ewald Co. v. Gomez*, No. 14-857 (Oct. 14, 2015)
> *Utility Air Regulatory Group v. EPA*, No. 12-1146 (Feb. 24, 2014)
> *EPA v. EME Homer City Generation*, No. 12-1182 (Dec. 10, 2013)
> *Gonzalez v. Thaler*, No. 10-895 (Nov. 2, 2011)

6.   I was recently retained to argue *Garland v. Cargill*, No. 22-976, before the Supreme Court next year, which will mark my sixth Supreme Court oral argument.

7.   I have written and signed briefs on the merits in eight Supreme Court cases that have proceeded to oral argument. Those cases are, in reverse chronological order:

> *United States v. Texas*, No. 21-588
> *Whole Woman's Health v. Jackson*, No. 21-463
> *Campbell–Ewald Co. v. Gomez*, No. 14-857
> *Walker v. Texas Division, Sons of Confederate Generals*, No. 14-144
> *Texas Dep't of Housing and Community Affairs v. ICP*, No. 13-1371
> *Utility Air Regulatory Group v. EPA*, No. 12-1146
> *EPA v. EME Homer City Generation*, No. 12-1182
> *Gonzalez v. Thaler*, No. 10-8950

8.   I have argued more than 30 cases in the federal courts of appeals. I have also argued before Supreme Court of Texas and in numerous trial courts.

9.   I have written and submitted more than 30 amicus curiae briefs in the Supreme Court of the United States.

10.   Allyson Ho, a partner at Gibson Dunn's Dallas office, has informed me that her hourly rate is $1,750.00, and that she provided a $1,313 hourly rate to the Attorney General of Texas at a 25% discount over the matter reported in Robert T. Garnett, *High-dollar lawyers aim to prove Texas in 'substantial compliance' to serve foster kids*, Dallas Morning News (June 14, 2023). I have attached an authentic copy of Mr. Garnett's article as Exhibit E to this declaration, which I obtained from the Dallas Morning News's website on December 8, 2023. I have also attached as Exhibit F an authentic copy of Robert T. Garnett, *Texas hires well-connected private lawyers, may stiffen defense in foster-care lawsuit*, Dallas Morning News (May 11, 2023), which reports that "Allyson Ho argued multiple cases at the U.S. Supreme Court." I obtained this article from the Dallas Morning News's website on December 8, 2023.

11.   The hourly rate that I charge to my full-paying clients is $1,200.

12.   The hours that I spent working on this matter appear on a spreadsheet that is attached as Exhibit B to this declaration. I declare under penalty of perjury that every billing entry that appears in that spreadsheet is truthful and accurate. The specific times that appear in the timesheet are for the pacific time zone.

13.   I spent 386.9 hours on this case from July 6, 2018, through December 4, 2023, but I have decided to write off 20.0 hours that were spent on non-legal tasks (such as reviewing and editing press releases for America First Legal Foundation) or communications with potential clients who ultimately decided not to join the lawsuit.

14.   I have also decided to seek recovery for my travel time at 50% of my reasonable hourly rate.

15.   My law firm employs second- and third-year law students to help with citechecking and discrete research tasks. I pay them $100/hour, although I sometimes pay a lower rate of $50/hour if the case is pro bono or on contingency.

16.   Several of my student research assistants worked on this case. In July of 2021, a rising 2L at Georgetown University Law Center worked 2.8 hours citechecking and proofreading my summary-judgment and class-certification briefing. I paid her $50/hour for that work. In September of 2022, on University of Chicago 1L spent 0.5 hours proofreading my Fifth Circuit reply brief. I paid him $100/hour for that work. Finally, in December of 2023 two of my student RAs spent 11.9 hours researching cases for our fee application. One of them was a Harvard 2L who worked for 5.0 hours; the other was a University of Chicago 2L who logged 6.9 hours.

17.   The 30.3 billable hours that I spent drafting and preparing our fee application are also necessary and reasonable. I conducted my research into the appropriate hourly rate and the appropriate amounts of billable time as efficiently as possible, and I gathered and read the relevant cases from the Fifth Circuit and Texas-based district courts with speed and dispatch. I outsourced as many research tasks as possible to my student RAs, which significantly reduced the total hours that I would

have otherwise expended. I drafted the fee application and supporting exhibits quickly and without unnecessary or undue delay.

18.   The hours that I spent working on the fee application appear on a spreadsheet that is attached as Exhibit C to this declaration. I declare under penalty of perjury that every billing entry that appears in that spreadsheet is truthful and accurate. The specific times that appear in the timesheet are for the pacific time zone.

19.   It was necessary and reasonable to draft and prepare the fee application myself, rather than delegate to the task to local counsel, because I had done nearly all of the legal work and knew exactly why I had performed the relevant tasks and why they were reasonable and necessary. I would have had to invest a significant number of hours on the fee application regardless of whether local counsel assisted, and I am certain that involving local counsel would have driven up the total number of hours spent on this task and would likely have resulted in a higher amount of requested fees.

20.   I incurred each of the following court costs and travel expenses in litigating this case:

> $400.00 filing fee for the complaint
> $505.00 filing fee for the notice of appeal
> $81.00 for the court reporter's invoice
> $835.93 for printing paper copies of the Fifth Circuit briefs
> $1,021.67 in travel costs for the hearing of April 9, 2019
> $806.96 in travel costs for the hearing of August 27, 2021
> $1,148.68 in travel costs for the Fifth Circuit argument.

Authentic copies of the receipts are attached as Exhibit D to this declaration. The total amount of costs and expenses in $4,799.24.

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Jonathan F. Mitchell

Dated: December 12, 2023                    JONATHAN F. MITCHELL

# Exhibit A

## to Mitchell Declaration

# JONATHAN F. MITCHELL

111 Congress Avenue, Suite 400 • Austin, Texas 78701
(512) 686-3940 • jonathan@mitchell.law
http://ssrn.com/author=791842

---

### EDUCATION

J.D., The University of Chicago Law School, with high honors, 2001
- Articles Editor, *The University of Chicago Law Review*
- Order of the Coif
- Joseph Henry Beale Prize for Legal Research and Writing

B.A., Wheaton College (IL), summa cum laude, 1998

---

### CLERKSHIPS

| | |
|---|---|
| Justice Antonin Scalia, Supreme Court of the United States | 2002–2003 |
| Judge J. Michael Luttig, U.S. Court of Appeals for the Fourth Circuit | 2001–2002 |

---

### EXPERIENCE

Mitchell Law PLLC — 2018–present
*Principal*

Stanford Law School — 2015–2017
*Visiting Professor of Law*

Hoover Institution — 2015–2016
*Visiting Fellow*

University of Texas at Austin School of Law
*Searle Visiting Professor of Law* — 2015
*Adjunct Professor* — 2010–2014

Solicitor General of Texas — 2010–2015

George Mason University School of Law — 2008–2010
*Assistant Professor of Law*

University of Chicago Law School — 2006–2008
*Visiting Assistant Professor*

Georgetown University Law Center — 2006
*Visiting Researcher*

Office of Legal Counsel, U.S. Department of Justice — 2003–2006
*Attorney-Adviser*

---

**PUBLICATIONS**

*The Writ-of-Erasure Fallacy*,
    104 VA. L. REV. 933 (2018)

*Textualism and the Fourteenth Amendment*,
    69 STAN. L. REV. 1237 (2017)

*Remembering the Boss*,
    84 U. CHI. L. REV. 2291 (2017)

*Judicial Review and the Future of Federalism*,
    49 ARIZ. ST. L.J. 1091 (2017)

*Commentary, Capital Punishment and the Courts*,
    120 HARV. L. REV. FORUM 269 (2017)

*Stare Decisis and Constitutional Text*,
    110 MICH. L. REV. 1 (2011)

*Reconsidering Murdock: State-Law Reversals as Constitutional Avoidance*,
    77 U. CHI. L. REV. 1335 (2010)

*Legislating Clear-Statement Regimes in National-Security Law*,
    43 GA. L. REV. 1059 (2009)

*Apprendi's Domain*,
    2006 SUP. CT. REV. 297

*Why Was Roe v. Wade Wrong?*,
    book chapter in Geoffrey R. Stone and Lee Bollinger, eds., *Roe v. Dobbs: The Past, Present, and Future of a Constitutional Right to Abortion* (Oxford 2023)

**SUPREME COURT ORAL ARGUMENTS**

*Garland v. Cargill*, No. 21-588 (to be argued in March 2024)
- Will argue on behalf of bump-stock owner challenging BATF's bump-stock ban

*United States v. Texas*, No. 21-588 (argued November 1, 2021)
- Argued on behalf of intervenor-defendants in Biden Administration's lawsuit over Texas's SB 8; Supreme Court dismissed the writ of certiorari as improvidently granted

*Campbell–Ewald Co. v. Gomez*, No. 14-857 (argued October 14, 2015)
- Argued on behalf of class-action plaintiff who opposed defendant's attempt to moot the case by offering money solely to the class representative; Supreme Court ruled 6-3 in our favor and held that the defendant's tactics did not moot the class action

*Utility Air Regulatory Group v. EPA*, No. 12-1146 (argued February 24, 2014)
- Argued on behalf of States challenging the Obama Administration's greenhouse-gas regulations; Supreme Court ruled partly in our favor in a 5-4 vote

*EPA v. EME Homer City Generation*, No. 12-1182 (argued December 10, 2013)
- Argued on behalf of States challenging Obama Administration's cross-state air-pollution rule; Supreme Court ruled against us in a 6-2 vote

*Gonzalez v. Thaler*, No. 10-895 (argued November 2, 2011)
- Argued on behalf of Texas in a habeas case involving AEDPA's statute of limitations; Supreme Court ruled in our favor 8-1; Justice Scalia dissented on jurisdictional grounds

## SUPREME COURT MERITS BRIEFS AUTHORED

*United States v. Texas*, No. 21-588
- Represented intervenor-defendants in Biden Administration's lawsuit over the Texas Heartbeat Act; Supreme Court dismissed the writ of certiorari as improvidently granted

*Whole Woman's Health v. Jackson*, 142 S. Ct. 522 (2021)
- Represented Mark Lee Dickson, a pastor sued by Texas abortion providers; Supreme Court unanimously dismissed all claims against Mr. Dickson for lack of standing

*Campbell–Ewald Co. v. Gomez*, 577 U.S. 153 (2016)
- Represented class-action plaintiff who opposed the defendant's attempt to moot the case by offering monetary relief solely to the class representative; Supreme Court ruled 6-3 in our favor and held that the defendant's tactics did not moot the class action

*Walker v. Texas Division, Sons of Confederate Generals*, 576 U.S. 200 (2015)
- Defended the constitutionality of Texas's refusal to issue specialty license plates featuring the confederate battle flag; Supreme Court sided with us in a 5-4 vote

*Texas Dep't of Housing and Community Affairs v. ICP*, 576 U.S. 519 (2015)
- Represented Texas housing agency arguing that the Fair Housing Act makes no allowance for disparate-impact liability; Supreme Court disagreed in a 5-4 vote

*Utility Air Regulatory Group v. EPA*, 573 U.S. 302 (2014)
- Represented States challenging the Obama Administration's greenhouse-gas regulations; Supreme Court ruled partly in our favor in a 5-4 vote

*EPA v. EME Homer City Generation*, 572 U.S. 489 (2014)
- Represented States challenging Obama Administration's cross-state air-pollution rule; Supreme Court ruled against us in a 6-2 vote

*Gonzalez v. Thaler*, 565 U.S. 134 (2012)
- Represented Texas in a habeas case involving AEDPA's statute of limitations; Supreme Court ruled in our favor 8-1; Justice Scalia dissented on jurisdictional grounds

## REPRESENTATIVE SUPREME COURT AMICUS BRIEFS

*Vitagliano v. County of Westchester*, No. 23-74 (petition-stage)
- Authored petition-stage amicus on behalf of Texas Right to Life and America First Legal urging the Supreme Court to overrule *Hill v. Colorado*, 530 U.S. 703 (2000)

*Students for Fair Admission*, 600 U.S. 181 (2023)
- Authored amicus arguing that Title VI and the Equal Protection Clause should not be interpreted as co-extensive, and urging Court to find racial preferences in college admissions unlawful solely under Title VI without reaching the equal-protection issue

*Moore v. Harper*, 600 U.S. 1 (2023)
- Authored amicus arguing that 2 U.S.C. § 2a(c) constrains remedial discretion of state courts when they impose congressional maps in response to constitutional violations

*Kennedy v. Bremerton*, 142 S. Ct. 2407 (2022)
- Authored amicus urging the Supreme Court to dis-incorporate the Establishment Clause and overrule *Lemon v. Kurtzman*, 403 U.S. 602 (1971)

*Dobbs v. Jackson Women's Health Center*, 597 U.S. 215 (2022)
- Authored amicus on behalf of Texas Right to Life and America First Legal urging the Supreme Court to overrule *Roe v. Wade*, 410 U.S. 113 (1973)

*New York State Rifle & Pistol Ass'n Inc. v. Bruen*, 597 U.S. 1 (2022)
- Authored amicus on behalf of National Shooting Sports Foundation urging the Supreme Court to disapprove New York's "proper cause" licensing regime

*June Medical Services LLC v. Russo*, 140 S. Ct. 2103 (2020)
- Authored amicus on behalf of Family Research Council urging the Supreme Court to reject third-party standing for abortion providers and overrule *Whole Woman's Health v. Hellerstedt*, 579 U.S. 582 (2016)

*Seila Law LLC v. Consumer Financial Protection Bureau*, 140 S. Ct. 2183 (2020)
- Authored amicus on behalf of New Civil Liberties Alliance urging the Supreme Court to overrule *Humphrey's Executor v. United States*, 295 U.S. 602 (1935)

*Worman v. Healy*, No. 19-404 (petition-stage)
- Authored petition-stage amicus on behalf of National Shooting Sports Foundation urging the Supreme Court to resolve the standard of review that should apply to laws that prohibit semiautomatic firearms or standard-capacity magazines

*Remington v. Soto*, No. 19-168 (petition-stage)
- Authored petition-stage amicus on behalf of National Shooting Sports Foundation urging the Supreme Court to review the Connecticut Supreme Court's interpretation of the "predicate exception" in the Protection of Lawful Commerce in Arms Act

*Whole Woman's Health v. Hellerstedt*, 579 U.S. 582 (2016)
- Authored amicus on behalf of University Faculty for Life and Texas Alliance for Life urging the Supreme Court to reject abortion providers' challenge to Texas's HB2 on the grounds of insufficient evidence and res judicata

*Armstrong v. Exceptional Child Center*, 575 U.S. 320 (2015)
- Authored amicus on behalf of Texas and other states arguing that the Medicaid Act is incapable of "preempting" state law and that the Supremacy Clause does not create a private right of action for individuals to sue state officials who violate state law

*Zivotofsky v. Kerry*, 576 U.S. 1 (2015)
- Authored amicus on behalf of Texas defending the constitutionality of statute allowing Jerusalem-born U.S. citizens to have "Israel" listed as their place of birth on passports

*Shelby County v. Holder*, 570 U.S. 529 (2013)
- Authored amicus on behalf of Texas describing how the Obama Administration's Department of Justice abused the preclearance regime in the Voting Rights Act

*Alleyne v. United States*, 570 U.S. 99 (2013)
- Authored amicus on behalf of Texas and other states urging the Court not to extend the holding of *Apprendi v. New Jersey*, 530 U.S. 466 (2000), and criticizing *Apprendi*'s historical analysis

*Wos v. E.M.A.*, 568 U.S. 627 (2013)
- Authored amicus on behalf of Texas and other states arguing that the Medicaid Act is incapable of "preempting" state law, because a state does not violate federal law merely by acting in a manner that might cause federal money to be withheld

*Messerschmidt v. Millender*, 565 U.S. 535 (2012)
- Authored amicus on behalf of Texas and other states arguing that a qualified-immunity defense should be coextensive with the good-faith exception to the exclusionary rule, and that the Ninth Circuit erred by automatically equating a violation of the warrant clause with a violation of an individual's fourth amendment rights

*Greene v. Fisher*, 565 U.S. 34 (2011)
- Authored amicus on behalf of Texas and other states arguing that the *Teague* exceptions were not incorporated into 28 U.S.C. § 2254(d)

### REPRESENTATIVE LITIGATION IN THE U.S. COURTS OF APPEALS

*Barber v. Bryant*, 860 F.3d 345 (5th Cir. 2017) (argued)
- Successfully defended the constitutionality of Mississippi's religious-freedom law (HB 1523); Fifth Circuit dismissed plaintiffs' claims for lack of standing

*Braidwood Management Inc. v. Becerra*, No. 23-10326 (5th Cir.) (to be argued)
- Representing citizens and business owners in an Appointments Clause challenge to the Affordable Care Act's preventive-care coverage mandates; case pending in Fifth Circuit

*Braidwood Management Inc. v. EEOC*, 70 F.4th 914 (5th Cir. 2023) (argued)
- Successfully sued EEOC under the Religious Freedom Restoration Act for failing to exempt employers who object to homosexual and transgender behavior from *Bostock*

*Davis v. Abbott*, No. 781 F.3d 207 (5th Cir. 2015) (argued)
- Successfully appealed an award of attorneys' fees that had been awarded to plaintiffs in a redistricting lawsuit brought against Texas officials

*Deanda v. Becerra*, No. 23-10159 (5th Cir.) (argued)
- Representing plaintiffs suing Secretary Becerra for claiming that Title X "preempts" Texas's parental-consent laws; case argued in the Fifth Circuit and awaiting decision

*Fraternal Order of Police v. Springfield*, No. 23-3165 (3rd Cir.) (to be argued)
- Representing police officers in First Amendment lawsuit against township that prohibited display of the "Thin Blue Line American Flag" on township property

*Friends of George's Inc. v. Mulroy*, No. 23-5611 (6th Cir.) (amicus)
- Authored amicus criticizing district-court ruling that facially enjoined enforcement of Tennessee's anti-drag-show law on "overbreadth" grounds

*Hecox v. Little*, No. 20-35813 (9th Cir.) (amicus)
- Authored amicus supporting Idaho's petition for re-hearing en banc over its women's sports law; argued that the district court never entered an injunction and that the private civil-enforcement provisions of the law remain in effect

*HM Florida-Orl, LLC v. Griffin*, No. 23-12160 (11th Cir.) (amicus)
- Authored amicus criticizing district-court ruling that facially enjoined enforcement of Florida's anti-drag-show law on "overbreadth" grounds

*L.W. v. Skrmetti*, 83 F.4th 460 (6th Cir.) (amicus)
- Authored amicus attacking plaintiffs' standing to challenge Tennessee law protecting children from gender-transitioning treatments, as well as the universal remedy issued by the district court; Sixth Circuit agreed and vacated preliminary injunction

*Little v. Llano County*, No. 23-50224 (5th Cir.) (argued)
- Representing Llano County in lawsuit brought by library patrons who accused the county librarian of weeding library books containing nudity or LGBTQ content; awaiting ruling from Fifth Circuit

*Lowery v. Texas A&M University*, No. 23-20481 (5th Cir.) (to be argued)
- Representing a professor suing Texas A&M University for discriminating against whites and Asians in its faculty hiring

*Neese v. Becerra*, No. 23-10078 (5th Cir.) (to be argued)
- Representing doctors and medical professionals challenging Biden Administration's interpretation of section 1557 of the Affordable Care Act; case pending in Fifth Circuit

*Planned Parenthood v. Abbott*, 734 F.3d 406 (5th Cir. 2013) (emergency stay)
- Successfully obtained a stay of district-court injunction against Texas law requiring abortionists to hold hospital-admitting privileges, allowing law to take immediate effect

*Planned Parenthood v. Abbott*, 748 F.3d 583 (5th Cir. 2014) (argued)
- Successfully defended the constitutionality of Texas laws requiring abortion providers to hold hospital-admitting privileges and restricting the use of abortion-inducing drugs

*Sons of Confederate Veterans v. Vandergriff*, 759 F.3d 388 (5th Cir. 2014) (argued)
- Unsuccessfully argued in Fifth Circuit that Texas could refuse to issue specialty license plates featuring the confederate battle flag; Supreme Court later reversed in a 5-4 vote

*Texas Medical Providers v. Lakey*, 667 F.3d 570 (5th Cir. 2012) (argued)
- Successfully defended the constitutionality of Texas's ultrasound law

*The Aransas Project v. Shaw*, 775 F.3d 641 (5th Cir. 2014) (argued)
- Successfully defended Texas state officials in lawsuit that accused them of violating the Endangered Species Act

*Umphress v. Hall*, No. 20-11216 (5th Cir.) (argued)
- Representing county judge who brought First Amendment claim against members of the state commission on judicial conduct for threatening judges who refuse to peform same-sex marriage ceremonies; awaiting ruling from Fifth Circuit

*Voting for America v. Steen*, 732 F.3d 382 (5th Cir. 2013) (argued)
- Successfully defended the constitutionality of Texas's voter-registration laws

### OTHER REPRESENTATIVE LITIGATION (ONGOING)

*Bolduc v. Amazon.com Inc.*, No. 4:22-cv-00615-ALM (E.D. Tex.)
- Representing plaintiff suing Amazon for discriminating against whites and Asians in its "delivery service partners" program; case is pending in the district court

*Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.)
- Representing four pro-life residents of Texas who were sued by Texas abortion funds in an attempt to challenge SB 8; case is pending in the district court

*Hensley v. State Commission on Judicial Conduct*, No. 23-CV-0375 (SCOTEX)
- Representing a justice of the peace who sued the state commission on judicial conduct after it disciplined her for recusing herself from same-sex marriage ceremonies on account of her Christian faith; awaiting ruling from Supreme Court of Texas

*Jackson v. Wright*, No. 23-CV-0375 (Galveston County, Texas)
- Representing a UNT music professor who was disciplined after he published a journal article criticizing a black musicologist; the Fifth Circuit rejected UNT's sovereign-immunity defense and case is pending in the district court

*Roberts v. Progressive Preferred Insurance*, No. 1:23-cv-01597-PAG (E.D. Ohio)
- Representing plaintiff suing Progressive Insurance for discriminating against non-black-owned small businesses when awarding grants; case is pending in the district court

*San Antonio Family Ass'n v. San Antonio*, No. 2023CI22459 (Bexar County, Texas)
- Representing taxpayers suing San Antonio over its creation of a "Reproductive Justice Fund," which will award taxpayer money to organizations that pay the travel costs and related expenses of women seeking out-of-state abortions; case is pending in trial court

*Sefelino v. Community Coll. of Morris Cty.*, No. 2:23-cv-01595-MEF-LDW (D.N.J.)
- Representing college student who was suspended and removed from campus for speaking and preaching against homosexuality; case is pending in the district court

*Silva v. Noyola*, No. 23-CV-0375 (Galveston County, Texas)
- Representing father of an aborted fetus in wrongful-death lawsuit brought against three women who illegally provided abortion pills to his then-wife; case is pending in the district court

*Stewart v. Texas Tech University*, No. 5:23-cv-00007-H (N.D. Tex.)
- Representing white medical-school applicant suing each of Texas's state medical schools for discriminating against whites and Asians in student admissions; case is pending in the district court

*Texas Right to Life v. Van Stean*, No. 23-0468 (Supreme Court of Texas)
- Representing Texas Right to Life in lawsuits brought by abortion providers and abortion funds over its website that invited members of the public to report violations of the Texas Heartbeat Act; case is pending in the Supreme Court of Texas

*Zimmerman v. City of Austin*, No. D-1-GN-19-005930 (Travis County)
- Representing taxpayer suing Austin over its decision to give taxpayer money to abortion funds; case is pending in the district court

---

### OTHER REPRESENTATIVE LITIGATION (COMPLETED)

*Davis v. Sharp*, 656 F. Supp. 3d 687 (W.D. Tex. 2023)
- Successfully defended four pro-life residents of Texas who were sued by Wendy Davis in an attempt to have the Texas Heartbeat Act declared unconstitutional; district court dismissed for lack of standing

*DeOtte v. Azar*, No. 4:18-cv-00825-O (N.D. Tex.)
- Successfully sued HHS under the Religious Freedom Restoration Act over insufficient religious exemptions to the Contraceptive Mandate; Fifth Circuit vacated injunction as moot after the Trump Administration's rules took effect in 2020

*Garcia v. Carroll Indep. Sch. Dist.*, No. 153-319405-20 (Tarrant County, Texas)
- Successfully sued Carroll ISD over its attempt to implement a "cultural competence action plan" in violation of the Texas Open Meeting Act; the school district settled the case, withdrew the plan, and paid our attorneys' fees

*Great Northern Resources v. Coba*, No. 3:20-cv-01866-IM (D. Oregon)
- Successfully sued Oregon officials over their racially discriminatory distribution of pandemic aid; the state settled on a class-wide basis and paid our attorneys' fees

*Lilith Fund v. Dickson*, 662 S.W.3d 355 (Tex. 2023)
- Successfully defended pastor Mark Lee Dickson in three defamation lawsuits brought by Texas abortion funds; the Supreme Court of Texas granted our anti-SLAPP motion, requiring the abortion funds to pay Mr. Dickson's costs and attorneys' fees

*Planned Parenthood v. Lubbock*, No. 542 F. Supp. 465 (N.D. Tex. 2021)
- Served as court-appointed amicus in lawsuit brought by Planned Parenthood over a Lubbock abortion ban that was enforceable solely by private citizen suits; district court dismissed case for lack of standing because the city did not enforce the ban

---

### BAR ADMISSIONS

District of Columbia, Pennsylvania, Texas, Washington
Supreme Court of the United States
U.S. Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, and District of Columbia Circuits
U.S. District Court for the District of Columbia
U.S. District Courts for the Northern and Central Districts of Illinois
U.S. District Courts for the Eastern, Middle, and Western Districts of Pennsylvania
U.S. District Courts for Northern, Southern, Eastern, and Western Districts of Texas
U.S. District Court for the Western District of Washington

---

## REFERENCES

**Hon. James D. Blacklock**
Associate Justice
Supreme Court of Texas
201 West 14th Street #104
Austin, TX 78711
(512) 463-1344
jimmy.blacklock@gov.texas.gov

**Jack L. Goldsmith**
Henry L. Shattuck Professor of Law
Harvard Law School
1563 Massachusetts Avenue
Cambridge, MA 02138
(617) 495-3136
jgoldsmith@law.harvard.edu

**J. Michael Luttig**
Counselor and
Special Advisor
The Coca-Cola Company
1 Coca Cola Plaza NW
Atlanta, GA 30313
(847) 770-5618
jluttig@coca-cola.com

**Adam K. Mortara**
Manager
Lawfair LLC
40 Burton Hills Boulevard, Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

**Nicholas Quinn Rosenkranz**
Professor of Law
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
(202) 662-9322
nqr@law.georgetown.edu

**Richard A. Epstein**
Laurence A. Tisch Professor of Law
New York University School of Law
40 Washington Square South, 409A
New York, NY 10012
(212) 992-8858
richard.epstein@nyu.edu

**Ashley C. Keller**
Partner
Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
(312) 741-5222
ack@kellerlenkner.com

**Michael W. McConnell**
Richard and Frances Mallery
Professor of Law
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305-8610
(650) 736-1326
mcconnell@law.stanford.edu

**Hon. Andrew S. Oldham**
Judge, U.S. Court of Appeals
for the Fifth Circuit
903 San Jacinto Boulevard, Room 440
Austin, Texas 78701
(512) 676-2690
andrew_oldham@ca5.uscourts.gov

**David A. Strauss**
Gerald A. Ratner Distinguished Service
Professor of Law
University of Chicago Law School
1111 E. 60th Street
Chicago, IL 60637
(773) 702-9601
d-strauss@uchicago.edu

# Exhibit B

**to Mitchell Declaration**

JFM Timesheet

| Activity type | Duration | From | To | Comment |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 0.1 | Dec 04, 2023 02:11 pm | Dec 04, 2023 02:13 pm | Review press release; read and respond to email from co-counsel |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 02, 2023 10:21 pm | Dec 02, 2023 10:22 pm | Listen to voicemail from co-counsel Dusty Fillmore; draft and send text message to co-counsel Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 02, 2023 06:29 pm | Dec 02, 2023 06:32 pm | Read and respond to text message from co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 29, 2023 11:14 am | Nov 29, 2023 11:17 am | Draft and send email to co-counsel about application for costs and attorneys' fees |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 29, 2023 11:08 am | Nov 29, 2023 11:14 am | Download and review ECF filings; calculate and calendar deadline for submitting application application for attorneys' fees |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 28, 2023 10:29 pm | Nov 28, 2023 10:31 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Sep 29, 2023 10:48 pm | Sep 29, 2023 10:55 pm | Download and review ECF filings; e-mail MSWord version of proposed judgment to Judge O'Connor's chambers |
| U.S. Pastor Council v. EEOC | 1.7 | Sep 29, 2023 07:16 pm | Sep 29, 2023 08:57 pm | Research, draft, and edit reply brief in support of motion for entry of final judgment |
| U.S. Pastor Council v. EEOC | 0.5 | Sep 29, 2023 06:46 pm | Sep 29, 2023 07:14 pm | Research, draft, and edit reply brief in support of motion for entry of final judgment |
| U.S. Pastor Council v. EEOC | 0.4 | Sep 29, 2023 05:30 pm | Sep 29, 2023 06:05 pm | Research, draft, and edit reply brief in support of motion for entry of final judgment |
| U.S. Pastor Council v. EEOC | 0.6 | Sep 29, 2023 04:51 pm | Sep 29, 2023 05:24 pm | Research, draft, and edit reply brief in support of motion for entry of final judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 29, 2023 04:35 pm | Sep 29, 2023 04:40 pm | Research, draft, and edit reply brief in support of motion for entry of final judgment |
| U.S. Pastor Council v. EEOC | 0.3 | Sep 29, 2023 04:18 pm | Sep 29, 2023 04:30 pm | Research, draft, and edit reply brief in support of motion for entry of final judgment |
| U.S. Pastor Council v. EEOC | 0.2 | Sep 28, 2023 11:45 pm | Sep 29, 2023 12:00 am | Draft and edit reply brief in support of motion for entry of final judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 24, 2023 10:51 pm | Sep 24, 2023 10:56 pm | Draft and edit reply brief in support of motion for entry of final judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 17, 2023 04:51 pm | Sep 17, 2023 04:51 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.2 | Sep 15, 2023 12:47 pm | Sep 15, 2023 12:54 pm | Read and annotate defendants' response to our motion for judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 15, 2023 12:18 pm | Sep 15, 2023 12:24 pm | Download and review ECF filings; calculate and calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 30, 2023 06:39 pm | Aug 30, 2023 06:42 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.8 | Aug 30, 2023 05:55 pm | Aug 30, 2023 06:39 pm | Draft and edit motion for entry of judgment and proposed order; file motion on PACER |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 30, 2023 05:52 pm | Aug 30, 2023 05:55 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 30, 2023 05:14 pm | Aug 30, 2023 05:25 pm | Read and respond to email from opposing counsel Ben Takemoto; review DOJ's edits to joint status report; finalize joint status report and file on PACER |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 30, 2023 05:09 pm | Aug 30, 2023 05:14 pm | Edit and finalize joint status report and proposed order; circulate drafts to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 30, 2023 01:42 pm | Aug 30, 2023 01:46 pm | Edit and recirculate proposed order; read and respond to emails from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 30, 2023 12:11 pm | Aug 30, 2023 12:17 pm | Review and accept edits to joint status report; read and respond to email from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 30, 2023 10:40 am | Aug 30, 2023 10:55 am | Draft and edit proposed status report and proposed order |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 30, 2023 10:05 am | Aug 30, 2023 10:15 am | Draft and edit proposed status report and proposed order |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 30, 2023 09:55 am | Aug 30, 2023 10:05 am | Read and respond to e-mail from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 29, 2023 02:35 pm | Aug 29, 2023 02:36 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 27, 2023 06:13 pm | Aug 27, 2023 06:13 pm | Read and respond to email from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 24, 2023 10:14 pm | Aug 24, 2023 10:41 pm | Edit and amend draft proposed final judgment sent by opposing counsel |
| U.S. Pastor Council v. EEOC | 0.4 | Aug 24, 2023 09:51 pm | Aug 24, 2023 10:10 pm | Edit and amend proposed final judgment sent by opposing counsel |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 24, 2023 08:44 pm | Aug 24, 2023 09:00 pm | Edit and amend proposed final judgment sent by opposing counsel |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 24, 2023 06:46 pm | Aug 24, 2023 06:49 pm | Review draft of proposed final judgment written by opposing counsel; read and respond to email from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 20, 2023 05:16 pm | Aug 20, 2023 05:20 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 20, 2023 04:56 pm | Aug 20, 2023 05:01 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 19, 2023 11:18 pm | Aug 19, 2023 11:19 pm | Calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 19, 2023 11:12 pm | Aug 19, 2023 11:18 pm | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 17, 2023 10:49 am | Aug 17, 2023 10:50 am | Read and respond to text message from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 15, 2023 09:23 pm | Aug 15, 2023 09:26 pm | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 15, 2023 02:49 pm | Aug 15, 2023 02:53 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 14, 2023 12:43 pm | Aug 14, 2023 12:45 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 14, 2023 10:15 am | Aug 14, 2023 10:18 am | Download and review ECF filings; draft and send emails to cocounsel Gene Hamilton; draft and send email to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 16, 2023 08:45 pm | Jul 16, 2023 08:47 pm | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 16, 2023 08:42 pm | Jul 16, 2023 08:45 pm | Read and annotate CA5 opinion |
| U.S. Pastor Council v. EEOC | 0.3 | Jul 16, 2023 08:17 pm | Jul 16, 2023 08:34 pm | Read and annotate CA5 opinion |
| U.S. Pastor Council v. EEOC | 0.6 | Jul 16, 2023 07:35 pm | Jul 16, 2023 08:11 pm | Read and annotate CA5 opinion |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 26, 2023 06:04 pm | Jun 26, 2023 06:05 pm | Listen to voicemail from client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 26, 2023 12:18 pm | Jun 26, 2023 12:19 pm | Read and respond to text message from client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 26, 2023 11:22 am | Jun 26, 2023 11:28 am | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 26, 2023 11:11 am | Jun 26, 2023 11:19 am | Read and respond to text message from client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 23, 2023 11:47 am | Jun 23, 2023 11:56 am | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 23, 2023 11:24 am | Jun 23, 2023 11:41 am | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 23, 2023 12:02 pm | Jun 23, 2023 12:03 pm | Draft and send text message to cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.6 | Jun 22, 2023 01:04 am | Jun 22, 2023 01:36 am | Read and annotate CA5 opinion |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 21, 2023 10:41 pm | Jun 21, 2023 10:42 pm | Read e-mail from amicus counsel Eric Rassbach |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 21, 2023 11:17 am | Jun 21, 2023 11:23 am | Read and respond to text message from Adam Mortara |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 21, 2023 10:22 am | Jun 21, 2023 10:02 am | Phone call with amicus counsel Eric Rassbach |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 21, 2023 09:52 am | Jun 21, 2023 10:02 am | Read and respond to email from cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 21, 2023 09:47 am | Jun 21, 2023 09:51 am | Draft and send email to cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 21, 2023 09:30 am | Jun 21, 2023 09:46 am | Phone call with client Steven Hotze; read and respond to text message from cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 21, 2023 09:22 am | Jun 21, 2023 09:30 am | Review and edit AFL press release |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 20, 2023 03:38 pm | Jun 20, 2023 03:39 pm | Read and respond to email from cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 20, 2023 02:32 pm | Jun 20, 2023 02:44 pm | Read and respond to text messages from Adam Mortara; draft and send emails to clients John Salvesen and Steven Hotze |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 20, 2023 03:08 pm | Jun 20, 2023 03:14 pm | Download and review ECF filings; skim Fifth Circuit opinion |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 26, 2023 11:15 pm | Apr 26, 2023 11:16 pm | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 16, 2023 04:06 pm | Apr 16, 2023 04:07 pm | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 26, 2023 01:48 pm | Mar 26, 2023 01:49 pm | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 18, 2023 02:52 am | Mar 18, 2023 02:54 am | Draft and send text message to client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 22, 2023 06:22 pm | Feb 22, 2023 06:25 pm | Download oral argument mp3 |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 08, 2023 05:01 pm | Feb 08, 2023 05:02 pm | Phone call with cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 08, 2023 10:14 am | Feb 08, 2023 10:16 am | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.8 | Feb 07, 2023 08:13 pm | Feb 07, 2023 08:56 pm | TRAVEL Uber from airport to home |
| U.S. Pastor Council v. EEOC | 0.4 | Feb 07, 2023 07:50 pm | Feb 07, 2023 08:13 pm | TRAVEL Disembark from plane; walk to Uber |
| U.S. Pastor Council v. EEOC | 5.0 | Feb 07, 2023 02:54 pm | Feb 07, 2023 07:50 pm | TRAVEL Flight from MSY to SEA |
| U.S. Pastor Council v. EEOC | 0.4 | Feb 07, 2023 10:29 pm | Feb 07, 2023 02:54 pm | TRAVEL Board plane from MSY to SEA |
| U.S. Pastor Council v. EEOC | 0.4 | Feb 07, 2023 10:29 am | Feb 07, 2023 10:53 am | TRAVEL Arrive at MSY airport; go through security; walk to gate |
| U.S. Pastor Council v. EEOC | 0.4 | Feb 07, 2023 10:08 am | Feb 07, 2023 10:29 am | TRAVEL Uber to MSY |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 07, 2023 09:03 am | Feb 07, 2023 09:08 am | Leave courthouse |
| U.S. Pastor Council v. EEOC | 0.7 | Feb 07, 2023 08:07 am | Feb 07, 2023 08:48 am | Debrief with client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 07, 2023 08:07 am | Feb 07, 2023 08:07 am | Present oral argument to CA5 |
| U.S. Pastor Council v. EEOC | 0.9 | Feb 07, 2023 06:31 am | Feb 07, 2023 07:25 am | Prepare for oral argument |

| Case | Hrs | Start | End | Description |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 0.2 | Feb 07, 2023 06:20 am | Feb 07, 2023 06:31 am | Arrive at courthouse; go through security; check in with the clerk's office; proceed to lawyers' lounge |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 07, 2023 06:14 am | Feb 07, 2023 06:20 am | Prepare for oral argument |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 07, 2023 05:07 am | Feb 07, 2023 05:10 am | Prepare for oral argument |
| U.S. Pastor Council v. EEOC | 0.7 | Feb 07, 2023 04:25 am | Feb 07, 2023 05:04 am | Prepare for oral argument |
| U.S. Pastor Council v. EEOC | 0.5 | Feb 06, 2023 11:01 pm | Feb 06, 2023 11:31 pm | Prepare for oral argument |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 06, 2023 04:21 pm | Feb 06, 2023 04:23 pm | Check in to MSY-SEA flight |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 06, 2023 02:57 pm | Feb 06, 2023 03:03 pm | TRAVEL check in at hotel; walk to hotel room |
| U.S. Pastor Council v. EEOC | 0.7 | Feb 06, 2023 02:19 pm | Feb 06, 2023 02:57 pm | TRAVEL Uber from MSY to hotel |
| U.S. Pastor Council v. EEOC | 0.5 | Feb 06, 2023 01:50 pm | Feb 06, 2023 02:18 pm | TRAVEL Get off plane; walk to Uber |
| U.S. Pastor Council v. EEOC | 4.8 | Feb 06, 2023 09:08 am | Feb 06, 2023 01:50 pm | TRAVEL Flight from SEA to MSY |
| U.S. Pastor Council v. EEOC | 0.3 | Feb 06, 2023 08:52 am | Feb 06, 2023 09:06 am | TRAVEL Board plane to MSY |
| U.S. Pastor Council v. EEOC | 0.3 | Feb 06, 2023 07:46 am | Feb 06, 2023 07:59 am | TRAVEL walk to gate |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 06, 2023 07:29 am | Feb 06, 2023 07:37 am | TRAVEL Arrive at airport; go through security |
| U.S. Pastor Council v. EEOC | 1.0 | Feb 06, 2023 06:25 am | Feb 06, 2023 07:25 am | TRAVEL Uber from home to airport |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 05, 2023 08:40 pm | Feb 05, 2023 08:44 pm | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 05, 2023 08:34 pm | Feb 05, 2023 08:39 pm | Check into flight from SEA to MSY |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 05, 2023 04:55 pm | Feb 05, 2023 05:00 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 05, 2023 09:37 am | Feb 05, 2023 04:54 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 02, 2023 09:37 am | Feb 02, 2023 09:45 am | Book return flight from New Orleans to Seattle |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 01, 2023 09:36 pm | Feb 01, 2023 09:39 pm | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 30, 2023 08:14 am | Jan 30, 2023 08:17 am | Check fifth circuit panel; draft and send email to cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 29, 2023 04:53 pm | Jan 29, 2023 04:56 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 25, 2023 06:48 am | Jan 25, 2023 06:49 am | Read and respond to signal message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 22, 2023 08:37 am | Jan 22, 2023 08:38 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 13, 2023 02:08 pm | Jan 13, 2023 02:10 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.3 | Jan 10, 2023 04:24 am | Jan 10, 2023 04:37 am | Plan travel to New Orleans for oral argument on February 7 |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 10, 2023 03:56 am | Jan 10, 2023 04:00 am | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 06, 2023 11:34 am | Jan 06, 2023 11:38 am | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 03, 2023 01:09 pm | Jan 03, 2023 01:12 pm | Finalize oral argument acknowledgment form; draft and send email to Pam Trice at Fifth Circuit |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 03, 2023 10:16 am | Jan 03, 2023 10:21 am | Finalize oral argument acknowledgment form; draft and send email to Pam Trice at Fifth Circuit |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 03, 2023 10:14 am | Jan 03, 2023 10:16 am | Read and respond to email from opposing counsel Jack Starcher |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 31, 2022 02:26 pm | Dec 31, 2022 02:28 pm | Draft and send email to opposing counsel about order of oral argument |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 24, 2022 06:38 pm | Dec 24, 2022 06:50 pm | Calendar new deadlines; draft and send email to DOJ counsel about order of argument in the fifth circuit |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 24, 2022 06:31 pm | Dec 24, 2022 06:37 pm | Fill out oral argument acknowledgment form |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 21, 2022 05:19 pm | Dec 21, 2022 05:23 pm | Calendar oral argument and in CA5 |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 02, 2022 12:39 pm | Dec 02, 2022 12:40 pm | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 30, 2022 09:01 pm | Nov 30, 2022 09:02 pm | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 21, 2022 10:53 pm | Oct 21, 2022 10:57 pm | Draft and e-mail to student RA Scott Kim |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 19, 2022 05:43 pm | Oct 19, 2022 05:48 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 12, 2022 01:17 pm | Oct 12, 2022 01:20 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 11, 2022 03:56 pm | Oct 11, 2022 03:58 pm | Listen to voicemail from fifth circuit clerk's office |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 11, 2022 02:49 pm | Oct 11, 2022 02:50 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 11, 2022 12:25 pm | Oct 11, 2022 12:28 pm | Listen to voicemail from fifth circuit clerk's office; phone call with Casey Sullivan from fifth circuit clerk's office |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 10, 2022 08:38 am | Oct 10, 2022 08:42 pm | Read and respond to email from Cockle Legal Briefs |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 08, 2022 11:08 pm | Oct 08, 2022 11:13 pm | Read and annotate Texas v. EEOC (Kacsmaryk, J.) |
| U.S. Pastor Council v. EEOC | 0.5 | Oct 08, 2022 08:00 pm | Oct 08, 2022 08:30 pm | Draft, edit, and file Rule 28(j) letter about Texas v. EEOC |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 08, 2022 07:56 pm | Oct 08, 2022 08:00 pm | Read Stollings v. Tex. Tech Univ., No. 5:20-CV-250-H, 2021 WL 3748964, at *10 (N.D. Tex. Aug. 25, 2021) |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 08, 2022 07:49 pm | Oct 08, 2022 07:56 pm | Read and annotate Texas v. EEOC (Kacsmaryk, J.) |
| U.S. Pastor Council v. EEOC | 0.3 | Oct 08, 2022 02:33 pm | Oct 08, 2022 02:48 pm | Read and annotate Texas v. EEOC (Kacsmaryk, J.) |
| U.S. Pastor Council v. EEOC | 0.3 | Oct 08, 2022 02:32 pm | Oct 08, 2022 02:36 pm | Read and annotate Texas v. EEOC (Kacsmaryk, J.) |
| U.S. Pastor Council v. EEOC | 0.6 | Oct 07, 2022 11:48 pm | Oct 08, 2022 12:24 am | Read and annotate Texas v. EEOC (Kacsmaryk, J.) |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 07, 2022 10:36 am | Oct 07, 2022 10:39 am | Read and annotate Texas v. EEOC (Kacsmaryk, J.) |
| U.S. Pastor Council v. EEOC | 0.3 | Oct 07, 2022 10:09 am | Oct 07, 2022 10:25 am | Read and annotate Texas v. EEOC (Kacsmaryk, J.) |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 06, 2022 03:58 pm | Oct 06, 2022 04:02 pm | Draft and send email to Cockle Legal Briefs |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 06, 2022 03:54 pm | Oct 06, 2022 03:58 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 06, 2022 11:45 am | Oct 06, 2022 11:48 am | Download Judge Kacsmaryk's opinion in Texas v. EEOC |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 23, 2022 05:09 pm | Sep 23, 2022 05:12 pm | Read and respond to text message from cocounsel Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 23, 2022 11:50 am | Sep 23, 2022 11:53 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 3.5 | Sep 21, 2022 06:30 pm | Sep 21, 2022 09:56 pm | Draft and edit Fifth Circuit reply brief |
| U.S. Pastor Council v. EEOC | 0.3 | Sep 21, 2022 05:49 pm | Sep 21, 2022 06:23 pm | Draft and edit Fifth Circuit reply brief |
| U.S. Pastor Council v. EEOC | 2.5 | Sep 21, 2022 03:16 pm | Sep 21, 2022 05:44 pm | Draft and edit Fifth Circuit reply brief |
| U.S. Pastor Council v. EEOC | 1.0 | Sep 21, 2022 01:12 pm | Sep 21, 2022 02:09 pm | Draft and edit Fifth Circuit reply brief |
| U.S. Pastor Council v. EEOC | 0.7 | Sep 21, 2022 12:03 pm | Sep 21, 2022 12:52 pm | Read and annotate the EEOC's CA5 reply brief |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 21, 2022 12:26 pm | Sep 21, 2022 01:02 pm | Read and annotate the EEOC's CA5 reply brief |
| U.S. Pastor Council v. EEOC | 0.5 | Sep 20, 2022 11:51 pm | Sep 21, 2022 12:28 am | Read and annotate the EEOC's CA5 reply brief |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 20, 2022 10:54 pm | Sep 20, 2022 10:59 pm | Read and annotate the EEOC's CA5 reply brief |
| U.S. Pastor Council v. EEOC | 0.2 | Sep 20, 2022 10:07 pm | Sep 20, 2022 10:44 pm | Read and annotate the EEOC's CA5 reply brief |
| U.S. Pastor Council v. EEOC | 0.7 | Sep 18, 2022 05:01 pm | Sep 18, 2022 05:02 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.2 | Sep 17, 2022 10:14 am | Sep 17, 2022 10:24 am | Read and annotate the EEOC's CA5 reply brief |
| U.S. Pastor Council v. EEOC | 0.2 | Sep 05, 2022 10:21 am | Sep 05, 2022 10:27 am | Read and annotate the EEOC's CA5 reply brief |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 05, 2022 10:17 am | Sep 05, 2022 10:20 am | Read and annotate the EEOC's CA5 reply brief |
| U.S. Pastor Council v. EEOC | 0.2 | Sep 05, 2022 10:06 am | Sep 05, 2022 10:17 am | Read and annotate the EEOC's CA5 reply brief |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 31, 2022 11:52 pm | Aug 31, 2022 11:55 pm | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 27, 2022 12:24 pm | Aug 27, 2022 12:28 pm | Check CA5 docket |
| U.S. Pastor Council v. EEOC | 0.4 | Aug 04, 2022 11:29 am | Aug 04, 2022 11:51 am | File letter on PACER; download and review ECF filings |
| U.S. Pastor Council v. EEOC | 1.5 | Aug 02, 2022 09:51 am | Aug 02, 2022 11:18 am | Proofread brief; call Fifth Circuit clerk's office; draft and send email to opposing counsel; draft letter to Lyle Cayce in Fifth Circuit clerk's office |
| U.S. Pastor Council v. EEOC | 0.6 | Aug 01, 2022 09:22 pm | Aug 01, 2022 08:02 pm | Assemble record excerpts; file record excerpts on pacer; final proofread and file Fifth Circuit brief |
| U.S. Pastor Council v. EEOC | 4.0 | Aug 01, 2022 05:27 pm | Aug 01, 2022 09:22 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 1.9 | Aug 01, 2022 03:25 pm | Aug 01, 2022 05:16 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 1.2 | Aug 01, 2022 02:30 pm | Aug 01, 2022 03:10 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 01, 2022 12:36 pm | Aug 01, 2022 01:46 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 01, 2022 12:12 pm | Aug 01, 2022 12:30 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 1.1 | Aug 01, 2022 11:01 am | Aug 01, 2022 12:03 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 3.6 | Aug 01, 2022 07:23 am | Aug 01, 2022 10:57 am | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 1.4 | Aug 01, 2022 05:33 am | Aug 01, 2022 06:57 am | Draft and edit fifth circuit brief |

| Matter | Hours | Start | End | Description |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 0.9 | Aug 01, 2022 12:01 am | Aug 01, 2022 12:51 am | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.7 | Jul 31, 2022 11:22 pm | Jul 31, 2022 11:59 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.7 | Jul 31, 2022 10:28 pm | Jul 31, 2022 11:08 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 31, 2022 08:22 pm | Jul 31, 2022 08:31 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.6 | Jul 31, 2022 07:28 pm | Jul 31, 2022 07:59 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.9 | Jul 31, 2022 06:29 pm | Jul 31, 2022 07:21 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.3 | Jul 31, 2022 02:43 pm | Jul 31, 2022 03:04 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 31, 2022 01:52 pm | Jul 31, 2022 02:01 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.5 | Jul 31, 2022 11:50 am | Jul 31, 2022 12:17 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.7 | Jun 21, 2022 08:40 am | Jun 21, 2022 09:20 am | Read and annotate appellants' fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 21, 2022 01:44 am | Jun 21, 2022 02:10 am | Read and annotate appellants' fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 20, 2022 11:29 pm | Jun 20, 2022 11:55 pm | Read and annotate appellants' fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 20, 2022 11:07 pm | Jun 20, 2022 11:21 pm | Read and annotate appellants' fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 20, 2022 07:58 pm | Jun 20, 2022 08:05 pm | Read and annotate appellants' fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 20, 2022 12:47 am | Jun 20, 2022 01:00 am | Read and annotate appellants' fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 19, 2022 03:07 pm | Jun 19, 2022 03:14 pm | Read and annotate appellants' fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 18, 2022 01:20 pm | Jun 18, 2022 01:24 pm | Read and annotate appellants' fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 15, 2022 12:34 pm | Jun 15, 2022 12:35 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 15, 2022 02:04 am | Jun 15, 2022 02:14 am | Read and annotate appellants' fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 15, 2022 01:58 am | Jun 15, 2022 02:01 am | Read and annotate appellants' fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 14, 2022 02:13 pm | Jun 14, 2022 02:15 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.4 | Jun 14, 2022 01:54 pm | Jun 14, 2022 02:13 pm | Draft, edit, and file motion to amend the caption |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 13, 2022 05:53 pm | Jun 13, 2022 05:59 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 13, 2022 05:46 pm | Jun 13, 2022 05:53 pm | Draft and send email to opposing counsel Jack Starcher |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 13, 2022 05:34 am | Jun 13, 2022 05:46 pm | Draft and edit fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 13, 2022 05:28 pm | Jun 13, 2022 05:33 pm | Read Federal Election Commission v. Ted Cruz for Senate, 142 S. Ct. 1638 (2022) on pre-enforcement standing |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 13, 2022 04:35 pm | Jun 13, 2022 04:48 pm | Phone call with client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 12, 2022 08:44 pm | Jun 12, 2022 08:46 pm | Read and respond to text message from client John Salvesen; calendar phone call with client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 12, 2022 02:26 pm | Jun 12, 2022 02:27 pm | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 12, 2022 01:38 pm | Jun 12, 2022 02:08 pm | Read and annotate appellants' fifth circuit brief |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 09, 2022 04:56 pm | Jun 09, 2022 04:57 pm | Download record on appeal for the Fifth Circuit |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 09, 2022 02:01 am | Jun 09, 2022 02:02 am | Read and respond to email from amicus counsel Joe Davis at Becket Fund |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 08, 2022 11:53 pm | Jun 08, 2022 11:56 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 07, 2022 07:44 pm | Jun 07, 2022 07:49 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 06, 2022 01:15 am | Jun 06, 2022 01:16 am | Read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 04, 2022 07:07 pm | Jun 04, 2022 07:10 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 02, 2022 12:40 pm | Jun 02, 2022 12:42 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 01, 2022 02:02 pm | Jun 01, 2022 02:03 pm | Read and respond to email from amicus counsel Jane Robinson |
| U.S. Pastor Council v. EEOC | 0.1 | May 31, 2022 11:42 pm | May 31, 2022 11:44 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | May 24, 2022 02:56 pm | May 24, 2022 02:57 pm | Read and respond to email from amicus counsel Adam Pulver |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 28, 2022 02:07 am | Apr 28, 2022 02:09 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 26, 2022 10:23 pm | Apr 26, 2022 10:31 pm | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 08, 2022 01:24 pm | Apr 08, 2022 01:32 pm | Phone call with amicus counsel Becket Fund |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 01, 2022 11:09 am | Apr 01, 2022 11:11 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 01, 2022 09:12 am | Apr 01, 2022 09:23 am | Edit, finalize, and file motion to amend CAS briefing schedule |
| U.S. Pastor Council v. EEOC | 0.5 | Mar 31, 2022 08:48 pm | Mar 31, 2022 09:13 pm | Draft and circulate joint motion to amend briefing schedule |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 31, 2022 08:45 pm | Mar 31, 2022 08:48 pm | Calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 31, 2022 08:43 pm | Mar 31, 2022 08:45 pm | Read and respond to e-mail from opposing counsel Jack Starcher |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 31, 2022 06:01 pm | Mar 31, 2022 06:06 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 31, 2022 12:57 pm | Mar 31, 2022 12:58 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 26, 2022 03:44 am | Mar 21, 2022 03:45 am | Read and respond to e-mail from co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 21, 2022 12:07 pm | Mar 21, 2022 12:10 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 16, 2022 10:54 pm | Mar 16, 2022 10:57 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Mar 13, 2022 02:36 pm | Mar 13, 2022 02:43 pm | Draft and email to opposing counsel |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 13, 2022 02:33 pm | Mar 13, 2022 02:33 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.4 | Mar 12, 2022 04:30 pm | Mar 12, 2022 04:50 pm | Pay court reporter Zoie Williams for transcript |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 11, 2022 10:09 pm | Mar 11, 2022 10:10 pm | Read and respond to e-mail from court reporter Zoie Williams |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 11, 2022 10:07 pm | Mar 11, 2022 10:08 pm | Read and respond to e-mail from CAS clerk's office |
| U.S. Pastor Council v. EEOC | 0.4 | Mar 10, 2022 04:07 pm | Mar 10, 2022 04:27 pm | Read and respond to email from CAS clerks office; file revised transcript order form; draft and send email to court reporter Zoie Williams; file notice of appearance form in CAS; downlo |
| U.S. Pastor Council v. EEOC | 0.2 | Mar 10, 2022 11:12 pm | Mar 10, 2022 11:21 pm | File transcript order forms with CAS and district court |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 10, 2022 11:09 am | Mar 10, 2022 11:11 am | Phone call with CAS clerk's office |
| U.S. Pastor Council v. EEOC | 0.4 | Mar 09, 2022 03:22 pm | Mar 09, 2022 03:27 pm | Listen to voicemail from court reporter Zoie Williams; draft and send e-mail to court reporter Zoie Williams |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 09, 2022 01:39 pm | Mar 09, 2022 01:41 pm | Call and leave voicemail with court reporter Zoie Williams |
| U.S. Pastor Council v. EEOC | 0.4 | Mar 08, 2022 11:11 pm | Mar 08, 2022 11:34 pm | Download and review ECF filings; fill out transcript-order form |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 22, 2022 02:09 am | Feb 22, 2022 02:15 am | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 09, 2022 12:19 pm | Feb 09, 2022 12:21 pm | Read and respond to e-mail from Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.4 | Feb 09, 2022 11:16 am | Feb 09, 2022 11:35 am | Draft and file notice of appeal; pay $505 filing fee; download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 08, 2022 03:27 pm | Feb 08, 2022 03:28 pm | Phone call with opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.3 | Feb 08, 2022 02:52 pm | Feb 08, 2022 02:57 pm | Call and leave voicemail with opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 06, 2022 11:58 am | Feb 06, 2022 12:00 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 19, 2022 01:24 am | Jan 19, 2022 01:27 am | Calendar deadline to file notice of appeal |
| U.S. Pastor Council v. EEOC | 0.3 | Jan 13, 2022 07:42 am | Jan 13, 2022 07:46 am | Download and review ECF filings; calculate and calendar deadline to file notice of appeal |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 09, 2022 12:02 pm | Jan 09, 2022 12:04 pm | Conference call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 09, 2022 12:56 am | Jan 09, 2022 12:59 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 09, 2022 12:53 am | Jan 09, 2022 12:56 am | File brief in support of the plaintiffs' motions to amend final judgment and enter a class-certification order, along with supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 09, 2022 12:44 am | Jan 09, 2022 12:53 am | Draft, edit, and execute signed declaration |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 09, 2022 12:43 am | Jan 09, 2022 12:44 am | Draft, edit, and file motion to exceed page limits; email MS Word version of proposed order to Judge O'Connor's chambers |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 08, 2022 12:18 am | Jan 09, 2022 12:43 am | Final proofread of reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.4 | Jan 08, 2022 11:57 pm | Jan 09, 2022 12:18 am | Code and generate tables for reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 1.2 | Jan 08, 2022 10:50 pm | Jan 08, 2022 11:57 pm | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.4 | Jan 08, 2022 08:51 pm | Jan 08, 2022 09:15 pm | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.3 | Jan 08, 2022 08:07 pm | Jan 08, 2022 08:23 pm | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.4 | Jan 08, 2022 06:33 pm | Jan 08, 2022 06:57 pm | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.5 | Jan 08, 2022 04:37 pm | Jan 08, 2022 05:02 pm | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.3 | Jan 08, 2022 04:14 pm | Jan 08, 2022 04:30 pm | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 08, 2022 03:59 pm | Jan 08, 2022 04:02 pm | Draft and edit reply brief in support of motion to amend final judgment |

3

| Client | Hours | Start | End | Description |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 0.5 | Jan 08, 2022 03:27 pm | Jan 08, 2022 03:53 pm | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 1.6 | Jan 08, 2022 12:13 pm | Jan 08, 2022 01:47 pm | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.6 | Jan 08, 2022 03:12 am | Jan 08, 2022 03:46 am | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.5 | Jan 08, 2022 02:11 am | Jan 08, 2022 02:39 am | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 1.5 | Jan 07, 2022 11:50 pm | Jan 08, 2022 01:17 am | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.5 | Jan 07, 2022 10:22 pm | Jan 07, 2022 10:26 pm | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.6 | Jan 07, 2022 09:57 pm | Jan 07, 2022 10:00 pm | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 1.0 | Jan 07, 2022 07:47 pm | Jan 07, 2022 08:44 pm | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 07, 2022 06:40 pm | Jan 07, 2022 06:45 pm | Call and leave voicemail with opposing counsel Ben Takemoto; draft and send email to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.4 | Jan 06, 2022 11:49 pm | Jan 07, 2022 12:09 am | Draft and edit reply brief in support of motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.9 | Jan 06, 2022 10:58 pm | Jan 06, 2022 11:49 pm | Research case law on Rule 59 and Rule 60 |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 06, 2022 09:11 pm | Jan 06, 2022 09:12 pm | Research case law on Rule 59 and Rule 60 |
| U.S. Pastor Council v. EEOC | 1.3 | Jan 06, 2022 07:52 pm | Jan 06, 2022 09:10 pm | Research case law on Rule 59 and Rule 60 |
| U.S. Pastor Council v. EEOC | 0.6 | Jan 06, 2022 06:07 pm | Jan 06, 2022 06:18 pm | Research case law on Rule 59 and Rule 60 |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 06, 2022 06:02 pm | Jan 06, 2022 06:02 pm | Research case law on Rule 59 and Rule 60 |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 05, 2022 03:51 pm | Jan 05, 2022 03:53 pm | Draft and send e-mail to potential amicus counsel Eric Rassbach |
| U.S. Pastor Council v. EEOC | 0.6 | Jan 05, 2022 02:53 am | Jan 05, 2022 03:28 am | Read case law on Rule 59 and Rule 60 |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 05, 2022 02:46 am | Jan 05, 2022 02:47 am | Read and respond to e-mail from John Smith T |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 03, 2022 04:52 pm | Jan 03, 2022 04:56 pm | Read and annotate defendants' response to our motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 02, 2022 11:00 am | Jan 02, 2022 11:10 am | Read and annotate defendants' response to our motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 02, 2022 10:59 am | Jan 02, 2022 11:09 am | Read and annotate defendants' response to our motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 30, 2021 02:00 pm | Dec 30, 2021 02:02 pm | Review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 28, 2021 08:18 pm | Dec 28, 2021 08:29 pm | Draft and send email to elders at Covenant Presbyterian Church |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 28, 2021 12:33 pm | Dec 28, 2021 12:37 pm | Conference call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 24, 2021 12:07 pm | Dec 24, 2021 12:15 pm | Phone call with John Smith T |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 23, 2021 04:49 pm | Dec 23, 2021 08:14 pm | Read and respond to e-mail from attorney John W. Smith T |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 23, 2021 04:45 pm | Dec 23, 2021 04:47 pm | Read and respond to e-mail from attorney John W. Smith T |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 23, 2021 04:38 pm | Dec 23, 2021 04:40 pm | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 23, 2021 07:07 pm | Dec 23, 2021 07:12 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 22, 2021 05:52 pm | Dec 22, 2021 06:02 pm | Edit, finalize, and file motion to amend final judgment; email postage order to Judge O'Connor's chambers |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 22, 2021 05:40 pm | Dec 22, 2021 05:51 pm | Edit, finalize, and file motion to amend class certification order; email MS word version of proposed order to Judge O'Connor's chambers |
| U.S. Pastor Council v. EEOC | 0.4 | Dec 22, 2021 05:19 pm | Dec 22, 2021 05:35 pm | Draft and edit motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 22, 2021 05:11 pm | Dec 22, 2021 05:14 pm | Draft and edit motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.4 | Dec 22, 2021 04:13 pm | Dec 22, 2021 04:29 pm | Draft and edit motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.5 | Dec 22, 2021 03:24 pm | Dec 22, 2021 03:53 pm | Draft and edit motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 22, 2021 01:45 pm | Dec 22, 2021 01:46 pm | Read and respond to e-mail from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 22, 2021 12:39 pm | Dec 22, 2021 12:59 pm | Draft and edit motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 21, 2021 10:08 pm | Dec 21, 2021 10:11 pm | Draft and edit motion to amend final judgment |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 21, 2021 01:34 pm | Dec 21, 2021 01:49 pm | Draft and edit motion to issue class-certification order that complies with Rule 23; circulate draft to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 15, 2021 11:51 am | Dec 15, 2021 11:53 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 14, 2021 10:33 pm | Dec 14, 2021 10:45 pm | Edit, finalize, and file joint motion to extend deadline for filing application for attorneys' fees; e-mail MSWord version of proposed order to Judge O'Connor's chambers; download and c |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 14, 2021 10:31 pm | Dec 14, 2021 10:32 pm | Read and respond to e-mail from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 14, 2021 07:03 pm | Dec 14, 2021 07:15 pm | Phone call with Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 12, 2021 02:42 pm | Dec 12, 2021 02:47 pm | Download and review ECF filings; e-mail MSWord version of proposed order to Judge O'Connor's chambers |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 12, 2021 02:26 pm | Dec 12, 2021 02:46 pm | Draft, edit, and file notice and proposed order on class certification |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 12, 2021 02:07 pm | Dec 12, 2021 02:11 pm | Send e-mail to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 12, 2021 01:47 pm | Dec 12, 2021 02:07 pm | Edit proposed final judgment; draft e-mail for opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.6 | Dec 12, 2021 12:16 pm | Dec 12, 2021 12:49 pm | Edit proposed final judgment; draft e-mail for opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 11, 2021 12:48 am | Dec 11, 2021 12:50 am | Read e-mail from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 02, 2021 02:38 pm | Dec 02, 2021 02:42 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.4 | Dec 02, 2021 11:34 am | Dec 02, 2021 11:54 am | Draft joint motion to extend deadline for submitting application for costs and fees and proposed order; circulate to opposing counsel |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 02, 2021 11:23 am | Dec 02, 2021 11:25 am | Read and respond to e-mail from co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 30, 2021 06:45 pm | Nov 30, 2021 06:46 pm | Read e-mail from co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 30, 2021 06:15 pm | Nov 30, 2021 06:15 pm | Phone call with potential amicus counsel John Sullivan |
| U.S. Pastor Council v. EEOC | 0.4 | Nov 30, 2021 04:09 pm | Nov 30, 2021 04:31 pm | Edit proposed final judgment; circulate proposed judgment to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 29, 2021 11:22 pm | Nov 29, 2021 11:24 pm | Draft and send email to cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 28, 2021 04:18 pm | Nov 28, 2021 04:24 pm | Draft and send email to opposing counsel Ben Takemoto regarding proposed order on class certification |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 28, 2021 03:59 pm | Nov 28, 2021 04:18 pm | Email final judgment to cocounsel Gene Hamilton; phone call with cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.8 | Nov 28, 2021 12:02 pm | Nov 28, 2021 12:04 pm | Draft and edit proposed final judgment |
| U.S. Pastor Council v. EEOC | 0.4 | Nov 28, 2021 11:39 am | Nov 28, 2021 12:01 pm | Conference call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 1.4 | Nov 28, 2021 01:40 am | Nov 28, 2021 03:00 am | Draft and edit proposed final judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 28, 2021 01:18 am | Nov 28, 2021 01:34 am | Draft and send e-mail to Becket Fund attorneys |
| U.S. Pastor Council v. EEOC | 0.3 | Nov 28, 2021 01:15 am | Nov 28, 2021 01:18 am | Draft and edit proposed order on class certification |
| U.S. Pastor Council v. EEOC | 0.4 | Nov 28, 2021 12:43 am | Nov 28, 2021 12:43 am | Draft and edit proposed order on class certification |
| U.S. Pastor Council v. EEOC | 0.3 | Nov 28, 2021 12:23 am | Nov 28, 2021 12:42 am | Read and annotate Judge O'Connor's opinion |
| U.S. Pastor Council v. EEOC | 0.5 | Nov 27, 2021 11:27 pm | Nov 27, 2021 11:54 pm | Read and annotate Judge O'Connor's opinion |
| U.S. Pastor Council v. EEOC | 0.7 | Nov 27, 2021 10:21 pm | Nov 27, 2021 11:02 pm | Read and annotate Judge O'Connor's opinion |
| U.S. Pastor Council v. EEOC | 0.2 | Nov 27, 2021 09:43 pm | Nov 27, 2021 10:17 pm | Read and annotate Judge O'Connor's opinion |
| U.S. Pastor Council v. EEOC | 1.1 | Nov 27, 2021 08:29 pm | Nov 27, 2021 09:35 pm | Read and annotate Judge O'Connor's opinion |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 27, 2021 07:15 pm | Nov 27, 2021 07:20 pm | Draft and edit proposed order on class certification |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 24, 2021 05:13 pm | Nov 24, 2021 05:17 pm | Download and review ECF filings; read and respond to e-mail from amicus counsel Luke Goodrich |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 22, 2021 07:37 am | Nov 22, 2021 07:38 am | Read and respond to email from cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 19, 2021 07:50 pm | Nov 19, 2021 07:53 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 19, 2021 07:38 pm | Nov 19, 2021 07:50 pm | Draft and respond to motion for reconsideration |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 19, 2021 06:28 pm | Nov 19, 2021 06:57 pm | Draft and respond to motion for reconsideration |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 16, 2021 12:09 am | Nov 16, 2021 12:14 am | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 15, 2021 06:54 pm | Nov 15, 2021 07:01 pm | Finalize and file joint status report; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.3 | Nov 15, 2021 03:32 am | Nov 15, 2021 03:49 am | Download and review ECF filings; draft status report; circulate status report to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 12, 2021 12:01 am | Nov 12, 2021 12:03 pm | Read and respond to e-mail from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.3 | Nov 09, 2021 12:05 pm | Nov 09, 2021 12:21 pm | Phone call with amicus counsel Luke Goodrich |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 09, 2021 12:02 pm | Nov 09, 2021 12:02 pm | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.3 | Nov 09, 2021 11:45 am | Nov 09, 2021 11:58 am | Read email from opposing counsel Ben Takemoto; review district court's opinion; phone call with opposing counsel Ben Takemoto; draft and send proposed certificate of conference to |

4

| Matter | Hours | Start | End | Description |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 0.5 | Nov 09, 2021 07:59 am | Nov 09, 2021 08:28 am | Conference call with AFL and media |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 08, 2021 10:52 pm | Nov 08, 2021 10:55 pm | Calendar conference call |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 08, 2021 10:30 am | Nov 08, 2021 10:35 am | Call into meeting |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 07, 2021 12:21 pm | Nov 07, 2021 12:25 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.2 | Nov 04, 2021 12:39 pm | Nov 04, 2021 12:47 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 03, 2021 07:31 pm | Nov 03, 2021 07:36 pm | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 03, 2021 03:23 pm | Nov 03, 2021 03:23 pm | Read and respond to email from cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 02, 2021 07:06 pm | Nov 02, 2021 07:07 pm | Read and respond to e-mail from co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 02, 2021 01:39 pm | Nov 02, 2021 01:39 pm | Read and respond to email from client Stacey Bandfield; draft and send text message to client Steven Hotze |
| U.S. Pastor Council v. EEOC | 0.3 | Nov 02, 2021 12:07 pm | Nov 02, 2021 12:20 pm | Preview and edit press release |
| U.S. Pastor Council v. EEOC | 0.3 | Nov 01, 2021 06:27 pm | Nov 01, 2021 06:43 pm | Read and annotate district-court opinion |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 01, 2021 02:32 pm | Nov 01, 2021 02:33 pm | Phone call with client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 09, 2021 08:22 pm | Oct 09, 2021 08:24 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 1.8 | Oct 08, 2021 08:07 pm | Oct 08, 2021 09:54 pm | Edit, finalize, and file reply brief on statutory exemption to Title VII |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 07, 2021 05:13 pm | Oct 07, 2021 05:22 pm | Phone call with Lael Weinberger |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 07, 2021 05:04 pm | Oct 07, 2021 05:05 pm | Phone call with Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 07, 2021 03:42 pm | Oct 07, 2021 03:52 pm | Download and review ECF filings; draft and send text message to co-counsel Lael Weinberger |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 07, 2021 11:54 am | Oct 07, 2021 11:58 am | Draft and send e-mail to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 05, 2021 11:38 pm | Oct 05, 2021 11:41 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 05, 2021 11:22 am | Oct 05, 2021 11:23 am | Read and respond to email from cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 29, 2021 01:36 pm | Sep 29, 2021 01:38 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 28, 2021 07:05 pm | Sep 28, 2021 07:07 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 28, 2021 10:04 am | Sep 28, 2021 10:05 am | Read emails from Luke Goodrich at Becket and opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Sep 26, 2021 12:03 pm | Sep 26, 2021 12:10 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 24, 2021 09:48 pm | Sep 24, 2021 09:49 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 1.6 | Sep 24, 2021 08:12 pm | Sep 24, 2021 09:47 pm | Research briefing and case law on Title VII statutory exemption |
| U.S. Pastor Council v. EEOC | 1.1 | Sep 24, 2021 06:17 pm | Sep 24, 2021 07:23 pm | Research briefing and case law on Title VII statutory exemption |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 24, 2021 06:11 pm | Sep 24, 2021 06:17 pm | Research briefing and case law on Title VII statutory exemption |
| U.S. Pastor Council v. EEOC | 0.5 | Sep 24, 2021 05:41 pm | Sep 24, 2021 06:09 pm | Research briefing and case law on Title VII statutory exemption |
| U.S. Pastor Council v. EEOC | 0.6 | Sep 24, 2021 04:56 pm | Sep 24, 2021 05:32 pm | Research briefing and case law on Title VII statutory exemption |
| U.S. Pastor Council v. EEOC | 0.9 | Sep 24, 2021 04:00 pm | Sep 24, 2021 04:49 pm | Research briefing and case law on Title VII statutory exemption |
| U.S. Pastor Council v. EEOC | 0.3 | Sep 24, 2021 03:09 pm | Sep 24, 2021 03:36 pm | Research briefing and case law on Title VII statutory exemption |
| U.S. Pastor Council v. EEOC | 0.3 | Sep 24, 2021 02:38 pm | Sep 24, 2021 02:54 pm | Research briefing and case law on Title VII statutory exemption |
| U.S. Pastor Council v. EEOC | 0.5 | Sep 24, 2021 02:04 pm | Sep 24, 2021 02:32 pm | Research briefing and case law on Title VII statutory exemption |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 24, 2021 09:50 am | Sep 24, 2021 09:54 am | Research briefing and case law on Title VII statutory exemption |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 24, 2021 07:59 am | Sep 24, 2021 08:00 am | Read and respond to email from amicus Luke Goodrich |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 23, 2021 10:35 pm | Sep 23, 2021 10:50 pm | Research briefing and case law on Title VII statutory exemption |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 23, 2021 04:31 pm | Sep 23, 2021 04:32 pm | Draft and send emails to cocounsel Lael Weinberger |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 23, 2021 10:30 am | Sep 23, 2021 10:49 am | Phone call with Luke Goodrich of Becket |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 21, 2021 12:55 pm | Sep 21, 2021 01:00 pm | Phone call with Lael Weinberger |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 20, 2021 11:21 am | Sep 20, 2021 11:25 am | Conference call with AFL |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 12, 2021 03:43 pm | Sep 12, 2021 03:46 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 29, 2021 12:51 pm | Aug 29, 2021 12:53 pm | Conference call with AFL |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 29, 2021 12:09 pm | Aug 29, 2021 12:12 pm | Phone call with cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.7 | Aug 27, 2021 07:58 pm | Aug 27, 2021 08:40 pm | TRAVEL Lyft from SEA to home |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 27, 2021 07:50 pm | Aug 27, 2021 07:58 pm | TRAVEL Walk to Lyft |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 27, 2021 07:41 pm | Aug 27, 2021 07:48 pm | TRAVEL Get off plane |
| U.S. Pastor Council v. EEOC | 4.2 | Aug 27, 2021 03:34 pm | Aug 27, 2021 07:41 pm | TRAVEL Flight from DFW to SEA |
| U.S. Pastor Council v. EEOC | 0.5 | Aug 27, 2021 03:03 pm | Aug 27, 2021 03:33 pm | TRAVEL Board plane from DFW to SEA |
| U.S. Pastor Council v. EEOC | 0.4 | Aug 27, 2021 01:50 pm | Aug 27, 2021 02:11 pm | TRAVEL Go through security at DFW; walk to gate |
| U.S. Pastor Council v. EEOC | 0.7 | Aug 27, 2021 01:10 pm | Aug 27, 2021 01:50 pm | TRAVEL Drive to DFW airport |
| U.S. Pastor Council v. EEOC | 2.5 | Aug 27, 2021 08:00 am | Aug 27, 2021 10:30 am | Hearing before Judge O'Connor |
| U.S. Pastor Council v. EEOC | 0.8 | Aug 27, 2021 07:17 am | Aug 27, 2021 08:00 am | Prepare for hearing before Judge O'Connor |
| U.S. Pastor Council v. EEOC | 1.1 | Aug 27, 2021 06:08 am | Aug 27, 2021 07:12 am | Prepare for hearing before Judge O'Connor |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 26, 2021 10:08 pm | Aug 26, 2021 10:22 pm | Prepare for hearing before Judge O'Connor |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 26, 2021 05:21 pm | Aug 26, 2021 05:23 pm | Check in for flight from DFW to SEA |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 26, 2021 01:57 pm | Aug 26, 2021 02:05 pm | TRAVEL Check in at hotel; walk up to hotel room |
| U.S. Pastor Council v. EEOC | 0.6 | Aug 26, 2021 01:21 pm | Aug 26, 2021 01:57 pm | TRAVEL Lyft from DFW to hotel |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 26, 2021 01:06 pm | Aug 26, 2021 01:20 pm | TRAVEL Disembark plane; walk to Lyft |
| U.S. Pastor Council v. EEOC | 3.5 | Aug 26, 2021 09:39 am | Aug 26, 2021 01:06 pm | TRAVEL Flight from PHL to DFW |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 26, 2021 09:33 am | Aug 26, 2021 09:39 am | TRAVEL Board plane to DFW |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 26, 2021 08:32 am | Aug 26, 2021 08:45 am | TRAVEL Arrive at airport; go through security |
| U.S. Pastor Council v. EEOC | 0.5 | Aug 26, 2021 08:06 am | Aug 26, 2021 08:32 am | TRAVEL Drive to PHL airport |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 25, 2021 02:00 pm | Aug 25, 2021 02:17 pm | Phone call with Mark Rienzi |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 22, 2021 12:02 pm | Aug 22, 2021 12:04 pm | Conference call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 20, 2021 02:44 pm | Aug 20, 2021 02:45 pm | Read and respond to email from cocounsel Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 20, 2021 02:05 pm | Aug 20, 2021 02:05 pm | Draft and send email to co-counsel Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.6 | Aug 20, 2021 01:42 pm | Aug 20, 2021 02:14 pm | Plan and book travel to and from Fort Worth for hearing of August 27, 2021 |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 20, 2021 01:31 pm | Aug 20, 2021 01:33 pm | Draft and send email to cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 20, 2021 01:28 pm | Aug 20, 2021 01:31 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 19, 2021 07:38 pm | Aug 19, 2021 07:41 pm | Download and review ECF filings; read and respond to email from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 19, 2021 07:27 pm | Aug 19, 2021 07:38 pm | Edit, finalize, and file response to District Court order of August 18, 2021 |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 19, 2021 11:18 am | Aug 19, 2021 11:34 am | Draft proposed hearing dates for Judge O'Connor |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 19, 2021 09:52 am | Aug 19, 2021 10:04 am | Draft proposed hearing dates for Judge O'Connor |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 19, 2021 08:59 am | Aug 19, 2021 09:20 am | Phone call with Ben Takemoto and Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 19, 2021 08:21 am | Aug 19, 2021 08:23 am | Read and respond to email from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 18, 2021 09:34 pm | Aug 18, 2021 09:38 pm | Research Hobby Lobby transgender bathroom incident |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 18, 2021 09:26 pm | Aug 18, 2021 09:34 pm | Download and review ECF filings; draft and send email to cocounsel Gene Hamilton; draft and send email to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 25, 2021 12:08 am | Jul 25, 2021 12:10 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 20, 2021 10:36 pm | Jul 20, 2021 10:39 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 15, 2021 04:31 pm | Jul 15, 2021 04:32 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.6 | Jul 13, 2021 08:40 pm | Jul 13, 2021 09:12 pm | Draft, edit, and file motion to extend time; download and review ECF filings; email text of proposed order to Judge O'Connor's chambers |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 13, 2021 01:43 am | Jul 13, 2021 01:45 am | Read and respond to email from student RA Abigail Balmert |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 13, 2021 01:41 am | Jul 13, 2021 01:50 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 12, 2021 11:55 pm | Jul 12, 2021 11:57 pm | Draft and send email to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 5.6 | Jul 12, 2021 06:22 pm | Jul 12, 2021 11:53 pm | Draft and edit response to defendants' MSJ |
| U.S. Pastor Council v. EEOC | 0.4 | Jul 12, 2021 05:59 pm | Jul 12, 2021 06:19 pm | Draft and edit response to defendants' MSJ |

5

| Matter | Hours | Start | End | Description |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 0.6 | Jul 12, 2021 05:09 pm | Jul 12, 2021 05:43 pm | Draft and edit response to defendants' MSJ |
| U.S. Pastor Council v. EEOC | 1.4 | Jul 12, 2021 02:54 pm | Jul 12, 2021 04:18 pm | Draft and edit response to defendants' MSJ |
| U.S. Pastor Council v. EEOC | 0.4 | Jul 12, 2021 11:36 am | Jul 12, 2021 11:59 am | Draft and edit response to defendants' MSJ |
| U.S. Pastor Council v. EEOC | 0.7 | Jul 12, 2021 10:55 am | Jul 12, 2021 11:36 am | Draft and edit response to defendants' MSJ |
| U.S. Pastor Council v. EEOC | 1.3 | Jul 12, 2021 02:05 am | Jul 12, 2021 03:21 am | Draft and edit response to defendants' MSJ |
| U.S. Pastor Council v. EEOC | 1.2 | Jul 12, 2021 12:51 am | Jul 12, 2021 01:59 am | Draft and edit response to defendants' MSJ |
| U.S. Pastor Council v. EEOC | 0.5 | Jul 12, 2021 12:20 am | Jul 12, 2021 12:49 am | Draft and edit response to defendants' MSJ |
| U.S. Pastor Council v. EEOC | 0.3 | Jul 11, 2021 11:39 pm | Jul 11, 2021 11:57 pm | Draft and edit response to defendants' MSJ |
| U.S. Pastor Council v. EEOC | 0.3 | Jul 11, 2021 11:16 pm | Jul 11, 2021 11:34 pm | Draft and edit response to defendants' MSJ |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 11, 2021 06:51 pm | Jul 11, 2021 06:57 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 11, 2021 06:03 pm | Jul 11, 2021 06:40 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.3 | Jul 11, 2021 04:02 pm | Jul 11, 2021 04:19 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.3 | Jul 10, 2021 11:10 pm | Jul 10, 2021 11:28 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.8 | Jul 10, 2021 10:09 pm | Jul 10, 2021 10:54 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 10, 2021 10:02 pm | Jul 10, 2021 10:08 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 10, 2021 08:07 pm | Jul 10, 2021 08:15 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 10, 2021 06:53 pm | Jul 10, 2021 06:57 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.3 | Jul 10, 2021 04:43 pm | Jul 10, 2021 04:57 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 10, 2021 04:32 pm | Jul 10, 2021 04:38 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 10, 2021 04:00 pm | Jul 10, 2021 04:11 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 10, 2021 03:43 pm | Jul 10, 2021 03:57 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.3 | Jul 10, 2021 01:06 am | Jul 10, 2021 01:23 am | Draft, edit, and file motion for leave to file amended complaint; email MS Word proposed order to Judge O'Connor's chambers; download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 09, 2021 02:20 am | Jul 09, 2021 02:24 am | Draft and send email to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 08, 2021 09:35 pm | Jul 08, 2021 09:36 pm | Read and respond to email from cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.3 | Jul 06, 2021 09:10 pm | Jul 06, 2021 09:24 pm | Read and annotate defendants' brief in support of summary judgment |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 05, 2021 01:20 pm | Jul 05, 2021 01:23 pm | Call and leave voicemail with Judge O'Connor's courtroom deputy |
| U.S. Pastor Council v. EEOC | 0.4 | Jun 04, 2021 05:38 pm | Jun 04, 2021 05:49 pm | Review district-court orders; calculate and calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 04, 2021 05:18 pm | Jun 04, 2021 05:31 pm | Download and review ECF filings; calculate and calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 27, 2021 12:04 pm | Jan 27, 2021 12:05 pm | Conference call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 24, 2021 06:59 am | Jun 24, 2021 07:16 am | Draft, edit, and file a motion for leave to file reply brief in excess of page limits; email MS Word proposed order to Judge O'Connor's chambers; download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 23, 2021 09:59 pm | Jun 23, 2021 10:00 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 2.2 | Jun 23, 2021 07:48 pm | Jun 23, 2021 09:59 pm | Draft and edit reply brief in support of motion for class certification |
| U.S. Pastor Council v. EEOC | 1.6 | Jun 23, 2021 06:10 pm | Jun 23, 2021 07:43 pm | Draft and edit reply brief in support of motion for class certification |
| U.S. Pastor Council v. EEOC | 0.7 | Jun 23, 2021 05:29 pm | Jun 23, 2021 06:07 pm | Draft and edit reply brief in support of motion for class certification |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 23, 2021 04:42 pm | Jun 23, 2021 05:09 pm | Draft and edit reply brief in support of motion for class certification |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 23, 2021 03:59 pm | Jun 23, 2021 04:15 pm | Draft and edit reply brief in support of motion for class certification |
| U.S. Pastor Council v. EEOC | 0.6 | Jun 23, 2021 03:18 pm | Jun 23, 2021 03:50 pm | Draft and edit reply brief in support of motion for class certification |
| U.S. Pastor Council v. EEOC | 0.4 | Jun 23, 2021 02:47 pm | Jun 23, 2021 03:11 pm | Draft and edit reply brief in support of motion for class certification |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 23, 2021 02:09 pm | Jun 23, 2021 02:39 pm | Draft and edit reply brief in support of motion for class certification |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 22, 2021 11:51 pm | Jun 22, 2021 11:51 pm | Draft and edit reply brief in support of motion for class certification |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 22, 2021 07:50 pm | Jun 22, 2021 08:02 pm | Read and annotate defendants' response opposing our motion for class certification |
| U.S. Pastor Council v. EEOC | 0.8 | Jun 22, 2021 07:05 pm | Jun 22, 2021 07:48 pm | Read and annotate defendants' response opposing our motion for class certification |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 22, 2021 06:36 pm | Jun 22, 2021 06:50 pm | Read and annotate defendants' response opposing our motion for class certification |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 22, 2021 05:26 pm | Jun 22, 2021 05:53 pm | Read and annotate defendants' response opposing our motion for class certification |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 22, 2021 04:49 pm | Jun 22, 2021 04:59 pm | Read and annotate defendants' response opposing our motion for class certification |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 22, 2021 04:26 pm | Jun 22, 2021 04:36 pm | Read and annotate defendants' response opposing our motion for class certification |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 22, 2021 02:20 pm | Jun 22, 2021 02:21 pm | Read and annotate defendants' response opposing our motion for class certification |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 22, 2021 11:08 am | Jun 22, 2021 11:15 am | Read and annotate defendants' response opposing our motion for class certification |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 22, 2021 11:04 am | Jun 22, 2021 11:06 am | Calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 22, 2021 10:37 am | Jun 22, 2021 10:42 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 21, 2021 09:45 pm | Jun 21, 2021 09:59 pm | Edit, finalize, and file amended brief in support of MSJ |
| U.S. Pastor Council v. EEOC | 0.8 | Jun 21, 2021 08:30 pm | Jun 21, 2021 09:17 pm | Edit amended brief in support of MSJ |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 21, 2021 02:12 pm | Jun 21, 2021 02:14 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 21, 2021 11:58 am | Jun 21, 2021 12:25 pm | Draft, edit, and file motion to extend time to file reply brief in support of class certification; email MSWord version of proposed order to Judge O'Connor's chambers |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 21, 2021 11:46 am | Jun 21, 2021 11:52 am | Draft, edit, and file motion to extend time to file reply brief in support of class certification; email MSWord version of proposed order to Judge O'Connor's chambers |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 21, 2021 11:42 am | Jun 21, 2021 11:46 am | Phone call with opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 20, 2021 12:04 pm | Jun 20, 2021 12:07 pm | Conference call with AFL |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 20, 2021 11:20 am | Jun 20, 2021 11:22 am | Update AFL project list |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 20, 2021 10:12 am | Jun 20, 2021 10:21 am | Read and annotate Tandon v. Newsom |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 19, 2021 12:06 pm | Jun 19, 2021 12:12 pm | Read and annotate defendants' response opposing our motion for class certification |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 19, 2021 12:03 pm | Jun 19, 2021 12:06 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 18, 2021 11:23 pm | Jun 18, 2021 11:23 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.7 | Jun 17, 2021 07:49 pm | Jun 17, 2021 08:26 pm | Read and annotate Fulton v. Philadelphia, No. 19-123 (2021) |
| U.S. Pastor Council v. EEOC | 0.8 | Jun 17, 2021 07:00 pm | Jun 17, 2021 07:44 pm | Read and annotate Fulton v. Philadelphia, No. 19-123 (2021) |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 17, 2021 04:41 pm | Jun 17, 2021 05:02 pm | Edit and finalize joint motion for leave to file an amended brief in support of MSJ; file fourth amended complaint and joint motion on CM/ECF; email proposed order to Judge O'Connor |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 17, 2021 11:47 am | Jun 17, 2021 12:15 pm | Draft and circulate joint motion for leave to file an amended brief in support of motion for summary judgment and proposed order |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 17, 2021 11:28 am | Jun 17, 2021 11:40 am | Draft and edit amended complaint; circulate for the medical complaint to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 17, 2021 11:13 am | Jun 17, 2021 11:18 am | Phone call with opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 17, 2021 11:05 am | Jun 17, 2021 11:06 am | Read and respond to email from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 16, 2021 02:42 am | Jun 16, 2021 02:46 am | Draft and edit fourth amended complaint |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 16, 2021 02:27 am | Jun 16, 2021 02:42 am | Draft and send email to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.4 | Jun 15, 2021 05:05 pm | Jun 15, 2021 05:27 pm | Read and annotate EEOC's "guidance document" of June 15, 2021 |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 13, 2021 12:40 pm | Jun 13, 2021 12:42 pm | Conference call with AFL |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 11, 2021 11:55 pm | Jun 11, 2021 11:56 pm | Update AFL project list |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 10, 2021 08:17 pm | Jun 10, 2021 08:18 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 09, 2021 10:53 am | Jun 09, 2021 11:00 am | Edit motion for summary judgment; prepare motion for leave to file corrected brief in support of MSJ |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 09, 2021 10:43 am | Jun 09, 2021 10:50 am | Edit motion for summary judgment; prepare motion for leave to file corrected brief in support of MSJ |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 09, 2021 10:31 am | Jun 09, 2021 10:36 am | Edit motion for summary judgment; prepare motion for leave to file corrected brief in support of MSJ |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 09, 2021 09:51 am | Jun 09, 2021 11:46 am | Edit, finalize, and file to file corrected third amended complaint; Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 09, 2021 09:44 am | Jun 09, 2021 09:50 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 09, 2021 09:28 am | Jun 09, 2021 09:28 am | Read and respond to email from cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 09, 2021 12:03 am | Jun 09, 2021 12:06 am | Draft and send email to Gene Hamilton and Stephen Miller |
| U.S. Pastor Council v. EEOC | 0.6 | Jun 08, 2021 02:26 pm | Jun 08, 2021 03:02 pm | Phone call with N.D. Tex. Clerk's Office; phone call with Judge O'Connor's courtroom deputy; draft motion to file corrected third amended complaint; draft and send email to opposing |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 07, 2021 04:29 pm | Jun 07, 2021 04:33 pm | Edit third amended complaint; read and respond to email from cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 07, 2021 02:05 pm | Jun 07, 2021 02:05 pm | Edit third amended complaint |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 07, 2021 01:52 pm | Jun 07, 2021 01:53 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 06, 2021 03:20 pm | Jun 06, 2021 03:26 pm | Download and review ECF filings; edit third amended complaint |

| Matter | Hrs | Start | End | Description |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 0.6 | Jun 06, 2021 02:25 pm | Jun 06, 2021 02:57 pm | Draft and edit third amended complaint; circulate third amended complaint to opposing counsel Ben Takemoto for his review; draft and send email to cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 06, 2021 02:18 pm | Jun 06, 2021 02:23 pm | Review and edit notice of appearance form for Gene Hamilton; draft and send email to cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 06, 2021 12:11 pm | Jun 06, 2021 12:18 pm | Conference call with co-counsel |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 06, 2021 11:18 am | Jun 06, 2021 11:21 am | Update deadlines |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 02, 2021 02:52 pm | Jun 02, 2021 03:01 pm | Phone call with N.D. Tex. clerk's office; phone call with Judge O'Connor's courtroom deputy |
| U.S. Pastor Council v. EEOC | 0.1 | May 31, 2021 11:47 pm | May 31, 2021 11:51 pm | Draft and send email to Gene Hamilton and Stephen Miller |
| U.S. Pastor Council v. EEOC | 0.2 | May 31, 2021 09:24 pm | May 31, 2021 09:32 pm | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | May 31, 2021 11:09 am | May 31, 2021 11:17 am | Conference call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.1 | May 29, 2021 10:34 pm | May 29, 2021 10:39 pm | Email proposed order granting motion for class certification to Judge O'Connor's chambers |
| U.S. Pastor Council v. EEOC | 0.1 | May 29, 2021 10:31 pm | May 29, 2021 10:34 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | May 29, 2021 11:10 pm | May 29, 2021 11:14 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | May 28, 2021 11:17 am | May 28, 2021 11:25 am | Draft and e-mail to client Steven Hotze |
| U.S. Pastor Council v. EEOC | 0.2 | May 28, 2021 10:50 am | May 28, 2021 10:59 am | Phone call with client Steven Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | May 26, 2021 06:33 pm | May 26, 2021 06:34 pm | Phone call with Gene Hamilton |
| U.S. Pastor Council v. EEOC | 2.2 | May 24, 2021 07:55 pm | May 24, 2021 10:05 pm | Draft motion for summary judgment and brief in support |
| U.S. Pastor Council v. EEOC | 0.9 | May 24, 2021 06:42 pm | May 24, 2021 07:32 pm | Draft motion for summary judgment and brief in support |
| U.S. Pastor Council v. EEOC | 0.4 | May 24, 2021 06:20 pm | May 24, 2021 06:42 pm | Edit, file, and finalize motion for class certification and supporting documents |
| U.S. Pastor Council v. EEOC | 0.1 | May 24, 2021 06:17 pm | May 24, 2021 06:20 pm | Draft motion for summary judgment and brief in support |
| U.S. Pastor Council v. EEOC | 1.3 | May 24, 2021 04:57 pm | May 24, 2021 06:12 pm | Draft motion for summary judgment and brief in support |
| U.S. Pastor Council v. EEOC | 1.0 | May 24, 2021 03:57 pm | May 24, 2021 04:57 pm | Edit brief in support of motion for class certification; generate tables; circulate brief to Stanford research assistants for proofreading |
| U.S. Pastor Council v. EEOC | 0.2 | May 24, 2021 03:49 pm | May 24, 2021 03:57 pm | Edit Salvesen affidavit; read and respond to text message from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.2 | May 24, 2021 02:24 pm | May 24, 2021 02:17 pm | Edit and finalize Hotze affidavit |
| U.S. Pastor Council v. EEOC | 0.2 | May 24, 2021 01:58 pm | May 24, 2021 02:05 pm | Review and edit Salvesen declaration; text declaration to John Salvesen; draft and send text message to cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.5 | May 24, 2021 01:33 pm | May 24, 2021 01:58 pm | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | May 24, 2021 01:03 pm | May 24, 2021 01:08 pm | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.2 | May 24, 2021 05:01 am | May 24, 2021 05:06 am | Draft and send text messages to clients John Salvesen and Steven Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | May 13, 2021 11:35 am | May 13, 2021 11:35 am | Edit and re-circulate engagement letter to America First Legal |
| U.S. Pastor Council v. EEOC | 0.3 | May 12, 2021 11:39 am | May 12, 2021 11:55 am | Conference call with Stephen Miller and Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.2 | May 11, 2021 09:46 pm | May 11, 2021 09:53 pm | Draft and send engagement letter to America First Legal |
| U.S. Pastor Council v. EEOC | 0.1 | May 04, 2021 12:48 pm | May 04, 2021 12:54 pm | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.2 | May 03, 2021 07:03 pm | May 03, 2021 07:10 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | May 03, 2021 06:52 pm | May 03, 2021 06:58 pm | Edit, finalize, and file stipulation of facts and joint status report |
| U.S. Pastor Council v. EEOC | 0.1 | May 03, 2021 06:21 pm | May 03, 2021 06:26 pm | Edit draft stipulation; circulate draft stipulation to opposing counsel |
| U.S. Pastor Council v. EEOC | 0.3 | May 03, 2021 05:43 pm | May 03, 2021 05:56 pm | Edit draft stipulation; circulate draft stipulation to opposing counsel |
| U.S. Pastor Council v. EEOC | 0.2 | May 03, 2021 05:35 pm | May 03, 2021 05:40 pm | Edit draft stipulation; circulate draft stipulation to opposing counsel |
| U.S. Pastor Council v. EEOC | 0.4 | May 03, 2021 03:14 pm | May 03, 2021 03:34 pm | Edit draft stipulation; circulate draft stipulation to opposing counsel |
| U.S. Pastor Council v. EEOC | 0.2 | May 02, 2021 06:47 pm | May 02, 2021 06:53 pm | Phone call with opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | May 02, 2021 06:28 pm | May 02, 2021 02:54 pm | Call and leave voicemail with opposing counsel Ben Takemoto; draft and send text message to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | May 02, 2021 02:52 pm | May 02, 2021 02:54 pm | Phone call with cocounsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.7 | May 01, 2021 11:49 pm | May 02, 2021 12:30 am | Edit draft stipulation; circulate to opposing to Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 28, 2021 05:51 pm | Apr 28, 2021 06:00 pm | Draft and send email to potential client |
| U.S. Pastor Council v. EEOC | 0.5 | Apr 28, 2021 04:52 pm | Apr 28, 2021 05:21 pm | Edit stipulation and draft supporting declarations |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 28, 2021 04:15 pm | Apr 28, 2021 04:22 pm | Edit stipulation and draft supporting declarations |
| U.S. Pastor Council v. EEOC | 1.1 | Apr 28, 2021 02:45 pm | Apr 28, 2021 03:49 pm | Edit stipulation and draft supporting declarations |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 28, 2021 01:55 pm | Apr 28, 2021 02:01 pm | Edit stipulation and draft supporting declarations |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 28, 2021 01:44 pm | Apr 28, 2021 01:46 pm | Edit stipulation and draft supporting declarations |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 28, 2021 12:30 pm | Apr 28, 2021 12:33 pm | Edit stipulation and draft supporting declarations |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 28, 2021 12:27 pm | Apr 28, 2021 12:27 pm | Edit stipulation and draft supporting declarations |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 27, 2021 12:37 pm | Apr 27, 2021 12:40 pm | Read and respond to email from potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 19, 2021 09:53 am | Apr 19, 2021 09:56 am | Read and respond to email from opposing counsel Ben Takemoto; draft and send email to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 06, 2021 02:04 pm | Apr 06, 2021 02:08 pm | Draft and send email to Mark Rienzi |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 05, 2021 11:28 pm | Apr 05, 2021 11:39 pm | Draft and edit affidavit of David Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 05, 2021 11:19 pm | Apr 05, 2021 11:28 pm | Edit draft stipulation |
| U.S. Pastor Council v. EEOC | 0.6 | Apr 05, 2021 09:43 pm | Apr 05, 2021 10:18 pm | Read and respond to email from potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 05, 2021 09:22 pm | Apr 05, 2021 09:42 pm | Edit draft stipulation |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 05, 2021 09:14 pm | Apr 05, 2021 09:19 pm | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 02, 2021 09:18 am | Apr 02, 2021 09:25 am | Draft joint motion to extend time on stipulation; read and respond to email from opposing counsel Benjamin Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 01, 2021 01:17 pm | Apr 01, 2021 01:31 pm | Phone call with opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.3 | Apr 01, 2021 01:00 pm | Apr 01, 2021 01:15 pm | Phone call with client Dave Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 01, 2021 12:44 am | Apr 01, 2021 01:19 am | Draft stipulation |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 30, 2021 07:24 pm | Mar 30, 2021 07:30 pm | Read and respond to email from potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 30, 2021 11:37 am | Mar 30, 2021 11:38 am | Draft and send text message to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 29, 2021 11:25 am | Mar 29, 2021 11:26 am | Read and respond to email from client David Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 29, 2021 12:55 pm | Mar 29, 2021 12:59 pm | Draft and send email to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 29, 2021 12:53 am | Mar 29, 2021 12:55 am | Draft and send email to client David Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 26, 2021 02:40 pm | Mar 26, 2021 02:46 pm | Read and respond to email from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 25, 2021 03:39 pm | Mar 25, 2021 03:44 pm | Draft and circulate engagement letter |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 25, 2021 01:24 am | Mar 25, 2021 01:25 am | Draft and send text message to client David Welch |
| U.S. Pastor Council v. EEOC | 0.2 | Mar 22, 2021 06:51 pm | Mar 22, 2021 07:01 pm | Edit, finalize, and file motion to extend time to file stipulation regarding facts relevant to jurisdiction and class certification |
| U.S. Pastor Council v. EEOC | 0.2 | Mar 22, 2021 02:22 pm | Mar 22, 2021 02:32 pm | Draft and circulate motion to extend deadline for filing stipulation |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 22, 2021 02:05 pm | Mar 22, 2021 02:09 pm | Draft and circulate motion to extend deadline for filing stipulation |
| U.S. Pastor Council v. EEOC | 0.2 | Mar 22, 2021 12:21 pm | Mar 22, 2021 12:23 pm | Call and leave voicemail with client David Welch |
| U.S. Pastor Council v. EEOC | 1.1 | Mar 22, 2021 10:58 am | Mar 22, 2021 12:01 pm | Draft and edit stipulation |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 18, 2021 11:32 am | Mar 18, 2021 11:34 am | Draft and send text message to client David Welch |
| U.S. Pastor Council v. EEOC | 0.5 | Mar 18, 2021 09:01 am | Mar 18, 2021 09:31 am | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 18, 2021 04:53 am | Mar 18, 2021 04:55 am | Read and respond to email from Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 16, 2021 06:19 pm | Mar 16, 2021 06:26 pm | Phone call with potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 16, 2021 11:13 am | Mar 16, 2021 11:14 am | Read and respond to email from client Steven Hotze; calendar conference call |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 16, 2021 10:31 am | Mar 16, 2021 10:32 am | Call and leave a voicemail with potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 16, 2021 12:18 am | Mar 16, 2021 12:19 am | Draft and send email to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 16, 2021 12:14 am | Mar 16, 2021 12:18 am | Draft and send text message to client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.2 | Mar 16, 2021 12:06 am | Mar 16, 2021 12:14 am | Draft and send email to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 14, 2021 12:17 pm | Mar 14, 2021 12:19 pm | Draft and send email to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 10, 2021 03:43 pm | Mar 10, 2021 03:44 pm | Call and leave voicemail with potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 09, 2021 04:17 pm | Mar 09, 2021 04:23 pm | Call and leave voicemail with potential client; draft and send email to potential client |

| Matter | Hours | Start | End | Description |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 0.4 | Mar 08, 2021 02:07 pm | Mar 08, 2021 02:30 pm | Phone call with client David Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 08, 2021 01:31 pm | Mar 08, 2021 01:33 pm | Phone call with client David Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 07, 2021 07:08 pm | Mar 07, 2021 07:10 pm | Read and respond to email from client David Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 07, 2021 03:28 pm | Mar 07, 2021 03:30 pm | Read and respond to text message from client David Welch; calendar phone call |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 07, 2021 10:59 am | Mar 07, 2021 11:00 am | Read and respond to text message from client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 07, 2021 10:58 am | Mar 07, 2021 10:59 am | Read and respond to text message from client David Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 05, 2021 01:08 pm | Mar 05, 2021 01:12 pm | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.2 | Mar 05, 2021 08:26 am | Mar 05, 2021 08:33 am | Edit, finalize, and file joint motion to extend deadline for submitting the stipulation of facts regarding standing and class certification |
| U.S. Pastor Council v. EEOC | 0.2 | Mar 04, 2021 10:54 am | Mar 04, 2021 11:13 pm | Draft and circulate joint motion to extend time to submit stipulation of facts |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 04, 2021 09:49 pm | Mar 04, 2021 09:50 pm | Read and respond to text message from client Steve Hotze; draft and send e-mail to Stacey Bandfield and Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 04, 2021 01:37 pm | Mar 04, 2021 01:39 pm | Read and respond to e-mail from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 04, 2021 01:16 pm | Mar 04, 2021 01:20 pm | Call and leave voicemail with client David Welch; draft and send text message to client David Welch |
| U.S. Pastor Council v. EEOC | 0.3 | Mar 04, 2021 01:00 pm | Mar 04, 2021 01:16 pm | Phone call with client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 03, 2021 12:17 am | Mar 03, 2021 12:20 am | Read and respond to e-mail from John Salvesen; calendar phone call with client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 15, 2021 12:54 am | Mar 01, 2021 12:00 am | Review e-mail from Ben Takemoto; draft and send e-mail to each client regarding draft stipulation |
| U.S. Pastor Council v. EEOC | 1.1 | Feb 15, 2021 05:52 pm | Feb 15, 2021 07:12 pm | Read and annotate Department of Homeland Security v. Regents of the University of California, 140 S. Ct. 1891 (2020) |
| U.S. Pastor Council v. EEOC | 1.0 | Feb 13, 2021 10:37 pm | Feb 13, 2021 11:36 pm | Read and annotate Department of Homeland Security v. Regents of the University of California, 140 S. Ct. 1891 (2020) |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 13, 2021 08:32 pm | Feb 13, 2021 09:11 pm | Read and annotate Department of Homeland Security v. Regents of the University of California, 140 S. Ct. 1891 (2020) |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 09, 2021 05:48 pm | Feb 09, 2021 05:49 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 09, 2021 09:27 am | Feb 09, 2021 09:30 am | Draft and send e-mail to opposing counsel Ben Takemoto about draft stipulation |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 09, 2021 09:23 am | Feb 09, 2021 09:27 am | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 08, 2021 03:07 pm | Feb 08, 2021 03:18 pm | Edit and recirculate joint status report |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 07, 2021 01:26 pm | Feb 07, 2021 01:37 pm | Review proposed joint status report; draft and send e-mail to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.4 | Feb 07, 2021 12:51 pm | Feb 07, 2021 01:12 pm | Review proposed joint status report; draft and send e-mail to opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.4 | Feb 04, 2021 10:00 am | Feb 04, 2021 10:24 am | Phone call with opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 03, 2021 11:47 am | Feb 03, 2021 11:47 am | Read and respond to e-mail from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 31, 2021 02:58 am | Jan 31, 2021 03:00 am | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 29, 2021 12:55 pm | Jan 29, 2021 12:57 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 29, 2021 09:55 am | Jan 29, 2021 10:00 am | Read and respond to e-mail from opposing counsel Ben Takemoto |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 29, 2021 09:44 am | Jan 29, 2021 09:53 am | Draft and e-mail to opposing counsel Benjamin Takemoto; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 29, 2021 09:41 am | Jan 29, 2021 11:54 pm | Read and respond to e-mail from potential client; calendar conference call |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 28, 2021 11:50 am | Jan 28, 2021 11:54 pm | Draft and send text message to client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.3 | Jan 28, 2021 11:34 pm | Jan 28, 2021 11:47 pm | Review Braidwood's self-insured plan |
| U.S. Pastor Council v. EEOC | 0.5 | Jan 28, 2021 11:01 pm | Jan 28, 2021 11:27 pm | Read and respond to e-mails from potential clients |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 27, 2021 11:12 pm | Jan 27, 2021 11:21 pm | Read and respond to e-mail from potential client |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 26, 2021 12:53 pm | Jan 26, 2021 01:01 pm | Draft and send e-mails to clients |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 26, 2021 12:46 pm | Jan 26, 2021 12:53 pm | Read and annotate district-court opinion denying EEOC's MTD |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 26, 2021 12:11 pm | Jan 26, 2021 12:15 pm | Download Braidwood's self-insured plan |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 26, 2021 12:09 pm | Jan 26, 2021 12:11 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 24, 2021 10:45 pm | Jan 24, 2021 10:47 pm | Draft and send e-mail to client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 24, 2021 10:41 pm | Jan 24, 2021 10:45 pm | File notice of supplemental authority on CM/ECF |
| U.S. Pastor Council v. EEOC | 0.4 | Jan 24, 2021 10:41 pm | Jan 24, 2021 10:41 pm | Draft and edit notice of supplemental authority |
| U.S. Pastor Council v. EEOC | 0.5 | Jan 24, 2021 09:51 pm | Jan 24, 2021 10:17 pm | Read and annotate Catholic Benefits case case from D.N.D. |
| U.S. Pastor Council v. EEOC | 0.6 | Jan 24, 2021 09:47 pm | Jan 24, 2021 09:50 pm | Read and respond to e-mail from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.6 | Jan 22, 2021 12:55 am | Jan 22, 2021 01:26 am | Read and annotate Catholic Benefits case case from D.N.D. |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 20, 2021 09:26 pm | Jan 20, 2021 09:32 pm | Review Biden executive order on SOGI discrimination |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 17, 2021 03:24 pm | Jan 17, 2021 03:26 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 06, 2021 12:49 am | Jan 06, 2021 12:52 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 01, 2021 12:10 am | Jan 01, 2021 12:12 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 19, 2020 11:50 pm | Oct 19, 2020 11:53 pm | Read and respond to e-mail from potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 19, 2020 11:45 pm | Oct 19, 2020 11:47 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 05, 2020 09:25 am | Oct 05, 2020 09:33 am | Phone call with co-counsel Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 04, 2020 01:49 pm | Oct 04, 2020 02:01 pm | Draft and e-mail to co-counsel |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 02, 2020 10:57 pm | Oct 02, 2020 10:58 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 3.7 | Oct 02, 2020 06:41 pm | Oct 02, 2020 10:20 pm | Research, draft, and edit response to feds' MTD |
| U.S. Pastor Council v. EEOC | 0.8 | Oct 02, 2020 04:56 pm | Oct 02, 2020 05:41 pm | Research, draft, and edit response to feds' MTD |
| U.S. Pastor Council v. EEOC | 1.1 | Oct 02, 2020 03:15 pm | Oct 02, 2020 04:18 pm | Research, draft, and edit response to feds' MTD |
| U.S. Pastor Council v. EEOC | 0.3 | Oct 02, 2020 02:38 pm | Oct 02, 2020 02:51 pm | Research, draft, and edit response to feds' MTD |
| U.S. Pastor Council v. EEOC | 0.5 | Oct 02, 2020 01:41 pm | Oct 02, 2020 02:09 pm | Research, draft, and edit response to feds' MTD |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 02, 2020 09:57 pm | Oct 02, 2020 09:57 pm | Research, draft, and edit response to feds' MTD |
| U.S. Pastor Council v. EEOC | 0.6 | Oct 01, 2020 09:17 pm | Oct 01, 2020 09:49 pm | Research, draft, and edit response to feds' MTD |
| U.S. Pastor Council v. EEOC | 0.5 | Oct 01, 2020 07:42 pm | Oct 01, 2020 08:09 pm | Read and annotate MTD |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 01, 2020 06:00 pm | Oct 01, 2020 06:09 pm | Read and annotate MTD |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 01, 2020 03:37 pm | Oct 01, 2020 03:43 pm | Read and annotate MTD |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 01, 2020 09:53 am | Oct 01, 2020 10:05 am | Read and annotate MTD |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 30, 2020 11:49 pm | Sep 30, 2020 11:51 pm | Read and respond to e-mail from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.2 | Sep 30, 2020 11:37 pm | Sep 30, 2020 11:44 pm | Download and review ECF filings; calendar deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 23, 2020 06:51 am | Sep 23, 2020 06:52 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 17, 2020 09:35 pm | Sep 17, 2020 09:37 pm | File second amended complaint on CM/ECF; download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.2 | Sep 09, 2020 08:56 pm | Sep 09, 2020 09:07 pm | Proofread second amended complaint |
| U.S. Pastor Council v. EEOC | 0.8 | Sep 09, 2020 07:22 pm | Sep 09, 2020 08:08 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 1.8 | Sep 09, 2020 04:14 pm | Sep 09, 2020 06:01 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 1.0 | Sep 09, 2020 02:42 pm | Sep 09, 2020 03:41 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.2 | Sep 09, 2020 12:42 pm | Sep 09, 2020 12:55 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 1.4 | Sep 09, 2020 10:29 pm | Sep 09, 2020 11:53 am | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.4 | Sep 09, 2020 09:57 am | Sep 09, 2020 10:20 am | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 09, 2020 08:41 am | Sep 09, 2020 08:42 am | Read and respond to e-mail from client John Salvesen |
| U.S. Pastor Council v. EEOC | 0.1 | Sep 05, 2020 09:59 pm | Sep 05, 2020 10:01 pm | Draft and e-mail to John Salvesen of Bear Creek Bible Church |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 31, 2020 03:55 pm | Aug 31, 2020 04:00 pm | Download and review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 31, 2020 02:47 pm | Aug 31, 2020 02:49 pm | Read and respond to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 27, 2020 09:02 pm | Aug 27, 2020 09:06 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 27, 2020 08:43 pm | Aug 27, 2020 08:59 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 27, 2020 08:22 pm | Aug 27, 2020 08:37 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 1.2 | Aug 27, 2020 07:07 pm | Aug 27, 2020 08:16 pm | Draft and edit second amended complaint |

8

| Matter | Hrs | Start | End | Description |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 0.1 | Aug 27, 2020 05:13 pm | Aug 27, 2020 05:19 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 27, 2020 05:08 pm | Aug 27, 2020 05:12 pm | Phone call with Pastor John Salvesen of Bear Creek Bible Church |
| U.S. Pastor Council v. EEOC | 0.5 | Aug 27, 2020 04:30 pm | Aug 27, 2020 04:57 pm | Phone call with Bob Maurer of Bear Creek Bible Church |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 27, 2020 04:12 pm | Aug 27, 2020 04:30 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 27, 2020 02:32 pm | Aug 27, 2020 02:39 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 27, 2020 12:33 pm | Aug 27, 2020 12:40 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.4 | Aug 27, 2020 12:04 pm | Aug 27, 2020 12:24 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 27, 2020 10:56 am | Aug 27, 2020 11:08 am | Phone call with opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 27, 2020 10:47 am | Aug 27, 2020 10:50 am | Call and leave voicemail with opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 25, 2020 11:19 pm | Aug 25, 2020 11:21 pm | Review Judge O'Connor's order |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 25, 2020 12:46 pm | Aug 25, 2020 12:48 pm | Rad and respond to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 25, 2020 09:58 am | Aug 25, 2020 10:00 am | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 17, 2020 10:53 pm | Aug 17, 2020 10:56 pm | Read and respond to e-mail from potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 17, 2020 05:45 am | Aug 17, 2020 05:51 am | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 2.2 | Aug 07, 2020 03:57 pm | Aug 07, 2020 06:04 pm | Read and annotate Bostock opinion |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 06, 2020 10:13 am | Aug 06, 2020 10:21 am | Read and respond to e-mail from Pastor John Salvesen |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 04, 2020 12:14 pm | Aug 04, 2020 12:31 pm | Phone call with elders from Bear Creek Bible Church |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 04, 2020 01:25 am | Aug 04, 2020 01:43 am | Read and respond to e-mail from The Village Church |
| U.S. Pastor Council v. EEOC | 0.6 | Aug 03, 2020 03:23 pm | Aug 03, 2020 03:58 pm | Read and annotate Bostock opinion |
| U.S. Pastor Council v. EEOC | 1.0 | Aug 03, 2020 01:27 am | Aug 03, 2020 02:25 am | Read and annotate Bostock opinion |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 30, 2020 04:30 pm | Jul 30, 2020 04:38 pm | Read and respond to e-mail from potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 30, 2020 09:22 am | Jul 30, 2020 09:29 am | Read and respond to e-mail from potential client |
| U.S. Pastor Council v. EEOC | 0.3 | Jul 29, 2020 09:29 am | Jul 29, 2020 09:47 am | Draft and send letter to Pastor John Salvesen of Bear Creek Bible Church |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 29, 2020 09:18 am | Jul 29, 2020 09:29 am | Phone call with Pastor John Salvesen of Bear Creek Bible Church |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 28, 2020 02:58 pm | Jul 28, 2020 03:00 pm | Phone call with Pastor John Salvesen; calendar phone call with John Salvesan |
| U.S. Pastor Council v. EEOC | 0.8 | Jul 27, 2020 09:43 pm | Jul 27, 2020 10:26 pm | Draft and send letter to potential client |
| U.S. Pastor Council v. EEOC | 0.4 | Jul 27, 2020 02:37 pm | Jul 27, 2020 02:57 pm | Phone call with potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 27, 2020 10:51 am | Jul 27, 2020 10:53 am | E-mail read from potential client |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 27, 2020 10:19 am | Jul 27, 2020 10:29 am | Call and leave voicemail with Pastor John Salvesen of Bear Creek Bible Church; draft and send e-mail to Pastor John Salvesen of Bear Creek Bible Church |
| U.S. Pastor Council v. EEOC | 0.5 | Jul 26, 2020 10:12 pm | Jul 26, 2020 10:37 pm | Annotate Bostock opinion |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 26, 2020 11:29 am | Jul 26, 2020 11:55 am | Read and annotate Our Lady of Guadalupe School v. Morrissey-Berru, No. 19-267 (2020) |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 26, 2020 10:43 am | Jul 26, 2020 11:04 am | Read and annotate Our Lady of Guadalupe School v. Morrissey-Berru, No. 19-267 (2020) |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 26, 2020 10:47 am | Jul 26, 2020 11:00 am | Read and annotate Our Lady of Guadalupe School v. Morrissey-Berru, No. 19-267 (2020) |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 24, 2020 04:16 pm | Jul 24, 2020 04:18 pm | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 24, 2020 03:57 pm | Jul 24, 2020 04:06 pm | Phone call with potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 23, 2020 10:48 pm | Jul 23, 2020 10:53 pm | Read and respond to e-mail from potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 23, 2020 03:54 pm | Jul 23, 2020 04:04 pm | Draft and send e-mails to potential clients |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 23, 2020 01:29 pm | Jul 23, 2020 01:39 pm | Phone call with potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 23, 2020 12:52 pm | Jul 23, 2020 12:58 pm | Draft and send e-mail to potential clients |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 23, 2020 10:42 am | Jul 23, 2020 10:54 am | Draft and send e-mails to potential clients |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 22, 2020 09:48 am | Jul 22, 2020 09:54 am | Read and respond to e-mails from potential clients |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 22, 2020 09:21 am | Jul 22, 2020 09:32 am | Phone call with potential client; draft and send text message to client potential client |
| U.S. Pastor Council v. EEOC | 1.4 | Jul 21, 2020 10:05 pm | Jul 21, 2020 11:28 pm | Draft and send e-mail to potential clients |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 21, 2020 09:56 pm | Jul 21, 2020 10:05 pm | Research Dr. Hotze's employment policies and dress codes |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 21, 2020 02:02 pm | Jul 21, 2020 02:08 pm | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 21, 2020 10:06 am | Jul 21, 2020 10:22 am | Research Dr. Hotze's employment policies and dress codes |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 21, 2020 09:50 am | Jul 21, 2020 09:56 am | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 11, 2020 11:31 am | Jul 11, 2020 11:33 am | Read and respond to e-mail from potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 07, 2020 02:34 pm | Jul 07, 2020 03:08 pm | Phone call with Andrew Graham of First Liberty |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 07, 2020 12:17 pm | Jul 07, 2020 12:22 pm | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.4 | Jul 07, 2020 11:40 am | Jul 07, 2020 12:00 pm | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 07, 2020 11:35 am | Jul 07, 2020 11:37 am | Draft and send text message to client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 25, 2020 11:59 pm | Jun 26, 2020 12:01 am | Read and respond to text message from potential clients |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 25, 2020 07:51 pm | Jun 25, 2020 07:55 pm | Download and review ECF filings; review commentary critical of Bostock |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 25, 2020 10:04 am | Jun 25, 2020 10:15 am | Finalize and file joint status report; download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 23, 2020 02:00 pm | Jun 23, 2020 02:11 pm | Read and response to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 23, 2020 12:39 pm | Jun 23, 2020 12:50 pm | Read and annotate Daniel Hemel's WaPo article |
| U.S. Pastor Council v. EEOC | 0.6 | Jun 23, 2020 11:29 am | Jun 23, 2020 12:00 pm | Draft and send e-mail to potential clients |
| U.S. Pastor Council v. EEOC | 0.8 | Jun 21, 2020 08:38 pm | Jun 21, 2020 09:22 pm | Submit ADF grant application |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 21, 2020 02:49 pm | Jun 21, 2020 03:07 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 21, 2020 02:16 pm | Jun 21, 2020 02:25 pm | Draft and edit second amended complaint |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 21, 2020 01:32 pm | Jun 21, 2020 01:45 pm | Research Texas employment discrimination laws |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 20, 2020 12:53 pm | Jun 20, 2020 01:04 pm | Research Texas employment discrimination laws |
| U.S. Pastor Council v. EEOC | 0.6 | Jun 20, 2020 12:04 pm | Jun 20, 2020 12:36 pm | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 20, 2020 11:50 am | Jun 20, 2020 12:04 pm | Draft and send e-mails to potential clients |
| U.S. Pastor Council v. EEOC | 0.4 | Jun 20, 2020 11:31 am | Jun 20, 2020 11:50 am | Draft and send e-mails to potential clients |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 20, 2020 11:12 am | Jun 20, 2020 11:25 am | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 19, 2020 09:27 pm | Jun 19, 2020 09:27 pm | Read and respond to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 18, 2020 07:43 pm | Jun 18, 2020 08:04 pm | Phone call with Darren Keyes |
| U.S. Pastor Council v. EEOC | 0.6 | Jun 16, 2020 09:18 pm | Jun 16, 2020 09:51 pm | Draft joint status report and circulate to opposing counsel; calendar deadlines |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 16, 2020 02:18 pm | Jun 16, 2020 02:30 pm | Read and respond to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 16, 2020 10:32 am | Jun 16, 2020 11:04 am | Phone call with opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 16, 2020 09:51 am | Jun 16, 2020 09:53 am | Read and respond to e-mail from opposing counsel Eric Soskin; calendar conference call |
| U.S. Pastor Council v. EEOC | 1.2 | Jun 16, 2020 02:59 am | Jun 16, 2020 04:06 am | Read and annotate SCOTUS Bostock opinion |
| U.S. Pastor Council v. EEOC | 0.8 | Jun 16, 2020 02:05 am | Jun 16, 2020 02:59 am | Draft and send e-mails to clients and potential clients |
| U.S. Pastor Council v. EEOC | 0.4 | Jun 15, 2020 10:39 pm | Jun 15, 2020 10:58 pm | Review amended complaint |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 15, 2020 06:35 pm | Jun 15, 2020 06:45 pm | Read and annotate SCOTUS Bostock opinion |
| U.S. Pastor Council v. EEOC | 1.1 | Jun 15, 2020 04:09 pm | Jun 15, 2020 05:14 pm | Read and annotate SCOTUS Bostock opinion |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 15, 2020 02:54 pm | Jun 15, 2020 02:59 pm | Download and review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 15, 2020 01:42 pm | Jun 15, 2020 01:47 pm | Phone call with co-counsel Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 15, 2020 01:24 pm | Jun 15, 2020 01:42 pm | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 15, 2020 12:33 pm | Jun 15, 2020 01:02 pm | Read and annotate SCOTUS Bostock opinion |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 15, 2020 11:47 am | Jun 15, 2020 12:00 pm | Read and annotate SCOTUS Bostock opinion |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 15, 2020 10:02 am | Jun 15, 2020 09:09 am | Read and annotate SCOTUS Bostock opinion |
| U.S. Pastor Council v. EEOC | 0.2 | Jun 15, 2020 09:44 am | Jun 15, 2020 09:51 am | Phone call with co-counsel Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 04, 2020 03:14 pm | Jun 04, 2020 03:16 pm | Phone call with potential client |
| U.S. Pastor Council v. EEOC | 0.1 | May 28, 2020 04:30 pm | May 28, 2020 04:32 pm | Draft and send e-mail to potential client |

9

| Matter | Hours | Start | End | Description |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 0.2 | May 28, 2020 04:09 pm | May 28, 2020 04:18 pm | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 11, 2019 10:19 am | Nov 11, 2019 10:23 am | Conference call with Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 22, 2019 10:36 am | Oct 22, 2019 10:44 am | Conference call with Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.6 | Oct 18, 2019 11:28 pm | Oct 18, 2019 11:59 pm | Read and annotate Eighth Circuit opinion in Telescope Media Corp. |
| U.S. Pastor Council v. EEOC | 1.3 | Oct 18, 2019 09:30 pm | Oct 18, 2019 10:51 pm | Read and annotate Eighth Circuit opinion in Telescope Media Corp. |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 07, 2019 10:54 am | Oct 07, 2019 11:03 am | Conference call with Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 25, 2019 07:21 am | Aug 25, 2019 07:23 am | Review N.D. Tex. rules on supplemental authorities |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 25, 2019 06:34 am | Aug 25, 2019 06:37 am | Review N.D. Tex. rules on supplemental authorities |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 24, 2019 06:01 pm | Aug 24, 2019 06:09 pm | File notice of supplemental authority on CM/ECF |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 24, 2019 05:42 pm | Aug 24, 2019 05:58 pm | Draft and edit notice of supplemental authority regarding Telescope Media Corp. |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 24, 2019 05:31 pm | Aug 24, 2019 05:41 pm | Draft and edit notice of supplemental authority regarding Telescope Media Corp. |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 24, 2019 04:18 pm | Aug 24, 2019 04:20 pm | Draft and edit notice of supplemental authority regarding Telescope Media Corp. |
| U.S. Pastor Council v. EEOC | 0.4 | Aug 24, 2019 03:51 pm | Aug 24, 2019 04:12 pm | Draft and edit notice of supplemental authority regarding Telescope Media Corp. |
| U.S. Pastor Council v. EEOC | 1.4 | Aug 24, 2019 02:32 pm | Aug 24, 2019 03:51 pm | Read and annotate Eighth Circuit's ruling in Telescope Media Corp. |
| U.S. Pastor Council v. EEOC | 0.7 | Aug 18, 2019 11:58 pm | Aug 19, 2019 12:37 am | Read and annotate Texas v. EEOC (Fifth Circuit ruling on hiring) |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 16, 2019 11:17 am | Jun 16, 2019 11:34 am | Download and review ECF filings; read and annotate government's reply brief in support of conditional motion to stay |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 10, 2019 04:02 pm | Jun 10, 2019 04:04 pm | Phone call with co-counsel Chad Fillmore |
| U.S. Pastor Council v. EEOC | 1.1 | Jun 09, 2019 05:32 pm | Jun 09, 2019 06:37 pm | Draft class-certification motion |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 09, 2019 05:03 pm | Jun 09, 2019 05:30 pm | Draft class-certification motion |
| U.S. Pastor Council v. EEOC | 0.7 | Jun 09, 2019 03:56 pm | Jun 09, 2019 04:35 pm | Draft class-certification motion |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 09, 2019 02:47 pm | Jun 09, 2019 03:03 pm | Draft class-certification motion |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 09, 2019 01:29 pm | Jun 09, 2019 01:33 pm | Draft class-certification motion |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 08, 2019 11:48 pm | Jun 08, 2019 11:53 pm | File response to government's motion to stay on ECF; download file-stamped ECF document |
| U.S. Pastor Council v. EEOC | 0.7 | Jun 08, 2019 11:07 pm | Jun 08, 2019 11:48 pm | Edit and proofread response to government's conditional motion to stay |
| U.S. Pastor Council v. EEOC | 1.2 | Jun 08, 2019 09:57 pm | Jun 08, 2019 11:07 pm | Draft response to government's conditional motion to stay |
| U.S. Pastor Council v. EEOC | 0.3 | Jun 08, 2019 06:27 pm | Jun 08, 2019 06:37 pm | Draft response to government's conditional motion to stay |
| U.S. Pastor Council v. EEOC | 1.1 | Jun 08, 2019 03:24 pm | Jun 08, 2019 04:26 pm | Draft response to government's conditional motion to stay |
| U.S. Pastor Council v. EEOC | 0.6 | Jun 08, 2019 02:38 pm | Jun 08, 2019 03:14 pm | Draft response to government's conditional motion to stay |
| U.S. Pastor Council v. EEOC | 0.7 | Jun 08, 2019 01:48 pm | Jun 08, 2019 02:28 pm | Draft response to government's conditional motion to stay |
| U.S. Pastor Council v. EEOC | 1.1 | Jun 08, 2019 12:11 am | Jun 08, 2019 01:12 am | Draft response to government's conditional motion to stay |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 07, 2019 08:51 pm | Jun 07, 2019 08:56 pm | Research EEOC poster regulations |
| U.S. Pastor Council v. EEOC | 0.4 | Jun 06, 2019 10:07 am | Jun 06, 2019 10:26 pm | Read and annotate defendants' motion to stay proceedings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 06, 2019 10:03 pm | Jun 06, 2019 10:07 pm | Download ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 06, 2019 03:09 pm | Jun 06, 2019 03:11 pm | Call and leave voicemail with client Dave Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 06, 2019 12:46 pm | Jun 06, 2019 12:51 pm | Phone call with client Dave Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 04, 2019 12:51 pm | Jun 04, 2019 12:52 pm | Read and respond to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.5 | Jun 03, 2019 02:52 am | Jun 03, 2019 03:20 am | Draft class-certification motion |
| U.S. Pastor Council v. EEOC | 0.1 | Jun 02, 2019 04:25 pm | Jun 02, 2019 04:28 pm | Draft class-certification motion |
| U.S. Pastor Council v. EEOC | 0.1 | May 25, 2019 04:23 pm | May 25, 2019 04:24 pm | Read and respond to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | May 23, 2019 09:41 am | May 23, 2019 09:45 am | Review ECF filings; draft and send e-mail to opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.3 | May 22, 2019 10:41 pm | May 22, 2019 10:56 pm | Final proofread of response to defendants' renewed motion to dismiss |
| U.S. Pastor Council v. EEOC | 0.4 | May 22, 2019 10:22 pm | May 22, 2019 10:41 pm | Generate tables for brief opposing MTD |
| U.S. Pastor Council v. EEOC | 8.7 | May 22, 2019 01:44 pm | May 22, 2019 10:22 pm | Draft response to defendants' motion to dismiss first amended complaint |
| U.S. Pastor Council v. EEOC | 0.3 | May 22, 2019 01:23 pm | May 22, 2019 01:37 pm | Draft response to defendants' motion to dismiss first amended complaint |
| U.S. Pastor Council v. EEOC | 0.8 | May 22, 2019 12:29 pm | May 22, 2019 01:12 pm | Draft response to defendants' motion to dismiss first amended complaint |
| U.S. Pastor Council v. EEOC | 1.0 | May 22, 2019 11:17 am | May 22, 2019 12:13 pm | Draft response to defendants' motion to dismiss first amended complaint |
| U.S. Pastor Council v. EEOC | 0.4 | May 22, 2019 10:13 am | May 22, 2019 10:36 am | Draft response to defendants' motion to dismiss first amended complaint |
| U.S. Pastor Council v. EEOC | 1.8 | May 21, 2019 11:21 pm | May 22, 2019 01:08 am | Draft response to defendants' motion to dismiss first amended complaint |
| U.S. Pastor Council v. EEOC | 0.2 | May 21, 2019 01:32 am | May 21, 2019 01:44 am | Draft response to defendants' motion to dismiss first amended complaint |
| U.S. Pastor Council v. EEOC | 0.1 | May 06, 2019 01:13 am | May 06, 2019 01:37 am | Read and annotate defendants' renewed motion to dismiss |
| U.S. Pastor Council v. EEOC | 0.2 | May 06, 2019 12:54 am | May 06, 2019 01:04 am | Read and annotate defendants' renewed motion to dismiss |
| U.S. Pastor Council v. EEOC | 0.3 | May 05, 2019 09:23 pm | May 05, 2019 09:27 pm | Read and annotate defendants' renewed motion to dismiss |
| U.S. Pastor Council v. EEOC | 0.3 | May 05, 2019 03:22 pm | May 05, 2019 03:37 pm | Read and annotate defendants' renewed motion to dismiss |
| U.S. Pastor Council v. EEOC | 0.1 | May 04, 2019 12:24 pm | May 04, 2019 12:26 pm | Read and annotate defendants' renewed motion to dismiss |
| U.S. Pastor Council v. EEOC | 0.3 | May 03, 2019 12:52 pm | May 03, 2019 01:09 pm | Read and annotate defendants' renewed motion to dismiss |
| U.S. Pastor Council v. EEOC | 0.3 | May 03, 2019 12:07 pm | May 03, 2019 12:09 pm | Read and annotate defendants' renewed motion to dismiss |
| U.S. Pastor Council v. EEOC | 0.1 | May 01, 2019 02:25 pm | May 01, 2019 02:26 pm | Review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | May 01, 2019 02:03 pm | May 01, 2019 02:05 pm | Review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 24, 2019 06:41 pm | Apr 24, 2019 06:45 pm | Draft and send e-mail to student RA Rebekah Mercer |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 22, 2019 09:37 am | Apr 22, 2019 09:38 am | Review ECF filings, calculate and calendar deadlines |
| U.S. Pastor Council v. EEOC | 0.3 | Apr 09, 2019 10:29 am | Apr 09, 2019 10:43 am | Read and annotate Fifth Circuit opinion in O'Daniel v. Industrial Service Solutions |
| U.S. Pastor Council v. EEOC | 0.7 | Apr 09, 2019 10:49 pm | Apr 09, 2019 11:29 pm | TRAVEL Uber from SEA-TAC airport to home |
| U.S. Pastor Council v. EEOC | 0.9 | Apr 09, 2019 09:55 pm | Apr 09, 2019 10:49 pm | TRAVEL Get off plane; collect suitcase from baggage claim; walk to uber |
| U.S. Pastor Council v. EEOC | 4.2 | Apr 09, 2019 05:48 pm | Apr 09, 2019 09:55 pm | TRAVEL Board flight; flight from DFW-SEA |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 09, 2019 03:14 pm | Apr 09, 2019 03:18 pm | Update new mailing address on CM/ECF |
| U.S. Pastor Council v. EEOC | 0.3 | Apr 09, 2019 02:50 pm | Apr 09, 2019 03:08 pm | TRAVEL Check in through airport security; walk to gate |
| U.S. Pastor Council v. EEOC | 0.8 | Apr 09, 2019 02:05 pm | Apr 09, 2019 02:50 pm | TRAVEL Call and wait for uber; take Uber from Fort Worth to airport |
| U.S. Pastor Council v. EEOC | 0.5 | Apr 09, 2019 11:15 am | Apr 09, 2019 11:45 am | Status hearing before Judge O'Connor |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 09, 2019 10:47 am | Apr 09, 2019 10:50 am | Record expenses for 4/9 trip to Fort Worth |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 09, 2019 10:04 am | Apr 09, 2019 10:09 am | Record expenses for 4/9 trip to Fort Worth |
| U.S. Pastor Council v. EEOC | 0.5 | Apr 09, 2019 02:01 pm | Apr 09, 2019 02:11 pm | TRAVEL Check into hotel in Fort Worth |
| U.S. Pastor Council v. EEOC | 0.9 | Apr 09, 2019 01:06 pm | Apr 09, 2019 01:59 pm | TRAVEL Get off plane; walk to uber; take uber to hotel |
| U.S. Pastor Council v. EEOC | 4.0 | Apr 08, 2019 09:10 am | Apr 08, 2019 01:07 pm | TRAVEL Flight from SEA to DFW |
| U.S. Pastor Council v. EEOC | 0.5 | Apr 08, 2019 08:45 am | Apr 08, 2019 09:10 am | TRAVEL Board flight to DFW |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 08, 2019 06:28 am | Apr 08, 2019 06:37 am | TRAVEL Go through security line |
| U.S. Pastor Council v. EEOC | 1.0 | Apr 08, 2019 05:32 am | Apr 08, 2019 06:28 am | TRAVEL Uber from home to SEA-TAC |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 07, 2019 11:05 am | Apr 07, 2019 11:08 am | Review ECF filings; calendar status conference hearing; read and respond to e-mail from local counsel Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 07, 2019 11:02 am | Apr 07, 2019 11:04 am | Read and respond to e-mail from local counsel Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 07, 2019 10:54 am | Apr 07, 2019 11:01 am | Plan travel to 4/9 hearing; check in to SEA-DFW flight |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 07, 2019 10:46 am | Apr 07, 2019 10:52 am | Plan travel to Fort Worth for 4/9/2019 status conference hearing |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 06, 2019 12:30 pm | Apr 06, 2019 12:40 pm | Plan travel to Fort Worth for 4/9/2019 status conference hearing |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 05, 2019 03:52 pm | Apr 05, 2019 03:56 pm | Plan travel to Fort Worth for 4/9/2019 status conference hearing |
| U.S. Pastor Council v. EEOC | 1.1 | Apr 05, 2019 02:36 pm | Apr 05, 2019 03:37 pm | Draft and emergency motion to reset time of status conference; phone call with opposing counsel Eric Soskin; file emergency motion on ECF; e-mail proposed order to Judge O'Connor |
| U.S. Pastor Council v. EEOC | 0.4 | Apr 05, 2019 02:16 pm | Apr 05, 2019 02:36 pm | Call and leave voicemail with Judge O'Connor's chambers; phone call with local counsel Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.4 | Apr 05, 2019 01:13 pm | Apr 05, 2019 01:55 pm | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.4 | Apr 05, 2019 01:13 pm | Apr 05, 2019 01:33 pm | Phone call with potential client |

| Matter | Hours | Start | End | Description |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 0.2 | Apr 05, 2019 11:39 am | Apr 05, 2019 11:47 am | Draft and send e-mail to local counsel Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.4 | Apr 04, 2019 11:18 am | Apr 04, 2019 11:22 am | Phone call with local counsel Chad Fillmore |
| U.S. Pastor Council v. EEOC | 0.1 | Apr 02, 2019 11:25 am | Apr 02, 2019 11:27 am | Read and respond to e-mail from opposing counsel Eric Soskin; calendar briefing deadlines |
| U.S. Pastor Council v. EEOC | 0.2 | Apr 02, 2019 11:01 am | Apr 02, 2019 11:12 am | Read and respond to e-mail from opposing counsel Eric Soskin; calendar briefing deadlines |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 31, 2019 11:59 am | Mar 31, 2019 12:00 pm | Review ECF filings |
| U.S. Pastor Council v. EEOC | 3.1 | Mar 29, 2019 06:50 pm | Mar 29, 2019 09:54 pm | Draft and edit first amended complaint |
| U.S. Pastor Council v. EEOC | 0.5 | Mar 29, 2019 06:14 pm | Mar 29, 2019 06:42 pm | Draft and edit first amended complaint |
| U.S. Pastor Council v. EEOC | 0.4 | Mar 29, 2019 05:48 pm | Mar 29, 2019 06:07 pm | Draft and edit first amended complaint |
| U.S. Pastor Council v. EEOC | 0.3 | Mar 29, 2019 05:16 pm | Mar 29, 2019 05:39 pm | Draft and edit first amended complaint |
| U.S. Pastor Council v. EEOC | 0.7 | Mar 29, 2019 04:31 pm | Mar 29, 2019 05:09 pm | Draft and edit first amended complaint |
| U.S. Pastor Council v. EEOC | 1.1 | Mar 29, 2019 03:18 pm | Mar 29, 2019 04:24 pm | Draft and edit first amended complaint |
| U.S. Pastor Council v. EEOC | 0.4 | Mar 27, 2019 11:00 am | Mar 27, 2019 11:21 am | Phone call with opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 27, 2019 10:00 am | Mar 27, 2019 10:02 am | Read and respond to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 27, 2019 12:05 am | Mar 27, 2019 12:07 am | Read and respond to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Mar 07, 2019 11:04 am | Mar 07, 2019 11:35 am | Phone call with Martin Nussbaum |
| U.S. Pastor Council v. EEOC | 0.2 | Mar 02, 2019 01:24 pm | Mar 07, 2019 01:35 pm | Phone call with Martin Nussbaum |
| U.S. Pastor Council v. EEOC | 0.2 | Mar 02, 2019 10:46 pm | Mar 02, 2019 10:54 pm | Draft and send e-mail to RA Rebekah Mercer |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 27, 2019 03:44 pm | Feb 27, 2019 03:47 pm | Review ECF filings; calendar new deadlines |
| U.S. Pastor Council v. EEOC | 0.5 | Feb 27, 2019 03:03 pm | Feb 27, 2019 03:33 pm | Draft and send e-mail to potential clients |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 27, 2019 12:35 am | Feb 27, 2019 12:43 am | File motion to extend time on ECF; e-mail MSWord order to Judge O'Connor's chambers |
| U.S. Pastor Council v. EEOC | 0.6 | Feb 26, 2019 11:59 pm | Feb 27, 2019 12:35 am | Draft motion to extend time to respond to motion to dismiss |
| U.S. Pastor Council v. EEOC | 0.4 | Feb 24, 2019 06:59 pm | Feb 24, 2019 07:23 pm | Review draft of joint status report; draft and send e-mail to opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.3 | Feb 24, 2019 06:43 pm | Feb 24, 2019 06:59 pm | Review DOJ's motion to dismiss |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 24, 2019 06:35 pm | Feb 24, 2019 06:43 pm | Draft and send e-mail to client Dr. Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 24, 2019 06:25 pm | Feb 24, 2019 06:29 pm | Draft and send e-mail to potential clients |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 21, 2019 10:24 pm | Feb 21, 2019 10:33 pm | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 21, 2019 05:20 pm | Feb 21, 2019 05:21 pm | Draft and send text message to Ryan Bangert in Texas AG's office |
| U.S. Pastor Council v. EEOC | 0.4 | Feb 21, 2019 01:49 pm | Feb 21, 2019 02:13 pm | Phone call with opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 21, 2019 04:29 am | Feb 21, 2019 04:30 am | Read and respond to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 17, 2019 09:58 pm | Feb 17, 2019 09:59 pm | Read and respond to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 16, 2019 06:27 pm | Feb 16, 2019 06:32 pm | E-mail letter from Dr. Hotze to Mac Meadows at Entrust; draft and send e-mail to client Dr. Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.3 | Feb 14, 2019 04:14 pm | Feb 14, 2019 04:15 pm | Edit letter for Dr. Hotze to Entrust; put letter on Hotze stationery |
| U.S. Pastor Council v. EEOC | 0.3 | Feb 13, 2019 01:41 pm | Feb 13, 2019 01:59 pm | Phone call with Matthew Kacsmaryk |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 13, 2019 01:20 pm | Feb 13, 2019 01:21 pm | Phone call with Matthew Kacsmaryk of First Liberty |
| U.S. Pastor Council v. EEOC | 0.3 | Feb 13, 2019 12:24 pm | Feb 13, 2019 12:42 pm | Draft letter to Entrust for Dr. Hotze on Braidwood stationery |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 13, 2019 09:37 am | Feb 13, 2019 09:41 am | Phone call with Matthew Kacsmaryk of First Liberty |
| U.S. Pastor Council v. EEOC | 1.3 | Feb 12, 2019 10:08 pm | Feb 12, 2019 11:21 pm | Research pre-enforcement challenges to anti-discrimination laws |
| U.S. Pastor Council v. EEOC | 0.8 | Feb 12, 2019 07:03 pm | Feb 12, 2019 07:49 pm | Research pre-enforcement challenges to anti-discrimination laws |
| U.S. Pastor Council v. EEOC | 0.4 | Feb 12, 2019 06:44 am | Feb 12, 2019 07:03 am | Review government's motion to dismiss; research pre-enforcement challenges to anti-discrimination laws |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 12, 2019 06:38 pm | Feb 12, 2019 06:44 pm | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 1.0 | Feb 12, 2019 05:37 pm | Feb 12, 2019 06:34 pm | Draft letter to Entrust about definition of spouse and send to client Steve Hotze for his review |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 07, 2019 06:08 pm | Feb 07, 2019 06:20 pm | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.4 | Feb 07, 2019 04:50 pm | Feb 07, 2019 05:11 pm | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Feb 07, 2019 11:58 am | Feb 07, 2019 11:58 am | Phone call with student RA Rebekah Mercer |
| U.S. Pastor Council v. EEOC | 0.2 | Feb 07, 2019 11:09 am | Feb 07, 2019 11:13 am | Read and annotate Fifth Circuit opinion in Wittmer v. Phillips 66 |
| U.S. Pastor Council v. EEOC | 0.9 | Jan 31, 2019 09:54 am | Jan 31, 2019 10:44 am | Video conference with client U.S. Pastor Council |
| U.S. Pastor Council v. EEOC | 0.3 | Jan 31, 2019 08:16 am | Jan 31, 2019 08:32 am | Phone call with client Dave Welch |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 30, 2019 03:59 pm | Jan 30, 2019 04:11 pm | Phone call with client Dr. Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 30, 2019 02:43 pm | Jan 30, 2019 02:46 pm | Draft and send text message to client Dr. Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 30, 2019 02:18 pm | Jan 30, 2019 02:41 pm | Phone call with Mac Meadows and Katy Belew at Entrust |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 30, 2019 01:49 pm | Jan 30, 2019 02:01 pm | Video conference with client Dave Welch |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 30, 2019 12:56 am | Jan 30, 2019 12:57 am | Read and respond to e-mail from client Dave Welch |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 30, 2019 12:33 am | Jan 30, 2019 12:43 am | Correspondence with student RA Rebekah Mercer |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 29, 2019 11:36 pm | Jan 29, 2019 11:43 pm | Draft and send e-mail to RA Rebekah Mercer |
| U.S. Pastor Council v. EEOC | 0.7 | Jan 29, 2019 07:59 pm | Jan 29, 2019 08:37 pm | Research pre-enforcement challenges to anti-discrimination laws |
| U.S. Pastor Council v. EEOC | 0.8 | Jan 29, 2019 06:26 pm | Jan 29, 2019 07:10 pm | Research pre-enforcement challenges to anti-discrimination laws |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 29, 2019 11:50 am | Jan 29, 2019 11:50 am | Review ECF filings; read and respond to e-mail from opposing counsel |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 27, 2019 04:25 pm | Jan 27, 2019 04:37 pm | Call and leave voicemail with Entrust compliance attorney Kaitlyn Belew |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 27, 2019 04:12 pm | Jan 27, 2019 04:23 pm | Read and respond to text message from client Dr. Steve Hotze |
| U.S. Pastor Council v. EEOC | 1.1 | Jan 27, 2019 01:30 pm | Jan 27, 2019 02:32 pm | Draft and send e-mail to potential clients |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 27, 2019 01:20 pm | Jan 27, 2019 01:30 pm | Read and respond to e-mail from opposing counsel Eric Soskin |
| U.S. Pastor Council v. EEOC | 0.8 | Jan 22, 2019 06:58 pm | Jan 22, 2019 07:14 pm | Research pre-enforcement challenges to anti-discrimination laws |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 13, 2019 12:47 pm | Jan 13, 2019 12:52 pm | Research pre-enforcement challenges to anti-discrimination laws |
| U.S. Pastor Council v. EEOC | 0.2 | Jan 12, 2019 02:01 pm | Jan 12, 2019 02:08 pm | Draft and send e-mail to client Dr. Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.3 | Jan 12, 2019 01:39 pm | Jan 12, 2019 01:57 pm | Phone call with client Dr. Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 12, 2019 01:34 pm | Jan 12, 2019 01:38 pm | Phone call with student RA Rebekah Mercer |
| U.S. Pastor Council v. EEOC | 0.1 | Jan 12, 2019 01:26 pm | Jan 12, 2019 01:32 pm | Draft and send e-mail to student RA Rebekah Mercer |
| U.S. Pastor Council v. EEOC | 1.1 | Jan 08, 2019 01:43 am | Jan 08, 2019 02:47 am | Draft and send e-mail to Michael McConnell regarding standing and ripeness issues |
| U.S. Pastor Council v. EEOC | 0.6 | Dec 27, 2018 01:10 pm | Dec 27, 2018 01:21 pm | Phone call with RA Rebekah Mercer; draft and send e-mail to student RA Rebekah Mercer |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 27, 2018 12:22 pm | Dec 27, 2018 12:33 pm | Research potential clients |
| U.S. Pastor Council v. EEOC | 0.8 | Dec 27, 2018 11:35 am | Dec 27, 2018 11:35 am | Draft and fax letter to the court agreeing with defendants' request to stay proceedings in light of lapsed appropriations |
| U.S. Pastor Council v. EEOC | 0.4 | Dec 27, 2018 11:15 am | Dec 27, 2018 11:15 am | Draft and send e-mail to opposing counsel |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 27, 2018 11:02 am | Dec 27, 2018 11:15 am | Review ECF filings; draft and send e-mail to opposing counsel |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 26, 2018 08:38 pm | Dec 26, 2018 08:48 pm | Phone call with student RA Rebekah Mercer |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 26, 2018 08:26 pm | Dec 26, 2018 08:38 pm | Draft and send e-mail to student RA Rebekah Mercer |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 26, 2018 07:47 pm | Dec 26, 2018 07:47 pm | Draft and send e-mail to student RA Rebekah Mercer |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 26, 2018 07:13 pm | Dec 26, 2018 07:37 pm | Draft and send e-mail to student RAs |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 26, 2018 06:50 pm | Dec 26, 2018 07:05 pm | Draft and send e-mail to Gene Schaerr |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 26, 2018 06:36 pm | Dec 26, 2018 06:49 pm | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.8 | Dec 24, 2018 12:26 am | Dec 24, 2018 01:14 am | Draft and send e-mail to potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 21, 2018 12:39 am | Dec 21, 2018 12:45 am | Read and annotate defendants' motion to dismiss for lack of subject-matter jurisdiction |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 19, 2018 04:55 pm | Dec 19, 2018 05:01 pm | Phone call with client Dave Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 19, 2018 09:59 am | Dec 19, 2018 10:04 am | Read and annotate defendants' motion to dismiss for lack of subject-matter jurisdiction |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 19, 2018 08:31 am | Dec 19, 2018 08:38 am | Phone call with Adam Mortara regarding standing issue |
| U.S. Pastor Council v. EEOC | 0.4 | Dec 18, 2018 11:56 pm | Dec 19, 2018 12:15 am | Look into standing issues |

| Case | Hours | Start | End | Description |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 1.0 | Dec 18, 2018 10:25 pm | Dec 18, 2018 11:25 pm | Read and annotate defendants' motion to dismiss for lack of subject-matter jurisdiction |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 18, 2018 10:13 pm | Dec 18, 2018 10:17 pm | Read and annotate defendants' motion to dismiss for lack of subject-matter jurisdiction |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 18, 2018 12:27 pm | Dec 18, 2018 12:34 pm | Read and annotate defendants' motion to dismiss for lack of subject-matter jurisdiction |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 18, 2018 12:50 am | Dec 18, 2018 01:02 am | Read and annotate defendants' motion to dismiss for lack of subject-matter jurisdiction |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 17, 2018 11:42 pm | Dec 17, 2018 11:51 pm | Read and annotate defendants' motion to dismiss for lack of subject-matter jurisdiction |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 17, 2018 12:23 pm | Dec 17, 2018 12:25 pm | Review ECF filings |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 17, 2018 11:03 am | Dec 17, 2018 11:09 am | Phone call with DOJ lawyer Brett Schumate |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 15, 2018 10:24 am | Dec 15, 2018 10:27 am | Draft and send e-mail to Adam Mortara regarding Fifth Circuit transgender Title VII case |
| U.S. Pastor Council v. EEOC | 0.6 | Dec 14, 2018 06:50 pm | Dec 14, 2018 07:26 pm | Phone call with Adam Mortara discussing SOGI Title VII case in CA5 |
| U.S. Pastor Council v. EEOC | 1.0 | Dec 06, 2018 12:24 pm | Dec 06, 2018 01:24 pm | Conference call with U.S. Pastor Council |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 02, 2018 07:35 am | Dec 02, 2018 07:38 am | Review ECF filings |
| U.S. Pastor Council v. EEOC | 0.5 | Dec 01, 2018 12:17 pm | Dec 01, 2018 12:43 pm | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.2 | Nov 25, 2018 12:15 am | Nov 25, 2018 12:22 am | Draft and send e-mail to client Dr. Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 25, 2018 12:03 am | Nov 25, 2018 12:06 am | Draft and send e-mail to client David Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Nov 18, 2018 07:46 pm | Nov 18, 2018 07:49 pm | Read and respond to text message from client David Welch |
| U.S. Pastor Council v. EEOC | 1.1 | Nov 11, 2018 08:50 pm | Nov 11, 2018 09:52 pm | Research and read scholarship on religious exemptions (Singer, Religious Liberty and Public Accommodations, recently posted on SSRN) |
| U.S. Pastor Council v. EEOC | 0.5 | Nov 02, 2018 12:42 pm | Nov 02, 2018 01:11 pm | Phone call with potential client |
| U.S. Pastor Council v. EEOC | 0.5 | Nov 02, 2018 12:01 pm | Nov 02, 2018 12:31 pm | Phone call with potential client |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 30, 2018 12:35 pm | Oct 30, 2018 12:39 pm | Draft and send e-mail to local counsel Chad Fillmore |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 30, 2018 02:02 am | Oct 30, 2018 02:07 am | Review proof of service and draft and send e-mail to local counsel Chad Fillmore |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 27, 2018 11:37 pm | Oct 27, 2018 11:49 pm | Draft and send e-mail to local counsel Chad Fillmore |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 16, 2018 12:32 pm | Oct 16, 2018 12:47 pm | Phone call with client Dr. Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.4 | Oct 15, 2018 10:37 pm | Oct 15, 2018 10:57 pm | Phone call with client Dr. Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 14, 2018 09:36 pm | Oct 14, 2018 09:39 pm | Read court filings |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 14, 2018 09:09 pm | Oct 14, 2018 09:13 pm | Read John Melcon article on Title VII religious exemption |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 14, 2018 08:58 pm | Oct 14, 2018 09:01 pm | Read John Melcon article on Title VII religious exemption |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 14, 2018 03:08 pm | Oct 14, 2018 03:12 pm | Draft and send e-mail to client David Welch |
| U.S. Pastor Council v. EEOC | 0.3 | Oct 08, 2018 03:01 pm | Oct 08, 2018 03:26 pm | Phone call with local counsel Chad Fillmore |
| U.S. Pastor Council v. EEOC | 0.3 | Oct 08, 2018 11:10 am | Oct 08, 2018 11:28 am | Phone call with client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 07, 2018 05:10 pm | Oct 07, 2018 05:12 pm | Draft and send e-mail to client Steve Hotze |
| U.S. Pastor Council v. EEOC | 0.3 | Oct 06, 2018 09:43 pm | Oct 06, 2018 09:57 pm | Draft and send e-mail to co-counsel Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 06, 2018 09:30 pm | Oct 06, 2018 09:35 pm | Read court filings |
| U.S. Pastor Council v. EEOC | 0.3 | Oct 06, 2018 02:05 pm | Oct 06, 2018 02:23 pm | File complaint on CM/ECF |
| U.S. Pastor Council v. EEOC | 0.2 | Oct 06, 2018 01:57 pm | Oct 06, 2018 02:05 pm | Prepare civil cover sheet |
| U.S. Pastor Council v. EEOC | 0.6 | Oct 06, 2018 01:22 pm | Oct 06, 2018 01:57 pm | Final proofread of complaint |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 05, 2018 11:44 pm | Oct 05, 2018 11:51 pm | Edit complaint |
| U.S. Pastor Council v. EEOC | 0.5 | Oct 05, 2018 11:07 pm | Oct 05, 2018 11:34 pm | Edit complaint |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 05, 2018 01:08 pm | Oct 05, 2018 01:11 pm | Phone call with local counsel Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 05, 2018 11:47 am | Oct 05, 2018 11:53 am | Phone call with local counsel Chad and Dusty Fillmore |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 05, 2018 10:48 am | Oct 05, 2018 10:51 am | Phone call with client David Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 04, 2018 11:08 am | Oct 04, 2018 11:11 am | Draft and send e-mail to clients Steve Hotze and David Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 04, 2018 10:30 am | Oct 04, 2018 10:37 am | Draft and send e-mail to clients Steve Hotze and David Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 04, 2018 10:21 am | Oct 04, 2018 10:25 am | Draft and send e-mail to potential local counsel |
| U.S. Pastor Council v. EEOC | 0.1 | Oct 03, 2018 10:01 pm | Oct 03, 2018 10:03 pm | Draft and send e-mail to client David Welch |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 22, 2018 10:18 am | Aug 22, 2018 10:36 am | Review and edit complaint |
| U.S. Pastor Council v. EEOC | 3.3 | Aug 22, 2018 09:10 pm | Aug 22, 2018 12:25 am | Draft complaint |
| U.S. Pastor Council v. EEOC | 2.3 | Aug 21, 2018 05:23 pm | Aug 21, 2018 07:38 pm | Draft complaint |
| U.S. Pastor Council v. EEOC | 1.3 | Aug 21, 2018 03:29 pm | Aug 21, 2018 04:44 pm | Draft complaint |
| U.S. Pastor Council v. EEOC | 0.7 | Aug 21, 2018 02:36 pm | Aug 21, 2018 03:13 pm | Draft complaint |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 21, 2018 11:29 am | Aug 21, 2018 11:35 am | Draft complaint |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 21, 2018 11:08 am | Aug 21, 2018 11:22 am | Draft complaint |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 21, 2018 10:33 am | Aug 21, 2018 11:00 am | Draft complaint |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 21, 2018 09:47 am | Aug 21, 2018 10:03 am | Draft complaint |
| U.S. Pastor Council v. EEOC | 0.4 | Aug 21, 2018 01:11 am | Aug 21, 2018 01:31 am | Draft complaint |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 21, 2018 12:06 am | Aug 21, 2018 12:30 am | Draft complaint |
| U.S. Pastor Council v. EEOC | 0.4 | Aug 20, 2018 08:58 pm | Aug 20, 2018 09:10 pm | Draft complaint |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 20, 2018 07:38 pm | Aug 20, 2018 07:54 pm | Draft complaint |
| U.S. Pastor Council v. EEOC | 0.5 | Aug 20, 2018 05:15 pm | Aug 20, 2018 05:45 pm | Draft complaint |
| U.S. Pastor Council v. EEOC | 0.7 | Aug 20, 2018 04:49 pm | Aug 20, 2018 05:26 pm | Research standing and ripeness issues, especially Texas v. EEOC litigation |
| U.S. Pastor Council v. EEOC | 0.7 | Aug 20, 2018 03:53 pm | Aug 20, 2018 04:34 pm | Research standing and ripeness issues, especially Texas v. EEOC litigation |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 20, 2018 02:54 pm | Aug 20, 2018 03:35 pm | Research standing and ripeness issues, especially Texas v. EEOC litigation |
| U.S. Pastor Council v. EEOC | 0.3 | Aug 18, 2018 04:30 pm | Aug 18, 2018 04:45 pm | Research standing and ripeness issues, especially Texas v. EEOC litigation |
| U.S. Pastor Council v. EEOC | 0.6 | Aug 18, 2018 03:57 pm | Aug 18, 2018 04:29 pm | Research standing and ripeness issues, especially Texas v. EEOC litigation |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 18, 2018 12:39 pm | Aug 18, 2018 12:51 pm | Draft and send e-mail to client Dave Welch |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 18, 2018 12:04 pm | Aug 18, 2018 12:09 pm | Phone call with client Dave Welch |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 18, 2018 10:30 am | Aug 18, 2018 10:40 am | Research Title VII's religious exemption |
| U.S. Pastor Council v. EEOC | 1.2 | Aug 15, 2018 09:26 pm | Aug 15, 2018 10:35 pm | Read Harris Funeral Homes case from CA6 |
| U.S. Pastor Council v. EEOC | 0.2 | Aug 15, 2018 09:21 pm | Aug 15, 2018 09:25 pm | Read Harris Funeral Homes case from CA6 |
| U.S. Pastor Council v. EEOC | 0.1 | Aug 01, 2018 12:09 pm | Aug 01, 2018 12:15 pm | Rede religious exemptions in Title VII |
| U.S. Pastor Council v. EEOC | 0.2 | Jul 25, 2018 07:14 am | Jul 25, 2018 07:22 am | Draft and send engagement letter to Hotze Health and Wellness Center |
| U.S. Pastor Council v. EEOC | 0.1 | Jul 25, 2018 07:02 am | Jul 25, 2018 07:05 am | Draft and send engagement letter to Hotze Health and Wellness Center |
| U.S. Pastor Council v. EEOC | 0.4 | Jul 06, 2018 09:37 pm | Jul 06, 2018 09:58 pm | Research EEOC interpretations of Title VII |
| | | | | |
| Work | 386.9 | | | |

12

# Exhibit C

**to Mitchell Declaration**

JFM Timesheet (December 5, 2023 through December 12, 2023)

| Activity type | Duration | From | To | Comment |
|---|---|---|---|---|
| U.S. Pastor Council v. EEOC | 1.0 | Dec 12, 2023 10:56 pm | Dec 12, 2023 11:55 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 12, 2023 09:35 pm | Dec 12, 2023 09:43 pm | Review John Sullivan's declaration; make formatting edits and tweaks |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 12, 2023 07:19 pm | Dec 12, 2023 07:23 pm | Edit and re-circulate Dusty Fillmore declaration |
| U.S. Pastor Council v. EEOC | 1.0 | Dec 12, 2023 05:59 pm | Dec 12, 2023 06:59 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 2.8 | Dec 12, 2023 03:16 pm | Dec 12, 2023 05:59 pm | Prepare supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 12, 2023 12:19 pm | Dec 12, 2023 12:28 pm | Prepare supporting exhibits |
| U.S. Pastor Council v. EEOC | 2.1 | Dec 11, 2023 11:00 pm | Dec 12, 2023 01:05 am | Prepare supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 11, 2023 09:37 pm | Dec 11, 2023 09:40 pm | Correspondence with student RA ▓▓▓▓ |
| U.S. Pastor Council v. EEOC | 0.5 | Dec 11, 2023 09:05 pm | Dec 11, 2023 09:30 pm | Prepare supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 11, 2023 08:49 pm | Dec 11, 2023 09:05 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.5 | Dec 11, 2023 07:57 pm | Dec 11, 2023 08:27 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 11, 2023 07:31 pm | Dec 11, 2023 07:48 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 3.0 | Dec 11, 2023 03:07 pm | Dec 11, 2023 06:02 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 1.6 | Dec 11, 2023 12:41 pm | Dec 11, 2023 02:13 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.5 | Dec 11, 2023 11:33 am | Dec 11, 2023 12:01 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 1.2 | Dec 11, 2023 12:01 am | Dec 11, 2023 01:13 am | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 1.3 | Dec 10, 2023 08:13 pm | Dec 10, 2023 09:29 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 10, 2023 07:52 pm | Dec 10, 2023 08:09 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 10, 2023 07:24 pm | Dec 10, 2023 07:36 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 10, 2023 06:54 pm | Dec 10, 2023 07:09 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 10, 2023 06:37 pm | Dec 10, 2023 06:43 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 10, 2023 06:10 pm | Dec 10, 2023 06:15 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 10, 2023 05:43 pm | Dec 10, 2023 06:01 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 10, 2023 05:31 pm | Dec 10, 2023 05:33 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 10, 2023 04:45 pm | Dec 10, 2023 04:49 pm | Phone call with co-counsel Gene Hamilton |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 10, 2023 04:27 pm | Dec 10, 2023 04:36 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.4 | Dec 10, 2023 04:03 pm | Dec 10, 2023 04:23 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 1.3 | Dec 10, 2023 02:43 pm | Dec 10, 2023 03:56 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 1.4 | Dec 09, 2023 11:53 pm | Dec 10, 2023 01:14 am | Prepare supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 09, 2023 11:41 pm | Dec 09, 2023 11:52 pm | Read an annotate fee application in Franciscan Alliance |
| U.S. Pastor Council v. EEOC | 0.4 | Dec 09, 2023 11:19 pm | Dec 09, 2023 11:41 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.8 | Dec 09, 2023 10:37 pm | Dec 09, 2023 11:19 pm | Read and annotate Franciscan Alliance, Inc. v. Becerra --- F. Supp. 3d ----, 2023 WL 4462049 (N.D. Tex.) (fee award) |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 09, 2023 09:08 pm | Dec 09, 2023 09:14 pm | Read and annotate Franciscan Alliance, Inc. v. Becerra --- F. Supp. 3d ----, 2023 WL 4462049 (N.D. Tex.) (fee award) |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 09, 2023 07:28 pm | Dec 09, 2023 07:42 pm | Phone call with John Sullivan |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 09, 2023 07:24 pm | Dec 09, 2023 07:28 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.5 | Dec 09, 2023 06:55 pm | Dec 09, 2023 07:24 pm | Review billing records and apply billing judgment to write off unrecoverable hours |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 09, 2023 06:37 pm | Dec 09, 2023 06:55 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 09, 2023 06:30 pm | Dec 09, 2023 06:36 pm | Draft and send email to student RA ▓▓▓▓ |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 09, 2023 06:24 pm | Dec 09, 2023 06:30 pm | Phone call with student RA ▓▓▓▓ |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 09, 2023 06:17 pm | Dec 09, 2023 06:24 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 09, 2023 06:12 pm | Dec 09, 2023 06:14 pm | Draft and send text message to student RA ▓▓▓▓ |
| U.S. Pastor Council v. EEOC | 0.9 | Dec 09, 2023 05:21 pm | Dec 09, 2023 06:12 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.6 | Dec 09, 2023 12:11 pm | Dec 09, 2023 12:47 pm | Review billing records and apply billing judgment to write off unrecoverable hours |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 09, 2023 12:01 am | Dec 09, 2023 12:11 am | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 08, 2023 11:39 pm | Dec 08, 2023 11:45 pm | Draft and send email to student RA ▓▓▓▓ |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 08, 2023 11:34 pm | Dec 08, 2023 11:39 pm | Phone call with student research assistant ▓▓▓▓ |
| U.S. Pastor Council v. EEOC | 2.3 | Dec 08, 2023 09:20 pm | Dec 08, 2023 11:34 pm | Research, draft and edit application for attorneys' fees and supporting exhibits |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 08, 2023 03:21 pm | Dec 08, 2023 03:24 pm | Phone call with co-counsel Dusty Fillmore about fee application |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 08, 2023 03:05 pm | Dec 08, 2023 03:19 pm | Phone call with co-counsel Dusty Fillmore about fee application |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 08, 2023 12:01 pm | Dec 08, 2023 12:04 pm | Assemble and prepare timesheets for attorneys' fee application |
| U.S. Pastor Council v. EEOC | 0.1 | Dec 08, 2023 11:58 am | Dec 08, 2023 12:00 pm | Assemble and prepare timesheets for attorneys' fee application |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 08, 2023 11:21 am | Dec 08, 2023 11:37 am | Assemble and prepare timesheets for attorneys' fee application |
| U.S. Pastor Council v. EEOC | 0.2 | Dec 08, 2023 11:04 am | Dec 08, 2023 11:16 am | Assemble and prepare timesheets for attorneys' fee application |
| U.S. Pastor Council v. EEOC | 0.3 | Dec 08, 2023 02:21 am | Dec 08, 2023 02:37 am | Assemble and prepare timesheets for attorneys' fee application |
| | | | | |
| **Total Time** | 30.3 | | | |

# Exhibit D

## to Mitchell Declaration

**From:** notification@pay.gov
**Subject:** Pay.gov Payment Confirmation: TXND CM ECF
**Date:** October 6, 2018 at 2:24 PM
**To:** jonathan@mitchell.law



Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the U.S. District Court of Northern Texas at (214) 753-2240.

Application Name: TXND CM ECF
Pay.gov Tracking ID: 26CNQEVA
Agency Tracking ID: 0539-9499810
Transaction Type: Sale
Transaction Date: Oct 6, 2018 5:21:53 PM

Account Holder Name: Jonathan Mitchell
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************2519


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**From:** ecf_txnd@txnd.uscourts.gov
**Subject:** Activity in Case 4:18-cv-00824-O U.S. Pastor Council et al v. Equal Employment Opportunity Commission et al Notice of Appeal
**Date:** February 9, 2022 at 11:30 AM
**To:** Courtmail@txnd.uscourts.gov



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

**U.S. District Court**

**Northern District of Texas**

### Notice of Electronic Filing

The following transaction was entered by Mitchell, Jonathan on 2/9/2022 at 1:30 PM CST and filed on 2/9/2022

**Case Name:**       U.S. Pastor Council et al v. Equal Employment Opportunity Commission et al
**Case Number:**     4:18-cv-00824-O
**Filer:**           Bear Creek Bible Church
                     Braidwood Management Inc
**WARNING: CASE CLOSED on 12/14/2021**
**Document Number:** 137

**Docket Text:**
**NOTICE OF APPEAL as to [136] Judgment,,, to the Fifth Circuit by Bear Creek Bible Church, Braidwood Management Inc. Filing fee $505, receipt number 0539-12586942. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Mitchell, Jonathan)**

4:18-cv-00824-O Notice has been electronically mailed to:

Benjamin Thomas Takemoto    benjamin.takemoto@usdoj.gov

Brian Walters Stoltz-DOJ    brian.stoltz@usdoj.gov, CaseView.ECF@usdoj.gov, scott.hogan@usdoj.gov

Charles W Fillmore    chad@fillmorefirm.com, dusty@fillmorefirm.com, sprovost@fillmorefirm.com

Gene Patrick Hamilton    gene.hamilton@aflegal.org

H Dustin Fillmore , III    dusty@fillmorefirm.com, chad@fillmorefirm.com, sprovost@fillmorefirm.com

Jonathan F Mitchell    jonathan@mitchell.law

Joseph C Davis    jdavis@becketlaw.org

Luke Goodrich    lgoodrich@becketlaw.org, dcalandra@becketlaw.org, dverm@becketlaw.org, erassbach@becketlaw.org, lwindham@becketlaw.org, mrienzi@becketlaw.org, sbarclay@becketlaw.org, znovak@becketlaw.org

Michael Fraser Knapp    michael.f.knapp@usdoj.gov

4:18-cv-00824-O The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office

will only serve notice of court Orders and Judgments by mail as required by the federal rules.

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=2/9/2022] [FileNumber=13782625-0
] [da7e775104e160b9fcb75a8710b3b2f1b41622b20288f49e65dd8a1f305bb72f36d
362e1d7ef256bdbf31349599f68d8ccbb59a87e61ef8c08ebaa216f8e49bb]]

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District Texas

INVOICE 95

**MAKE CHECKS PAYABLE TO:**

Jonathan Mitchell
Mitchell Law, LLC
111 Congress Avenue, Suite 400
Austin, TX 78701
(512) 686-3940
jonathan@mitchell.law

Zoie M Williams, RMR, RDR, FCRR
US District Court
501 W. 10th Street, Room 310
Fort Worth, TX 76102-3673
(817) 850-6630
zwilliams.rmr@gmail.com
Tax ID: 87-1182030

| __ CRIMINAL   ✕ CIVIL | DATE ORDERED: 03-12-2022 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 4:18-CV-824, Bear Creek Bible v EEOC

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | 135 | 0.60 | 81.00 | 81.00 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 81.00 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 81.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/Zoie M. WIlliams | DATE: 03-12-2022 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# Cockle Legal Briefs

**Invoice**

2311 Douglas Street
Omaha, NE  68102
(800) 225-6964
(402) 342-4850 **FAX**
Website: cocklelegalbriefs.com
E-Mail:   contact@cocklelegalbriefs.com

Customer No.:   MITCHELLJON
Invoice No.:      50822

| Bill To: | **MITCHELL LAW PLLC** | Ship To: | **JONATHAN F MITCHELL** |
|---|---|---|---|
| | 111 CONGRESS AVE | | (512) 686-3940 |
| | STE 400 | | TG |
| | AUSTIN, TX  78701 | | |

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/10/22 | Priority Mail | Origin | Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 42956 | 10/10/22 | | 50858 |

| Quantity | | | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| Required | Shipped | B.O. | | | | |
| 1 | 1 | | LAW BRIEFS | NO 22-10145; BRAIDWOOD MGMT INC  ET AL v EEOC ET AL | 592.60 | 592.60 |
| | | | | 7 COPIES OF THE OPENING BRIEF | | |
| | | | | 7 COPIES OF THE REPLY BRIEF | | |
| | | | | 4 COPIES OF THE RECORD EXCERPTS | | |

| | | |
|---|---|---|
| Invoice subtotal | | 592.60 |
| Proofs & Postage | | 243.33 |
| Invoice total | | 835.93 |
| Less payments received | | 835.93 |
| Net balance due | | 0.00 |

Thank You    -    Federal Tax ID #47-0533063

Following are additional charges for items requiring extra services or quantities other than the standard or minimum order.

Overtime charges will be made when, in our estimation, we are not allowed sufficient time to complete your brief during our regular working hours. The charge for overtime is $50 per hour per person, in addition to the regular brief charge. Sundays and holidays - $75 per hour.

A charge of $50 per hour will be made for any alterations, repaging or extra work required by the customer.

An extra charge per page will be made for such things as difficult-to-read copy, copy in longhand, etc.

Pages "killed" (set up but discarded) by attorneys will be charged at $13 per page.

Footnotes are charged at 90¢ per line (extra). Tabular matter, or copy that might require greater time, effort or skill than needed for the average law brief, will be charged at $50 per hour (extra).

Reproduced exhibits are $31.90 per page. Larger exhibits that must be reproduced and folded in are $34.90 per page.

For a brief of over 70 pages, perfect binding (hot glue) will be required at an additional cost.

When an extra set of proofs is required, there will be an additional charge, depending on brief length.

Extra copies of the printed brief are charged at 10¢ per page, per copy up to 150 extra copies and 7¢ there-after.

Normally, if needed, we can send proofs (up to 35 pages) the same day, when your copy arrives in our office by 10:00 a.m. Central Time, with no overtime. Advance scheduling will save on *possible* additional costs.

We require a down payment of the estimated cost. Pro se cases require full payment in advance of printing.

---

**We print law briefs for you, the attorney. Therefore, you are responsible for payment. We do not extend terms of credit to your client.**

---

**The attorney has the responsibility for determining and meeting their brief's filing deadline.**

**\*United States Supreme Court Briefs** - $21.90 per page - 50 copies. Cover and index pages are charged as two pages each.

**Reproduced briefs or appendices** are done at $9.50 per page for 50 copies.

\* $2.00 savings per page (excluding cover and index which are charged as 2 pages each) when copy is sent in Word or WordPerfect format.

42956

**ITEMIZED CHARGES**

| Qty | Item | Amt. | Charge |
|---|---|---|---|
| 1 | Appellant's Brief Printing | 450.00 | 450.00 |
| 7 | Reply Brief Printing | 2.40 | 16.80 |
| 4 | Record Excerpts Printing | 11.20 | 44.80 |
| 20 | Tabs | 1.00 | 20.00 |
| 11 | Spiral Bind | 1.00 | 11.00 |
| 1 | Time to Bind Tabs | 50.00 | 50.00 |
| | **Total ITEMIZED CHARGES:** | | **592.60** |

**MAILING**

| Qty | Who | How Sent | Charge |
|---|---|---|---|
| 18 | Clerk | FedEx Priority | 243.33 |
| 0 | Service | | |
| 0 | Attorney | | |
| 0 | Courtesy | | |
| 0 | Return | 1st Class | |
| | | **Total Postage:** | **243.33** |
| | | **Total:** | **835.93** |
| | | Less Downpayment: | -835.93 |
| | | **Invoice Amount:** | **0.00** |

**From:** **Cockle Legal Briefs**  receipts+acct_1HZeRzKtqwi79d1n@stripe.com
**Subject:** Your Cockle Legal Briefs receipt [#1507-1732]
**Date:** October 10, 2022 at 11:29 AM
**To:** jonathan@mitchell.law



# Receipt from Cockle Legal Briefs

Receipt #1507-1732

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $835.93 | Oct 10, 2022, 1:29:01 PM | **VISA** – 7716 |

**SUMMARY**

| | |
|---|---|
| 42956 Mitchell Full Pay | $835.93 |
| **Amount charged** | **$835.93** |

If you have any questions, contact us at
**contact@cocklelegalbriefs.com** or call at **+1 800-225-6964**.

Something wrong with the email? **View it in your browser.**

You're receiving this email because you made a purchase at Cockle Legal Briefs, which partners with Stripe to provide invoicing and payment processing.

**From:** **American Airlines** no-reply@notify.email.aa.com
**Subject:** Your trip confirmation-XSVSAO 08APR
**Date:** April 6, 2019 at 2:52 PM
**To:** ██████████████████



                                                          

Hello Jonathan Mitchell!                                    Issued: Apr 6, 2019

# Your trip confirmation and receipt

## Record locator: **XSVSAO**

### You're booked in Basic Economy
Restrictions include:
- Seats assigned at check-in
- Not eligible for upgrades
- No flight changes or refunds
- Board in last group

Basic Economy rules»

<div style="border:1px solid #000; text-align:center; padding:10px;">Manage Your Trip</div>

---

## Monday, April 8, 2019

| SEA | | DFW | |
|---|---|---|---|
| **9:17** AM | → | **3:08** PM | Seats: -- |
| Seattle | | Dallas/Fort Worth | Class: Economy (B) |
| | | | Meals: Food For Purchase |

American Airlines 1644

Free entertainment with the American app »

---

## Tuesday, April 9, 2019

DFW $\rightarrow$ SEA

**7:42** PM                 **10:04** PM

Dallas/Fort Worth            Seattle

American Airlines 1318

Seats: --
Class: Economy (B)
Meals: Food For Purchase

---

## Jonathan Mitchell



Earn up to a $250 statement credit + 40,000 bonus miles after qualifying purchases
Learn More >>

AAdvantage # K7188V4

Ticket # 0012347130075

---

## Your trip receipt

 Visa XXXXXXXXXXXXX2519

### *Jonathan Mitchell*

| | |
|---|---|
| FARE-USD | $ 600.00 |
| TAXES AND CARRIER-IMPOSED FEES | $ 73.60 |
| TICKET TOTAL | $ 673.60 |

---


**Hotel offers**


**Car rental offers**


**Buy trip insurance**


**SuperShuttle**





[Contact us](#)  |  [Privacy policy](#)

Get the American Airlines app

    

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE - SEADFW-No free checked bags/ American Airlines BAG ALLOWANCE -DFWSEA-No free checked bags/ American Airlines 1STCHECKED BAG FEE-SEADFW-USD30.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-DFWSEA-USD30.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-SEADFW-USD40.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-DFWSEA-USD40.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

If you have purchased a NON-REFUNDABLE fare the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE.. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must **log in** on aa.com or **Contact Reservations** to cancel.  Once cancelled, your refund will be processed automatically.**Refund Policy>>**.

**Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.**

**SERVICE & SUPPORT ANIMAL REQUIREMENTS**

For travel on or after April 1, 2019, the policy for traveling with Emotional Support and Service animals has changed  Visit **Traveling with Service Animals** for more information.

        

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage.  Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire.  Carriage of prohibited items may result in fines or in certain cases imprisonment.  Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid,  Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s).  This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient.  If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message.   If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

NRID: 642962291125061451189100

**From:** **Hotwire Booking Confirmation** HotwireBookingConfirmation@e.Hotwire.com
**Subject:** Your stay in Fort Worth on 04/08 is confirmed
**Date:** April 7, 2019 at 12:50 PM
**To:** ████████████

HC

**Review your Hotwire itinerary**



# Everything is set for your stay at Sheraton Fort Worth Downtown Hotel

## Your Hotwire confirmation number is 6788509980

| Check-in | Check-out |
|----------|-----------|
| **Apr 8, 2019** | **Apr 9, 2019** |
| 3:00 PM | 12:00 PM |
| **+ Add nights before** | **+ Add nights after** |



**Sheraton Fort Worth Downtown Hotel**
1701 Commerce Street
Fort Worth, TX 76102
(817) 335-7000



Get your detailed itinerary online .


View my booking

 Add to calendar: **Gmail**      **Print/Download** confirmation      **Share** booking confirmation

## Add more to your trip



The more the merrier

**+Add a room**



Rule the road

**+Add a car to your trip**



The sky's the limit

**+Add a flight**

## Reservation details

| | |
|---|---|
| **Hotel confirmation #** | 93485907 |
| **Hotel phone #** | (817) 335-7000 |
| **Number of nights** | 1 night |
| **Check-in** | Apr 8, 2019 3:00 PM **+ Add nights before** |
| **Check-out** | Apr 9, 2019 12:00 PM **+ Add nights after** |
| **Room type** | 1 room(s)   **+ Add a room** |
| **Number of guests** | Adults: 1 |
| **Primary guest** | **Jonathan Mitchell** - must be present upon check-in |
| **Account email** | **jfmitchell@mac.com** |
| **Hotel amenities** | Pet friendly, Indoor pool(s), Smoke-free rooms, Fitness center, Pool(s), Restaurant(s), Business center, Internet access, Golf nearby, Accessible for visually impaired, Accessible for hearing impaired, Accessible path of travel, In-room accessibility, Accessible bathroom, Accessible parking, Roll-in shower |

## Price summary (USD)

| | |
|---|---|
| **Room price** | 77.00 (77.00 per night) |
| **Taxes and fees** | 20.33 |
| **Total (USD)** | **97.33** (Charged to Visa ending in ************2519 on Apr 7, 2019) |

## Payment summary

| | | | |
|---|---|---|---|
| **Customer name** | Jonathan Mitchell | **Phone number** | xxx-xxx-9276 |
| **Payment method** | Visa ending in 2519 | **Transaction date** | Apr 7, 2019 |

## Know before you go

| | |
|---|---|
| **Guest info** | Primary guest must be 21 and bring ID. |
| **Payment** | Hotels will require a credit card when you check-in; debit cards may not be accepted. You'll pay the hotel directly for additional charges, like room service. |
| **Cancellation** | Your booking is final and can't be refunded or changed. For details, view **Hotwire Travel Products Rules and Restrictions** . |
| **More info** | Rooms will sleep the number of guests, but bed types and sizes aren't guaranteed. |
| **Read more** | **Terms of Use, Privacy Policy, Hotwire's Travel Products Rules and Restrictions** |

## Need help?

**Chat** with an agent on our iOS app. **Click here** to download the app.

| | |
|---|---|
| **U.S./Canada** | 1-800-845-4026 (24/7, toll-free) |
| **International** | 1-417-520-1680 (fees may apply) |
| **Allianz Global Assistance** | 1-800-771-1281 (fees may apply) |
| **FAQ** | **Visit our help center** |
| **Itinerary #** | 6788509980 |

### Track your trip on the free app

 

### Connect with us

   

Subscription Management
You are receiving this message because your email address was provided for this Hotwire account. Only purchase and account-related messages will be sent to this address (unless you are opted in to receive our promotional mailings). You cannot unsubscribe from these messages. If you think you have received this message in error, please call us at the numbers listed above or contact us via postal mail at: Hotwire, PO Box 26285, San Francisco, CA 94126

Privacy Policy and Terms of Use

Hotwire is committed to protecting your privacy. For more information, view our **Privacy Policy**. By using the Hotwire site, you agree to our Terms of Use.

© 2019 Hotwire, Inc. All rights reserved. Hotwire, the Hotwire logo, and Hot Rate are either registered trademarks or trademarks of Hotwire, Inc. Other product and company names shown may be trademarks of their respective owners. CST 2053390-40; NST 20003-0209.

(NID: N-TXB-CON-H) (VID: V-TXB-CON-H) (HWID: 2142082201) (MD: 2019-04-07)

**From:** **Lyft Ride Receipt** no-reply@lyftmail.com
**Subject:** Your ride with Abdirahman on April 9
**Date:** April 10, 2019 at 11:29 PM
**To:** jonathan@mitchell.law







## Thanks for riding with Abdirahman!

April 9, 2019 at 10:47 PM

### Ride Details

| | |
|---|---|
| Lyft fare (40.46mi, 41m 23s) | $74.35 |
| VISA  Visa *2519 | **$74.35** |





● Pickup        10:47 PM
    Seattle-Tacoma Int'l Airport, Seatac, WA

● Drop-off      11:29 PM
    ████████████████████

Help Center

Receipt #1256581775036307388
We never share your address with your driver after a ride.
Learn more about our commitment to safety.
Map data © OpenStreetMap contributors

© Lyft 2019

548 Market St., P.O. Box 68514
San Francisco, CA 94104



Become a Driver



**From:** **Lyft Ride Receipt** no-reply@lyftmail.com
**Subject:** Your ride with Julie on April 8
**Date:** April 8, 2019 at 8:28 AM
**To:** jonathan@mitchell.law





## Thanks for riding with Julie!

April 8, 2019 at 5:36 AM

---

### Ride Details

Lyft fare (40.74mi, 45m 16s)                    $69.99

VISA Visa *2519                                 **$69.99**

● Pickup        5:36 AM
▬▬▬▬▬▬▬▬▬

● Drop-off      6:21 AM
Seattle-Tacoma Int'l Airport, Seatac, WA

---

Help Center

Receipt #1255944533786540898
We never share your address with your driver after a ride.
Learn more about our commitment to safety.
Map data © OpenStreetMap contributors

© Lyft 2019
548 Market St, PO Box 68514

  

548 Market St., P.O. Box 68514

San Francisco, CA 94104                                        Become a Driver

**From:** **Uber Receipts** uber.us@uber.com  📎
**Subject:** [Business] Your Monday afternoon trip with Uber
**Date:** April 8, 2019 at 4:00 PM
**To:** jonathan@mitchell.law



# Uber

Total: $36.86
Mon, Apr 08, 2019

# Thanks for riding, Jonathan

We hope you enjoyed your ride this afternoon.



# Total

# $36.86

🔸 You earned 73 points on this trip

| | |
|---|---|
| Trip Fare | $29.01 |
| Subtotal | $29.01 |
| Tolls, Surcharges, and Fees ❓ | $7.85 |

Amount Charged

 •••• 2519  Switch

$36.86

You rode with Steven

 

4.86 ★ Rating

Steven is known for:

Excellent Service

How was your ride?



When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX    24.79 mi | 38 min

■    03:20pm
     Terminal C @ Entry ‖ C21 - N -
     NS, Grapevine, TX

↓    03:58pm
     1701 Commerce St, Fort
     Worth, TX





Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: pqz9d

REPORT LOST ITEM  ›          CONTACT SUPPORT  ›

MY TRIPS  ›

FAQ

Forgot password


Uber Technologies

1455 Market St

San Francisco, CA 94103

Privacy

Terms

**From:** **Uber Receipts** uber.us@uber.com 📎
**Subject:** [Business] Your Tuesday afternoon trip with Uber
**Date:** April 9, 2019 at 4:48 PM
**To:** jonathan@mitchell.law



# Uber

Total: $35.63
Tue, Apr 09, 2019

# Thanks for riding, Jonathan

We hope you enjoyed your ride this afternoon.



# Total                                            $35.63

🔶 You earned 71 points on this trip

| | |
|---|---|
| Base Fare | $1.00 |
| Time | $5.43 |
| Distance | $20.86 |
| | |
| Subtotal | $27.29 |
| South Airport Entrance Surcharge ❓ | $2.00 |
| Wait Time ❓ | $0.49 |

| Booking Fee  | $2.85 |
| DFW Airport Surcharge | $3.00 |

Amount Charged

**VISA** ●●●● 2519  Switch          **$35.63**

You rode with Derek



4.77 ★ Rating

Derek is known for:

Excellent Service

How was your ride?



When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX   26.08 mi | 33 min

■   04:14pm

1209 Summit Ave, Fort Worth,
TX

04:48pm

United States, Texas, DFW
Airport,





## Invite your friends and family.

Get $5 off your next ride when you refer a friend to try
Uber. Share code: pqz9d

REPORT LOST ITEM   ›           CONTACT SUPPORT   ›

MY TRIPS  ❯

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

# Dilettante
## MOCHA CAFÉ

Order# 500061
Station# POS2
Server: Janessa C
Date: 4/8/19, 6:49 AM

Type:                          Pre Auth

Entry Method:                  Chip Read
Mode:                          Issuer
AID:                  A0000000031010
TVR:                     088G0...00
IAD:             0G010A0560A000
TSI:                        F800
ARC:                          00

Sausage Breakfast Sandwich
Bagel w/ Side                  $4.55
    Cream Cheese               +$0.00
Macaroon                       $3.50
Tall Mocha - 72                $4.70
    Decaf Espresso             +$0.00

Subtotal:                     $19.30
Total Tax:                     $1.93

Total:                        **$21.23**

Paid With: VISA           xxxx2519
Total:                        $21.23

Tip:          $_____

Total:        $_____

www.dilettante.com

# 200

**BUY ONE GET ONE FREE QUARTER POUNDER W/CHEESE OR EGG MCMUFFIN**

Go to www.mcdvoice.com within 7 days and tell us about your visit.

Validation Code:_____

Expires 30 days after receipt date.
Valid at participating US McDonald's.
Survey Code:
35425-02000-40919-18587-00127-8

McDonald's Restaurant #35425
DFW Terminal A-17
DALLAS, TX 75261
TEL# (972) 973-7312

KS# 2                    04/09/2019 06:58 PM
Side1                         Order 00

| | |
|---|---|
| 1 Side Salad | 2.51 |
|   1 Low Fat Bls Vin Drsg | |
| 1 L French Fries | 2.99 |
|   NO Salt | |
| 1 Dbl Qtr Cheese | 6.31 |
|   NO Slivered Onions | |

| | |
|---|---|
| Subtotal | 11.81 |
|   Tax | 0.97 |
| Take-Out Total | 12.78 |
| Cashless | 12.78 |
| Change | 0.00 |

MER# 253632
CARD ISSUER          ACCOUNT#
CAPITAL ONE VISA SALE ***********2519
TRANSACTION AMOUNT           12.78
CHIP READ
AUTHORIZATION CODE - 08184G
SEQ# 184024
AID: A0000000031010

McDonald's Restaurant

**From:** **American Airlines** no-reply@notify.email.aa.com
**Subject:** Your trip confirmation (PHL - DFW)
**Date:** August 20, 2021 at 4:51 PM
**To:** ███████████████████



 

Issued: August 20, 2021

# Your trip confirmation and receipt

## Record Locator: CYJSWP

We charged $118.40 to the card ending in 7716 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

Manage your trip

## Thursday, August 26, 2021

PHL                          DFW                  Seat:    16E
1:00 PM        →        3:28 PM            Class:   Economy  (N)
Philadelphia                 Dallas/Fort Worth    Meals:

**AA 410**

Free entertainment with the American app »

## Your payment

| Credit Card (Visa ending 7716) | $118.40 |
|---|---|
| **Total paid** | **$118.40** |

## Your purchase

**JONATHAN MITCHELL**
AAdvantage #: K7188V4

| New ticket | $118.40 |
|---|---|
| Ticket #: 0012196418671 | |
| [ $96.74 + Taxes and fees $21.66 ] | |

| **Total** | **$118.40** |
|---|---|

| **Total cost** (all passengers) | **$118.40** |
|---|---|

## Bag information

### Checked bags

| Online* | | Airport | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| $30.00 | $40.00 | $30.00 | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).


Book a hotel »


Book a car »


Buy trip insurance »


Things to do »









Contact us   |   Privacy policy

Get the American Airlines app




Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

NOTICE OF INCORPORATED TERMS OF CONTROL

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

**From:** **Hotels.com** confirmation@mail.hotels.com
**Subject:** Hotels.com reservation confirmation 9180646695326 - Hilton Fort Worth - Fort Worth
**Date:** August 20, 2021 at 4:59 PM
**To:** ███████████





 **Travel advisory**
Please be aware of any coronavirus (COVID-19) travel advisories and review updates from the World Health Organization (WHO).
Find out more

✓ Dear Jonathan, your booking is guaranteed.

 **Manage booking**     **View receipt**     **Book again**

 **Go paperless!** Download our app to access and manage this booking offline.    **Download for free**

**Hilton Fort Worth**

815 Main St
Fort Worth
76102
TX
US

+18178702100



**Need to make a change? Don't worry, it's quick and easy to amend or cancel your booking online. Manage your booking**

| | |
|---|---|
| **Hotels.com confirmation number** | 9180646695326 |
| **Check-in** | Thursday, August 26, 2021 (3:00 PM-noon local time) |
| **Check-out** | Friday, August 27, 2021 (Before noon local time) |
| **Your stay** | 1 night, 1 room |
| **Cancellation policy** | See details below in "Room details" |

| Cancellation policy | See details below in "Room details" |
|---|---|
| **Amount paid** | **$138.31** |
| **Total price** | **approx. $139.28** |
| | Including taxes and fees |

<div align="right">

See full payment details below

</div>



**You'll collect 1 stamp after your 1-night stay**

It will appear in your account on Monday, August 30, 2021

## Hotel Details

### Hilton Fort Worth

815 Main St, Fort Worth, 76102, TX, US
Phone: +18178702100



| Important notices | This property doesn't offer after-hours check-in. To make arrangements for check-in please contact the property at least 24 hours before arrival using the information on the booking confirmation. Guests must contact the property in advance for check-in instructions. Front desk staff will greet guests on arrival. This property offers only valet parking (surcharge). Self-parking is not available. |
|---|---|
| Required at check-in | ■ Credit card required for incidental charges<br>■ Government-issued photo ID may be required<br>■ Minimum check-in age is 21 |

**Room details**

## Room details

### Standard Room

| | |
|---|---|
| **Guests** | Jonathan Mitchell, 1 adult |
| **Preferences** | Non Smoking |
| | **Please note:** Preferences and requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges. |
| **Included with this room** |  **Free Wi-Fi**<br>Free Wi-Fi is available in this room |
| |  **Breakfast available (pay at the property)** |
| **Cancellation policy** | **Non-refundable reservation** |

- If you change or cancel your booking you will not get a refund or credit to use for a future stay. This policy will apply regardless of COVID-19, subject to any local consumer laws.

# Payment details

| | | |
|---|---|---|
| **Standard Room** | **Thursday**, August 26, 2021 | $100.60 |
| Taxes & fees [1] | | $37.71 |
| **Amount paid** | | **$138.31** |
| **Total price** | | **approx. $139.28**<br>Including taxes and fees |

1 Taxes and fees are tax recovery charges paid to the hotel for its tax obligations. The fees are service charges that we keep as additional compensation for servicing your travel booking. Please see Terms and Conditions.

### Fees due at the property

You'll be asked to pay the following charges at the property:

- Deposit: USD 50.00 per night
- 0.7 percent destination fee will be charged

We have included all charges provided to us by the property.

 **Thank you for paying using your Visa ending in 7716. Your booking is guaranteed.**

You'll need to pay any additional charges and fees incurred during your stay at the hotel in their local currency.

The hotel will ask you to pay a hotel-imposed fee of $0.97 when you check in or check out.

**Your contact details**      jfmitchell@mac.com, 7033149276

# Got a question?

If you've already checked in or have questions related to the property, contact Hilton Fort Worth at +18178702100

For other questions, check out our FAQs, or call our Hotels.com® Rewards Priority Customer Service team:

**United States**:
Exclusive members-only number to speak with specially-trained Hotels.com Rewards customer service agents or email silverhr@chat.hotels.com.
800-997-9138 Toll Free and 817-983-0664 (charges may apply)

You'll need your **Hotels.com Confirmation Number 9180646695326.**
Your Hotels.com® Rewards membership number is 11371727.

# We will find you a rental car that suits your travel needs.

Aug 26 - Aug 27      Edit search

## Car Hire at Fort Worth



           

 If you've got time we'd like to ask you 2 questions about your booking.

 Sign up to our newsletter for the latest deals, coupons and special offers

View our Terms & Conditions and Privacy Policy that apply to your booking. Please print a copy to keep for future reference.

©2002-2021 Hotels.com L.P. All rights reserved. 5400 LBJ Freeway, Suite 500, Dallas, Texas 75240, USA.

Hotels.com and Hotels.com logo are registered trademarks or trademarks of Hotels.com, L.P. Other product and company names mentioned herein may be the trademarks of their respective owners.

**From:** **American Airlines** no-reply@notify.email.aa.com
**Subject:** Your trip confirmation (DFW - SEA)
**Date:** August 20, 2021 at 5:09 PM
**To:** ███████████████████







Issued: August 20, 2021

## Your trip confirmation and receipt

### Record Locator: UXIKWZ

We charged $285.40 to the card ending in 7716 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

<div style="border:1px solid blue; text-align:center">

**Manage your trip**

</div>

### Friday, August 27, 2021

| DFW | | SEA | Seat: | 16B |
|-----|---|-----|-------|-----|
| **5:02** PM | → | **7:26** PM | Class: | Economy  (L) |
| Dallas/Fort Worth | | Seattle | Meals: | |

**AA 2009**

Free entertainment with the American app »

## Your payment

Credit Card (Visa ending 7716)                                                      $285.40

**Total paid**                                                                       **$285.40**

## Your purchase

**JONATHAN MITCHELL**
AAdvantage #: K7188V4

New ticket                                                                           $285.40
Ticket #: 0012196424137
[ $252.09 + Taxes and fees $33.31 ]

**Total**                                                                            **$285.40**

**Total cost** (all passengers)                                                      **$285.40**

## Bag information

### Checked bags

| **Online*** | | **Airport** | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| $30.00 | $40.00 | $30.00 | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

## Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).


Book a hotel »


Book a car »


Buy trip insurance »


Things to do »









Contact us    |    Privacy policy

Get the American Airlines app





Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

**From:** no-reply@viasat.com
**Subject:** Viasat In-Flight Wi-Fi Service Payment Confirmation
**Date:** August 27, 2021 at 5:20 PM
**To:** jonathan@mitchell.law



Thank you for purchasing a Wi-Fi session from Viasat. Your purchase information is below. If you have any questions about your order, please contact Passenger Care at https://inflight.viasat.com or call 1 (888) 649-6711.

===
Order Identifier: a0O3k00000dYXC2EAO


Purchase Date: 2021-08-27 22:20:46
Airline: American Airlines
Flight Date: 2021-08-27
Flight Number: AAL2009
Description: Flight pass
Payment Method: Visa
Total Purchase: $18.00

===
Viasat Inc.
6155 El Camino Real
Carlsbad, CA 92009
USA

===
Viasat: https://www.viasat.com
Legal and Privacy: https://www.viasat.com/legal

===
Additional Information
If you have questions about the Inflight Wi-Fi service or want to give feedback, please visit https://inflight.viasat.com.

**From:** no-reply@viasat.com
**Subject:** Viasat In-Flight Wi-Fi Service Payment Confirmation
**Date:** August 26, 2021 at 1:28 PM
**To:** jonathan@mitchell.law



Thank you for purchasing a Wi-Fi session from Viasat. Your purchase information is below. If you have any questions about your order, please contact Passenger Care at https://inflight.viasat.com or call 1 (888) 649-6711.

===
Order Identifier: a0O3k00000dY1QvEAK


Purchase Date: 2021-08-26 17:28:15
Airline: American Airlines
Flight Date: 2021-08-26
Flight Number: AAL410
Description: Flight Pass
Payment Method: Visa
Total Purchase: $19.00

===
Viasat Inc.
6155 El Camino Real
Carlsbad, CA 92009
USA


===
Viasat: https://www.viasat.com
Legal and Privacy: https://www.viasat.com/legal

===
Additional Information
If you have questions about the Inflight Wi-Fi service or want to give feedback, please visit https://inflight.viasat.com.

**From: Lyft Receipts** no-reply@lyftmail.com
**Subject:** Your ride with Nawid on August 26
**Date:** August 27, 2021 at 12:28 PM
**To:** jonathan@mitchell.law





**AUGUST 26, 2021 AT 3:20 PM**

# Thanks for riding with Nawid!



| | |
|---|---|
| Lyft fare (25.02mi, 37m 24s) | $35.36 |
| Texas Surcharge | $0.91 |

VISA  Visa *7900 **$36.27**





● **Pickup** 3:20 PM

Terminal A, Grapevine, TX, US

● **Drop-off** 3:57 PM

108 W 8th St, Fort Worth, TX



**TIP DRIVER**

**FIND LOST ITEM**

**REQUEST REVIEW**

**Help Center**

Receipt #1579280491331070654

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© OpenStreetMap

© 2021 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 – P

Work at Lyft
Become a Driver

**From:** Lyft Receipts no-reply@lyftmail.com
**Subject:** Your ride with Yahye on August 27
**Date:** August 28, 2021 at 8:41 PM
**To:** jonathan@mitchell.law





**AUGUST 27, 2021 AT 7:56 PM**

# Thanks for riding with Yahye!



Lyft fare (40.58mi, 44m 43s)                    $81.99

---

**VISA**   Visa *7900                          **$81.99**





● **Pickup** 7:56 PM
Seattle-Tacoma Airport Arrivals, SeaTac, WA, US

● **Drop-off** 8:41 PM
███████████████████████



TIP DRIVER

FIND LOST ITEM

REQUEST REVIEW

To protect against unauthorized behavior, you may see an authorization hold on your bank statement. This is to verify your payment method and will not be charged.

**Help Center**

Receipt #1579754654680828610

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© OpenStreetMap

© 2021 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104

CHICK-FIL-A #00
Philadelphia International
Airport
Philadelphia, PA

1071 Joshua S
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Chk 2561          JOHNATHAN          Gst  0
              Aug26'21 12:14PM
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Dine In
1 CFA Sandwich                      4.72
1 Fruit Cup                         4.02
1 Fudge Brownie                     2.19
AT02662B XXX6701
Discover                           11.80

Subtotal                           10.93
Tax                                 0.87
Payment                            11.80
- - - - - - - - - - -1071 Check Closed- - - - - - - - - - - - -
- - - - - - - - - - - -Aug26'21 12:16PM- - - - - - - - - - - - -

We would love to hear from you
regarding your experience today.
Your valuable feedback is
crucial in our strive to
constantly provide great guest
service and assist us in
recognizing our associates who
provide First Class Service.
Please visit
MyFoodFeedback.smg.com
You will need to provide
specific information from
this receipt.
SURVEY CODE:
4252 8261 1000 6860 2101

# * COOPER'S BBQ *
817-626-6464
301 Stockyards Blvd.
Fort Worth, TX  76164

```
TABLE#        0
SERVER       318/MGR C
CHECK#        459
****** TRANSACTION RECORD ******
Tran. : 31408    Table : 0
Check : 459      Employee :318
Trace : 224681
```

Pre-Auth Purchase
Discover          xxxxxxxxxxxx6701
APPROVED                 Chip Read

Amount            USD $97.79

I agree to pay the above total
amount according to the card
issuer agreement


X_____
Cardholder Signature

```
RRN: 000000113144 C
Auth. :02685B    Mode: Issuer
1/COPB02CC01     00 (001)
08/26/2021          6:01:50 PM
```

```
AID: A0000001523010
App Name: Discover Credit
TVR: 0000008000
IAD:
 0105608003000000000000000000000
TSI: E800         ARC: 00
```

Customer Copy

**From:** **Alaska Airlines** service@ifly.alaskaair.com
**Subject:** Your confirmation receipt: FZXWBZ for your flight to New Orleans on 2/6/23.
**Date:** January 10, 2023 at 7:28 AM
**To:** ███████████



 

# Jonathan,
# you're all set.

We can't wait to see you on board. Before you fly, view full reservation details or make changes to your flight online.

MANAGE TRIP

Confirmation code:

## FZXWBZ

**Alaska**

Flight 568

Boeing 737-9 MAX

(ETOPS)

**Traveler(s)**
Jonathan Mitchell
Seat: , Class: X (Coach)

| | | |
|---|---|---|
| **Mon, Feb 06** | | **Mon, Feb 06** |
| **09:25 AM** | | **03:57 PM** |
| **SEA** | ✈ | **MSY** |
| Seattle | | New Orleans |

**Summary of airfare charges**

Jonathan Mitchell
*Mileage Plan MVP # *****9900*
Ticket 0272322526049

| | |
|---|---|
| Base fare and surcharges | $161.95 |
| Taxes and other fees | $27.05 |
| Per-person total | $189.00 |
| **Total charges for air travel** | **$189.00** |

View all taxes, fees and charges.

Nonrefundable fare of $189.00 to be charged to the Visa card with number ************7716 held by Jonathan F Mitchell on Jan 10, 2023.

**Saver fare restrictions**

This is a Saver fare reservation. It is not eligible for refund or credit beyond the first 24 hours after booking. Saver tickets purchased within 24 hours of scheduled departure are not eligible for refunds or cancellations.

In most cases Saver seats are assigned at the gate on a space-available basis, and parties of two or more might not be seated together.

**Trip insurance by Allianz Global Assistance**

Purchase travel insurance benefits and travel assistance services for your trip from Allianz Global Assistance. Learn more.

## An app-solute must-have

Major crowds are causing long lines at the Seattle airport. Please use the Alaska app to check in, pay for bags and get your digital boarding pass BEFORE arriving at the airport.

GET THE APP

# Before you fly

**Baggage**

Carry-on baggage: On Alaska Airlines flights, each traveler is limited to one carry-on bag plus one personal item. See our carry-on baggage page for the latest policies and size information.

Checked baggage: Alaska Airlines rules and fees apply for this itinerary. See the checked baggage page for details and exceptions.

Alaska Airlines baggage service guarantee: Get your bag in 20 minutes or less, guaranteed.

The federal government has specific restrictions about hazardous materials in carry-on and checked baggage. Failure to declare hazardous materials may result in civil and criminal penalties. For more information, visit the FAA website.

**Check-in and digital boarding pass**

Save time by using the Alaska Airlines mobile app to check in for your flight and access your digital boarding pass 1-24 hours prior to departure. You can also check in on our website, at select airport kiosks or at the ticket counter.

For more information about minimum check-in times, required identification, international travel and traveling with minors, please visit our website.

**Use the Alaska app to stay informed about your flight**

Download the app and enable notifications to find out about any flight changes. You can also sign up for text or email notifications.

**Sign up for email deals**

Our email deals feature exclusive fare sales, discount code and web specials tailored to your preferences, as well as Alaska Airlines Mileage Plan™ offers and news. Sign up.

# What to expect on board

**Inflight service**

We've equipped almost all of our fleet with inflight Wi-Fi so you can surf the web or stay productive in flight. For more information, please see our onboard guide.

Visit our website for the most up-to-date information on inflight food and beverage services and what to expect.

**Service requests**

Alaska Airlines provides a meet-and-assist service for travelers who need assistance through the airport. Request this service online or over the phone.

Additional services can be requested online or over the phone. More info.

**View full details about your flight reservation and fare.**
Alaska Airlines reservations: 1-800-ALASKAAIR (1-800-252-7522)

Do you have a redress number? If so, and you did not provide it when you made your reservation, please visit www.alaskaair.com or call reservations. To learn more about redress numbers go to dhs.gov/trip.

Book | My account | Preferences | Contact us | oneworld®



Please review important information about your consumer rights and our limitations of liability. You may also wish to review the contract of carriage applicable to your trip.

Reference number TL04358685. Requested at 1/10/23 12:28 PM.

This email was sent to jfmitchell@mac.com.

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900.
© 2023 Alaska Airlines. All rights reserved.

View our privacy notice or contact us.



**From:** **Hotels.com** confirmation@mail.hotels.com
**Subject:** Hotels.com travel confirmation - Feb 6 - (Itinerary # 72467763024888)
**Date:** January 10, 2023 at 7:36 AM
**To:** ▇▇▇▇▇▇▇▇



# Thanks!

## Your reservation is confirmed. No need to call to reconfirm.

**Lafayette Hotel, New Orleans**

Feb 6, 2023 - Feb 7, 2023

See your itinerary

**Download to your phone**

## Hotel overview

**Lafayette Hotel**

600 Saint Charles Ave, New Orleans, LA, 70130 United States of America

Manage your booking        View hotel
Map and directions

**Reservation dates**
Feb 6, 2023 - Feb 7, 2023

**Itinerary #**
72467763024888

Learn about the cleaning and safety practices before your trip begins.

## Check-in and Check-out

## Check-in and Check-out

**Check-in time**
4 PM

**Check-out time**
11 AM

**Check-in policies**
Check-in time starts at 4 PM
Check-in time ends at midnight
Minimum check-in age is: 18
If a late check-in is planned, contact this property directly for their late check-in policy.

**Special instructions**
Front desk staff will greet guests on arrival.

---

# Room

**Guests**
Reserved for Jonathan Mitchell
1 adult

**Room**
Deluxe Room, 1 King Bed

**Room requests**
1 King Bed
Non-smoking room

---

# Price summary                    **See your rewards activity**

**Price breakdown**
Room price: $185.02
1 night: $158.36
Taxes & fees: $26.66

**Total: $185.02**
Collected by Hotels.com

Unless specified otherwise, rates are quoted in US dollars.

## Additional hotel fees

The below fees and deposits only apply if they are not included in your selected room rate.

You'll be asked to pay the following charges at the property:
- Deposit: USD 50 per stay

We have included all charges provided to us by the property.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

## Rules and restrictions

### Cancellations and changes

We understand that sometimes plans fall through. We do not charge a cancel or change fee. When the property charges such fees in accordance with its own policies, the cost will be passed on to you. Lafayette Hotel charges the following cancellation and change fees.

Free cancellation until February 3 at 11:59 PM (Central Standard Time (US & Canada))

Cancellations or changes made after 11:59pm (property local time) on Feb 3, 2023 or no-shows are subject to a property fee equal to 100% of the total amount paid for the reservation.

### Pricing and Payment

### Hotel fees

The price DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

### Pricing

Your credit card is charged the total cost at time of purchase. Prices and room/unit availability are not guaranteed until full payment is received.

room/unit availability are not guaranteed until full payment is received.

Some properties request that we wait to submit guest names until 7 days prior to check in. In such a case, your room/unit is reserved, but your name is not yet on file with the property.

**Guest Charges and Room Capacity**
Base rate is for 1 guest.

Total maximum number of guests per room/unit is 3.

Maximum number of adults per room/unit is 2.

Maximum number of children per room/unit is 2.

Maximum number of infants per room/unit is 2.

This property considers guests aged 13 and under, at time of travel, to be children.

Availability of accommodation in the same property for extra guests is not guaranteed.

The fee for extra adults is $20.00 per person.

---

## Need to cancel or make a change to your trip?

Don't worry, it's quick and easy to manage your booking online.

---

## We're here to help

For special requests and questions about your reserved room or the property, contact Lafayette Hotel.

Tel: 1 (855) 236-9329, Fax: 1 (504) 523-7327

---

Itinerary #72467763024888

Hotels.com customer support

Get support anytime on the Hotels.com app with 24/7 access to our virtual agent.

---

Please do not reply to this message. This email was sent from a notification-only email address that cannot accept incoming email.

You are viewing this transactional email based on a recent booking or account-related update on Hotels.com.

View our Terms of Service and Privacy Statement that apply to your booking. Please print a copy to keep for future reference.

© 2002-2023 Hotels.com L.P. All rights reserved. 5400 LBJ Freeway, Suite 500, Dallas, Texas 75240, USA. Hotels.com and Hotels.com logo are registered trademarks or trademarks of Hotels.com, L.P. Other product and company names mentioned herein may be the trademarks of their respective owners.

**From:** **Alaska Airlines** service@ifly.alaskaair.com
**Subject:** Your confirmation receipt: FAFTNZ for your flight to Seattle on 2/7/23.
**Date:** February 2, 2023 at 12:42 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮







# Jonathan,
# you're all set.

We can't wait to see you on board. Before you fly, view full reservation details or make changes to your flight online.

MANAGE TRIP

Confirmation code:

# FAFTNZ

**Alaska**

Flight 569
Boeing 737-900

(Winglets)

**Traveler(s)**
Jonathan Mitchell
Seat: , Class: L (Coach)

| | | |
|---|---|---|
| **Tue, Feb 07**<br>**05:05 PM** | ✈ | **Tue, Feb 07**<br>**08:30 PM** |
| # MSY | | # SEA |
| New Orleans | | Seattle |

**Summary of airfare charges**

Jonathan Mitchell
*Mileage Plan MVP # *****9900*
Ticket 0272324807105

| | |
|---|---|
| Base fare and surcharges | $329.30 |
| Taxes and other fees | $39.60 |
| Per-person total | $368.90 |

| | |
|---|---|
| **Total charges for air travel** | **$368.90** |

View all taxes, fees and charges.

Nonrefundable fare of $368.90 to be charged to the Visa card with number ************7716 held by Jonathan F Mitchell on Feb 2, 2023.

**Trip insurance by Allianz Global Assistance**

Purchase travel insurance benefits and travel assistance services for your trip from [Allianz Global Assistance](). [Learn more]().

# Before you fly

**Baggage**

Carry-on baggage: On Alaska Airlines flights, each traveler is limited to one carry-on bag plus one personal item. See our [carry-on baggage]() page for the latest policies and size information.

Checked baggage: Alaska Airlines rules and fees apply for this itinerary. See the [checked baggage]() page for details and exceptions.

Alaska Airlines baggage service guarantee: Get your bag in 20 minutes or less, [guaranteed]().

The federal government has specific restrictions about hazardous materials in carry-on and checked baggage. Failure to declare hazardous materials may result in civil and criminal penalties. For more information, visit [the FAA website]().

**Check-in and digital boarding pass**

Save time by using the [Alaska Airlines mobile app]() to check in for your flight and access your digital boarding pass 1-24 hours prior to departure. You can also check in on [our website](), at select airport kiosks or at the ticket counter.

For more information about minimum check-in times, required identification, international travel and traveling with minors, please [visit our website]().

**Sign up for email deals**

Our email deals feature exclusive fare sales, discount code and web specials tailored to your preferences, as well as Alaska Airlines Mileage Plan™ offers and news. Sign up.

# What to expect on board

**Inflight service**

We've equipped almost all of our fleet with inflight Wi-Fi so you can surf the web or stay productive in flight. For more information, please see our onboard guide.

Visit our website for the most up-to-date information on inflight food and beverage services and what to expect.

**Service requests**

Alaska Airlines provides a meet-and-assist service for travelers who need assistance through the airport. Request this service online or over the phone.

Additional services can be requested online or over the phone. More info.

**View full details about your flight reservation and fare.**
Alaska Airlines reservations: 1-800-ALASKAAIR (1-800-252-7522)

Do you have a redress number? If so, and you did not provide it when you made your reservation, please visit www.alaskaair.com or call reservations. To learn more about redress numbers go to dhs.gov/trip.

Book  |  My account  |  Preferences  |  Contact us  |  oneworld®

 

Please review important information about your <u>consumer rights and our limitations of liability</u>. You may also wish to review the <u>contract of carriage</u> applicable to your trip.

Reference number TL04358685. Requested at 2/2/23 17:42 PM.

This email was sent to jfmitchell@mac.com.

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900.
© 2023 Alaska Airlines. All rights reserved.

View our <u>privacy notice</u> or underline{contact us}.



New Orleans CBD
419 Carondelet St.
New Orleans, LA 70112
504-302-7482

Server: Daytime P                        02/07/2023
Check: 2006                               11:22 AM
Dine-In:

| Item | Price |
| --- | --- |
| Falafel Bowl | $10.95 |
| Spanakopita | $3.25 |
| Baklava | $3.55 |
| Feta | $0.55 |
| Subtotal | $18.30 |
| Sales Tax | $1.73 |
| **Total** | **$20.03** |
| Visa Tendered | $20.03 |

The Simple Greek



1590853389081

Thank you for supporting The Simple Greek!

Card Type:                                Credit
Card Number:                    ***********6310
Reference:                            8721968
Authorization:                        25363

**From:** **Uber Receipts** noreply@uber.com
**Subject:** [Personal] Your Monday evening order with Uber Eats
**Date:** February 6, 2023 at 6:44 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮



# Uber Eats

Total **$25.08**
February 6, 2023

# Thanks for tipping, Jonathan

Here's your updated receipt for Felipe's Mexican Taqueria (French Quarter).





# Total                    $25.08

  To view your full receipt go to Uber Eats, or download this PDF

## Payments

 **PayPal - jfmitchell@mac.com**          $21.26
2/6/23 5:44 PM

 **PayPal - jfmitchell@mac.com**          $3.82

2/6/23 6:44 PM

A temporary hold of $25.08 was placed on your payment method PayPal - jfmitchell@mac.com. This is not a charge and will be removed. It should disappear from your bank statement shortly. Learn More

Trip ID: a9115d58-e2c7-5025-875e-c735de333d4e

**Switch Payment Method >**

# You ordered from Felipe's Mexican Taqueria (French Quarter)

## Delivered to

600 St. Charles Ave, New Orleans, LA 70130, US

**Delivered by ferel**

**Contact support    ❯**                    **My orders    ❯**

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street

**From:** **Beecher's Handmade Cheese - SeaTac** no-reply@toasttab.com
**Subject:** Receipt for Order #240 at Beecher's Handmade Cheese - SeaTac
**Date:** February 6, 2023 at 9:41 AM
**To:** ████████████



Thank you for your order. Below is a receipt for your recent visit to Beecher's Handmade Cheese.
[trouble viewing this email?](#)



Beecher's Handmade Cheese
17801 International Boulevard
SeaTac, WA 98158
(206)209-5190

Server: J'mie G
Check #240                                      Jonathon
Ordered:                                  2/6/23 7:41 AM

| | |
|---|---|
| "World's Best" Mac & Cheese Large | $13.89 |
| 2 Demi Baguette | $3.90 |
| Mocha 16oz | $6.45 |
| | |
| Subtotal | $24.24 |
| Tax | $2.45 |
| **Total** | **$26.69** |

| | |
|---|---|
| Input Type | C (EMV Chip Read) |
| VISA CREDIT | xxxxxxxx6310 |
| | |
| Transaction Type | Sale |
| Authorization | Approved |
| Approval Code | 59877C |
| Payment ID | C9HpmLKC9xmk |
| Application ID | A0000000031010 |
| Application Label | VISA CREDIT |
| Terminal ID | 482663f628b6c327 |
| Card Reader | BBPOS |

VISA CARDHOLDER

Look for even more Beecher's
deliciousness at your local
retailer!
Learn more at beecherscheese.com

powered by Toast
© Toast, Inc. 2023. All Rights Reserved.
Privacy Statement | Terms of Service

**From:** **Lyft Receipts** no-reply@lyftmail.com
**Subject:** Your ride with Reinaldo on February 7
**Date:** February 7, 2023 at 8:03 PM
**To:** ████████████





**FEBRUARY 7, 2023 AT 12:09 PM**

# Thanks for riding with Reinaldo!

| | |
|---|---|
| Lyft fare (14.79mi, 19m 34s) | $36.63 |
| Louisiana State Fee | $0.36 |

 Visa *7900 **$36.99**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on February 7, 2023. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.





● **Pickup** <span style="color:gray">12:09 PM</span>

800 Perdido St, New Orleans, LA

● **Drop–off** <span style="color:gray">12:28 PM</span>

1 Terminal Dr, Kenner, LA

**Tip driver**

**Find lost item**

**Request review**

**Help Center**

Receipt #1775922840691148238

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© OpenStreetMap

© 2023 Lyft, Inc.

**548 Market St., P.O. Box 68514**
**San Francisco, CA 94104**
**CPUC ID No. TCP0032513 – P**

Work at Lyft
Become a Driver

**From:** **Lyft Receipts** no-reply@lyftmail.com
**Subject:** Your ride with Rex on February 6
**Date:** February 6, 2023 at 5:25 PM
**To:** ▮▮▮▮▮▮▮▮▮





**FEBRUARY 6, 2023 AT 4:18 PM**

# Thanks for riding with Rex!

| | |
|---|---|
| Lyft fare (15.39mi, 37m 7s) | $42.61 |
| Louisiana State Fee | $0.38 |

**VISA**  Visa *7900                                    **$42.99**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on February 6, 2023. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.





**Pickup** 4:18 PM

1 Terminal Dr Kenner, LA

**Drop-off** 4:55 PM

628 St Charles Ave, New Orleans, LA

**Tip driver**

**Find lost item**

**Request review**

**Help Center**

Receipt #1775613709719116372

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© OpenStreetMap

© 2023 Lyft, Inc.

**548 Market St., P.O. Box 68514**
**San Francisco, CA 94104**
**CPUC ID No. TCP0032513 – P**

Work at Lyft
Become a Driver

**From:** **Lyft Receipts** no-reply@lyftmail.com
**Subject:** Your ride with Andargachew on February 6
**Date:** February 6, 2023 at 10:05 AM
**To:** ██████████████





**FEBRUARY 6, 2023 AT 6:26 AM**

# Thanks for riding with Andargachew!

Lyft fare (39.98mi, 59m 22s)                                    $104.99

**VISA**   Visa *7900                                          **$104.99**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on February 6, 2023. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.





● **Pickup**  6:26 AM

███████████████████████

● **Drop-off**  7:25 AM
17801 International Blvd Seatac, WA

**Tip driver**

**Find lost item**

**Request review**

**Help Center**

Receipt #1775492525076880762

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© OpenStreetMap

© 2023 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104

San Francisco, CA 94104
CPUC ID No. TCP0032513 – P

Work at Lyft
Become a Driver

**From:** **Lyft Receipts** no-reply@lyftmail.com
**Subject:** Your ride with Kyaw on February 7
**Date:** February 8, 2023 at 9:40 AM
**To:** ▆▆▆▆▆▆▆▆▆





**FEBRUARY 7, 2023 AT 8:12 PM**

# Thanks for riding with Kyaw!

| | |
|---|---|
| Lyft fare (40.70mi, 42m) | $98.99 |
| Tip | $50.00 |

**VISA** Visa *7900 | **$148.99**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on February 7, 2023. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.





● **Pickup**  8:12 PM
22 Air Cargo Rd, Seatac, WA

● **Drop-off**  8:54 PM
████████████████████████

**Tip driver**

**Find lost item**

**Request review**

**Help Center**

Receipt #1776077789478978468

We never share your address with your driver after a ride.
<u>Learn more</u> about our commitment to safety.

<u>© OpenStreetMap</u>

© 2023 Lyft, Inc.

**548 Market St., P.O. Box 68514**
**San Francisco, CA 94104**
**CPUC ID No. TCP0032513 – P**

Work at Lyft
Become a Driver

# Exhibit E

**to Mitchell Declaration**

**THIS IS MEMBER-EXCLUSIVE CONTENT**

NEWSPOLITICS

# High-dollar lawyers aim to prove Texas in 'substantial compliance' to serve foster kids

Private attorneys hired to represent the state are indicating an aggressive defense ahead of this month's hearing.



Texas is paying a Dallas lawyer more than $1,300 an hour to aggressively try to extricate the state from a costly, embarrassing lawsuit over how it treats foster children. And the attorney, Allyson N. Ho, appears to be swinging for the fences to prove that the state has achieved "substantial compliance" in improvements to serve those kids. 2017 file photo shows homes painted by children staying at Austin-based foster care facility Helping Hand Home. (Rose Baca / Staff Photographer)

By Robert T. Garrett
2:44 PM on Jun 14, 2023 CDT
LISTEN

AUSTIN — Texas is paying a Dallas lawyer more than $1,300 an hour to aggressively try to extricate the state from a costly, embarrassing lawsuit over how it treats foster children.

And the attorney, Allyson N. Ho, appears to be swinging for the fences to prove that the state has achieved "substantial compliance" in improvements to serve those kids.

In a filing late Tuesday, Ho announced she and her colleagues from the international law firm Gibson Dunn & Crutcher may call as many as 14 state protective-services and child-care regulatory officials as witnesses at a hearing this month.

Ho intends to show then that enough progress has been made to meet U.S. District Judge Janis Graham Jack's remedial orders, she wrote.

"Defendants intend to call these witnesses to assist with demonstrating Defendants' substantial compliance with the Remedial Orders and carrying out their responsibility of safeguarding the children in their care," she said.

Ho could not be reached for comment.

Spokesmen for Gov. Greg Abbott did not respond to a request for comment on why he's hired outside lawyers and whether he wants more robust challenges to Jack's handling of the case.

Lead plaintiffs' lawyer Paul Yetter said Wednesday that he finds the state's new posture discouraging.

"It's gone back to fighting and not fixing," Yetter said in a written statement.

The class-action suit was filed in March 2011 by New York-based Children's Rights, a nonprofit advocacy group, which recruited law firms Yetter Coleman of Houston and Haynes and Boone of Dallas as in-state, pro bono counsel.

In late 2015, Jack found that Texas runs an unsafe long-term foster care system. Children abused or neglected by their birth families emerge from it in worse shape than when they entered, Jack said.

In early April, Abbott's office hired Gibson Dunn. The three-term Republican governor ended the practice of having separate sets of lawyers in Attorney

General Ken Paxton's office represent himself, the Department of Family and Protective Services, and the Health and Human Services Commission.

In Abbott's original April 6 contract with Gibson Dunn, which appeared to be signed by his chief of staff Gardner Pate, the parties set a $1 million cap on attorney fees and costs through Aug. 31. But on May 22, Abbott's office said in a revised contract that it "continues to require the assistance of outside legal counsel," according to copies of the contracts and related correspondence *The Dallas Morning News* obtained through the state's open-records law.

The cap is apparently lifted because on Friday, Abbott signed a "supplemental" or emergency spending bill that gives his office $6 million to pay lawyers to represent the state in the foster-care suit.

## 'Texas no longer is trying'

Yetter, the plaintiffs' lawyer, added the two figures together and said the governor has a $7 million legal war chest. It's not clear whether Abbott has authority to spend more than $6 million.

"It's a sad day for children when the state decides to spend $7 million on new lawyers instead of safe homes, improved training and better care," Yetter said. "Fixing a broken system is not easy. This looks like the state of Texas no longer is trying."

In recent "motions for clarification," Ho, who is co-chair of Gibson Dunn's appellate and constitutional law practice group, questioned what she described as the judge's imprecise instructions on how the state should challenge her monitors' invoices to the state.

In nearly 3½ years of court monitoring, Deborah Fowler of Austin-based Texas Appleseed, Kevin Ryan of New Jersey-based Public Catalyst and their staff members have rung up about $46 million in billings, according to the protective-services department.

Ho said she had questions about, though she wasn't necessarily challenging, what appears to be a $79,027 bill for the time of 41 people on the monitors' staffs to virtually attend Jack's April 12 status conference in the case.

The costs to state taxpayers of the monitors and plaintiffs' lawyers, who've been awarded millions in fees, have been exorbitant, House Human Services Committee Chairman James Frank, R-Wichita Falls, has said.

Ho also has repeated the objections made by Paxton aides on April 12 that Jack's monitors exceeded their authority by trying to oversee children's use of psychotropic drugs, which aren't specifically mentioned in approved remedial orders. Jack overruled the objections.

In filings and emails, Yetter, Fowler and Ryan have told Ho and her Gibson Dunn team that orders requiring Texas to shield children from shoddy providers and investigate medical neglect of children give Jack discretion to ride herd on overuse of mental health drugs.

In a recent 13-month period, monitors visiting 14 congregate-care facilities reviewed files for 161 children. Of them, 75 were on four or more psychotropic medications. Only one of the 75 had a current version of a utilization review for such powerful drugs. The state imposed the review requirement on itself, given past abuses chronicled by former Comptroller Carole Keeton Strayhorn.

## 'No substitute for an order'

In a June 5 filing, Ho referred to communications she'd received from the monitors.

"Those emails are no substitute for an order" on her requests that Jack clarify invoice-challenge procedures and whether the judge has authority to challenge individual doctors' decisions on prescription drugs, Ho wrote.

Jack scheduled a June 27 hearing, at which she may again hold the state in contempt of court.

In late 2019, Jack slapped fines on Texas of $50,000 a day, mostly for not ensuring there were nighttime watches of kids in all group settings. She suspended the fines after three days. Since then, Jack has threatened — but not actually levied — fines on two other occasions.

In March through May, Texas' foster care system had more than 200 children housed in hotels and other makeshift settings, such as churches, for at least two consecutive nights per month. That was the first time the monthly "children without placements" number topped 200 since October. In the summer of 2021, the census topped 400.

Last month, 75% of the children lacking placements were 14 to 17 years old, with 88% having experienced psychiatric hospitalizations, according to department data. Having to tend the children 24/7 on overtime shifts has fueled high turnover among Child Protective Services caseworkers.

At the upcoming hearing, lawyers for the 9,000 children in long-term foster care want the judge to force the state to prove it's in compliance with reform orders, Yetter said.

"We'll focus on three areas: overworked caseworkers, medical neglect as to powerful psychotropic meds, and children not knowing how to report abuse."

On Tuesday, Ho did something state lawyers have not done before periodic hearings.

She submitted a witness list. In addition to the 14 bureaucrats, Ho said "defendants reserve the right to call additional witnesses if needed to show substantial compliance with the Remedial Orders."

Whether the move is aimed at fending off a contempt order or building a record for a more frontal challenge to Jack is unclear.

On Wednesday, Ho did not respond to questions about whether she plans later in the summer to ask the 5th U.S. Circuit Court of Appeals in New Orleans, on which her husband James Ho sits, to overturn any of Jack's recent rulings or release Texas from the case.

Under Jack's remedial orders, she would retain jurisdiction in the case for three years after her monitors said Texas has fully complied.

Whether that can be accelerated hinges on improvements or the state's defense strategy — and, perhaps, the 5th Circuit.

The Gibson Dunn team's ample connections to the New Orleans-based court have drawn notice. Four of the five Gibson Dunn lawyers mentioned in contracts with Abbott's office, including Ho and of counsel Prerak Shah of Houston, have clerked for current 5th Circuit judges.

Abbott is paying Ho $1,313 an hour; and Shah, a former acting U.S. attorney for the Northern District of Texas, $1,069 an hour.

In the original contract, Abbott's office agreed to pay two Dallas-based associates in the Gibson Dunn firm $945 and $859 an hour, respectively.

On May 22, the contract's hourly rate sheet was amended to note that Dallas-based associate Savannah Silver would be paid $754 an hour, with "other unspecified associates" receiving sums "not to exceed $859/hr."



Robert T. Garrett, Austin Bureau Chief. Bob has covered state government and politics for The Dallas Morning News since 2002. Earlier, he was a statehouse reporter for three newspapers, including the Dallas Times Herald. A fifth-generation Texan, Bob earned a bachelor's degree from Harvard University.

rtgarrett@dallasnews.com /bob.garrett.39 @RobertTGarrett roberttgarrett54

Copyright © 2023 The Dallas Morning News. All rights reserved.

# Exhibit F

**to Mitchell Declaration**

**NEWSPOLITICS**

# Texas hires well-connected private lawyers, may stiffen defense in foster-care lawsuit

In hiring Allyson Ho and Prerak Shah, Texas may be signaling a new defense strategy in the long-running suit.



Texas has hired well-connected private lawyers Allyson Ho and Prerak Shah to defend the state in a long-running federal lawsuit over foster care. Texas' switch of lawyers may signal a new, more aggressive defense strategy.(Staff Photographer)

By Robert T. Garrett
1:28 PM on May 11, 2023 CDT

LISTEN
**Update:**
Updated at 2:18 p.m. to include plaintiffs' lawyers' reaction.

AUSTIN — Texas Attorney General Ken Paxton has hired experienced and well-connected private lawyers to represent the state in a federal class-action suit over foster care.

They include Allyson N. Ho, the wife of a federal appellate judge on the court who may hear additional appeals, and two other lawyers with the multinational law firm Gibson Dunn who — like Ho — have clerked for other sitting judges on that court.

Together with recent moves by aides to Paxton challenging activities of judge-appointed monitors, Texas' switch of lawyers may signal a new, more aggressive defense strategy.

In a court filing Thursday, Ho and Prerak Shah announced their appearances in the long-running suit that accuses the state's long-term foster care of being unsafe and harmful to children.

Ho "has been assigned to appear as Attorney-in-Charge in this case on behalf of all Defendants," the notice read.

Ho, of Dallas, is co-chair of the 1,800-lawyer firm's nationwide appellate and constitutional law practice group. She has presented more than 90 oral arguments in state and federal courts, many in high-dollar business disputes.

She is married to James Ho, a judge on the 5th U.S. Circuit Court of Appeals, and once clerked for another judge who sits on the New Orleans-based appellate court, Jacques Wiener Jr..

Shah, of Houston, is of counsel to Gibson Dunn. Shah is a former acting U.S. attorney for the Northern District of Texas. Previously, he was chief of staff to U.S. Sen. Ted Cruz. Shah, who clerked for 5th Circuit Judge Jerry Smith, sits on Cruz and Sen. John Cornyn's Federal Judicial Evaluation Committee. It advises the senators on federal judge and U.S. attorney appointments in Texas.

Also entering the case is the firm's Dallas-based litigation associate Savannah Silver. Silver clerked for 5th Circuit Judge Jennifer Walker Elrod.

The state's move to hire some of the most highly regarded appellate attorneys in the country may suggest that it will appeal District Judge Janis Graham Jack's decisions back to the 5th Circuit, with the aim of narrowing remedies and seeking an end to the case.

In the 12-year-old suit, state-employed lawyers from the attorney general's office have represented the three defendants — the governor, protective services department and Health and Human Services Commission.

Ho and Shah are the first outside lawyers Texas has retained.

In April 2021, Gov. Greg Abbott and the two state agencies had to obtain separate lawyers from Paxton's office because of a "perceived conflict," according to the new attorneys' notice. The protective services department once operated child placing agencies in several regions, which the commission filed enforcement actions against, the notice said. However, the need for separate lawyers has ended because the department gave up its licenses, it said.

On Thursday, the two defendant agencies issued a joint statement saying Paxton's office hired Gibson Dunn "to ensure that the State's interests are best represented in the lawsuit."

It noted that Kimberly Gdula, deputy chief of Paxton's General Litigation Division, who once represented state agencies in the case, is returning "as counsel" and will coordinate the state lawyers' work under Ho's supervision.

"The agencies look forward to working with the new litigation team," department and commission officials said.

Paxton's media affairs office did not immediately respond to an email inquiring how much the three Gibson Dunn lawyers will be paid.

New York-based nonprofit groups Children's Rights and A Better Childhood brought the suit, with help from two Texas firms working in the case for free, Yetter Coleman of Houston and Haynes and Boone of Dallas.

Paul Yetter, the lead plaintiffs' lawyer at a bench trial in the case, said that although Ho and Shah are "excellent lawyers," he wishes the state instead would spend money on foster care improvements. The state's fastest exit from the case is to ensure children's safety, he said.

"Lawyering up won't fix this broken system," Yetter said in an email. "The State needs more caseworkers and more safe homes, not more litigators."

Marcia Robinson Lowry, who founded Children's Rights and now heads A Better Childhood, said state leaders should be focusing on "the serious and continuing problems that continue to be identified by the monitors," not legal strategy.

"I have not seen this extraordinary level of resistance in any of the other cases I have worked on," she said in an email. Lowry said she's been involved in "at least 20."

In recent decades, Children's Rights has sued dozens of states and counties, alleging that they run foster care systems that unconstitutionally expose children to undue risk of harm.

Texas resisted the class-action lawsuit more vigorously than others, but it wasn't able to beat it back.

Nearly 2½ years ago, Abbott ordered the Department of Family and Protective Services and the Health and Human Services Commission to "fully comply" with Jack's orders.

Tension-filled hearings in the past two months, though, signaled to many providers and others who have closely followed the case that Texas may be preparing to ask the 5th Circuit to rein in Jack, an appointee of former President Bill Clinton.

Last week, Assistant Attorney General Reynolds Brissenden, who represents the commission, said Jack's two monitors' combined request for payment of $1.7 million for their work in March was more than usual, raising concerns.

At an April 12 hearing in Corpus Christi, Brissenden and another lawyer in Paxton's office who represents the protective services department lodged objections that monitors were inappropriately reviewing the psychotropic drugs being given to a sample of the 9,000 children in long-term foster care.

"There is no remedial order that specifically addresses the use of psychotropic medications," Brissenden said.

Jack shot back, "This is a safety issue for the children. You're putting them in unsafe placements where they're being thrown eight, nine psychotropic drugs at a time without proper supervision."

Allyson Ho argued multiple cases at the U.S. Supreme Court, according to a January 2021 article in the legal publication Texas Lawbook.

She also once played the harp for the justices when she clerked for the late Justice Sandra Day O'Connor and helped Justice Amy Barrett through the confirmation process.

At Gibson Dunn, she took the position vacated by James Ho after former President Donald Trump nominated him for an opening on the 5th Circuit in 2017.

Asked about James and Allyson Ho's similar careers as Texas appellate lawyers, and whether that has caused ethical conflicts, Allyson Ho responded, "No impact as a substantive matter," Texas Lawbook reported.

James Ho ticked off other legal power couples. He said "obviously" he would recuse himself from any case involving his wife and Gibson Dunn.



Robert T. Garrett, Austin Bureau Chief. Bob has covered state government and politics for The Dallas Morning News since 2002. Earlier, he was a statehouse reporter for three newspapers, including the Dallas Times Herald. A fifth-generation Texan, Bob earned a bachelor's degree from Harvard University.

rtgarrett@dallasnews.com /bob.garrett.39 @RobertTGarrett roberttgarrett54

Copyright © 2023 The Dallas Morning News. All rights reserved.